FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**In and for United States Central District of California, Los Angeles, CA**

**Joseph D Gilberti PE**, a licensed Professional
Engineer in the State of Florida,

Case: _____

2:25-cv-00355-AH (JCx)

Petitioner(s),

**DEMAND FOR JURY TRIAL**

v.

NO
CV-30
N/S

**David Mayer de Rothschild**, George W. Bush, James Amschel Victor Rothschild, Nicholas David Rothschild, Lady Lynn Forester de Rothschild, "The Holy See" (The Vatican City State), Judge Donna Marie Padar, World Bank Group, World Economic Forum, Archdiocese of Venice, Mary Ross Agosta, Barron Trump, Attorney Ryan Snyder, Judge Stephen Walker, Melania Trump, New York University, Lara Trump, US Congressman Vern Buchanan, JD Vance, Eric Trump, Emma Gonzales, Ivanka Trump, Andrew Rosin PA, Judge Hunter Carroll, Donald Trump Jr., Marjorie Stoneman Douglas School, Judge Omar A. Williams, Governor Gavin Newsom, Governor Kathy Hochul, Sheriff Scott Israel, Judge James Dominguez, Judge Carolyn Delano, Town of Royal Palm Beach, Port Everglades, Judge James Conrad, Judge Mark Wolfe, Palm Beach County Board of County Commissioners, Judge Kimberly Carlton Bonner, Lee Pallardy, Broward County Board of County Commissioners, Thomas Howze, National Sheriff's Association, Town of Royal Beach, Lee County Board of County Commissioners, City of West Palm Beach, City of Boca Raton, City of Miami, Miami Port Authority, 12th Judicial Circuit of Florida, 13th Judicial Circuit of Florida, Sheriff Chad Chronister, Sarasota County Board of County Commissioners, Dade County Board of County Commissioners, Hillsborough County Board of County Commissioners, South Florida Water Management District, Benderson Development, U.S. Congress, Pennsylvania Department of Environmental Protection Agency, Bankruptcy Trustee Luis Rivera, Edward J. DeBartolo, Southwest Florida Water Management District, Tampa Central Command MacDill Air Force Base, Metropolitan Planning Council, Matt Gaetz, Dick Cheney, Judge Thomas Krug, Central Intelligence Agency (CIA), Jeff Bezos, Warren Buffet, Judge Maria Ruhl, Judge Don T. Hall, Judge James Parker, South Florida Regional Planning Council, Judge Dana Moss, Judge George A. O'Toole Jr., Southwest Florida Regional Planning Council, Rockefeller Group International, inc., Judge McHugh, Judge Darrin P. Gayles, Judge Jose E. Martinez, Rockefeller Capital Management, State Attorney Ed Brodsky, Judge Juan Merchan, Treasure Coast Regional Planning Council, Judge Charles Williams, Judge Thomas Barber, City of Cape Coral, City of Naples, City of Fort Myers, Judge Geoffrey H. Gentile, Judge Martin Fein, Seminole Tribe Hard Rock Casino, Judge Sheri Polster Chappell, Judge Elizabeth Scherer, City of Parkland, David Hogg, Judge Loren AliKhan, Manatee County Board of County Commissioners, Town of Davy, Nikolas Cruz, Judge Martha Pacold, Sheriff Carmine Marceno, Sheriff Kurt Hoffman, Florida Department of Environmental Protection, Greenberg Traurig Law, Judge Ketanji Brown Jackson, Florida Department of Law Enforcement, Judge Liam O' Grady, Federal Bureau of Investigation (FBI), Michael Waltz, Judge Madeline Cox Arleo, Elon Musk, Senator Marco Rubio, Susie Wiles, Judge Donald M. Middlebrooks, Judge David S Leibowitz, Rudy Giuliani, Yale University, Ron DeSantis, Judge Aileen Cannon, Rockefeller Financial Services, Donald J. Trump, Harvard University, Ohio State University, Ariana Rockefeller, Valerie Rockefeller, Archdiocese of Los Angeles, Archdiocese of Baltimore, State Attorney Thomas Widen, Archdiocese of Philadelphia, Archdiocese of Miami, Archdiocese of New York, Pope Francis Jorge Mario Bergoglio, Archdiocese of Newark, Archdiocese of Boston, Nancy Pelosi, Hillary Clinton, Barack Obama, Michelle Obama, Governor Josh Shapiro, Governor Wes Moore, Florida State University, Kamala Harris, Tim Waltz, Philadelphia City Council, Pennsylvania State Police, Christopher Shaw, Attorney General Ashley Moody, US Department of Transportation, Department of Interior, Sheila Sanghvi, Mayor Eric Adams, Council of National Defense, New York City Council, New York Port Authority, Senator Rick Scott, United States Geological Survey, The Washington Post, University of Miami, Cleveland City Council, ExxonMobil, The Rockefeller Foundation, Scott Freyre,

Environmental Protection Agency (EPA), Army Corps of Engineers, Pennsylvania State University, Natural Resources Defense Council, The U.S. Surgeon General, National Security Council, Department of State, Benderson Development, US National Guard, Human Health and Services, Pete Hegseth, Kristi Noem, John Ratcliffe, Tulsi Gabbard, Lee Zeldin, Elise Stefanik, Robert F. Kennedy Jr. , Doug Burgum, Doug Collins, Chris Wright, James Blair, Taylor Budowich, Stephen Miller, Dan Scavino, Thomas Homan, Bill McGinley, Steven Cheung, Karoline Leavitt, Will Scharf, Sergio Gor, Vivek Ramaswamy, Brendan Carr, Howard Lutnick, Linda McMahon, Sean Duffy, Dean John Sauer, Todd Blanche, Steven Witkoff, Michael Huckabee, Marjorie Taylor Greene, Wink News, Mosaic Fertilizer, Pfizer Pharmaceutical Industry Company, United Nations, Bill Gates, Mark Zuckerberg, Canadian National Railway, CSX Transportation Inc., BlackRock Inc., US Congressman Byron Donalds, Attorney Alvin Bragg, AG Letitia James, Baltimore City Council, Archdiocese of Indianapolis, Ney York Department of Environmental Protection (NYDEP), Judge Paul Diamond, Department of Government Efficiency (DOGE), Archdiocese of Los Angeles, Archdiocese of San Francisco, California Environmental Protection Agency (CalEPA),
And THE PENTAGON.

   Defendant(s).
_____/

## COMPLAINT

*Mass Torts, Racketeering Influence and Corruption Organization, Negligence, Fraud on United States of America and its Primary Water Supply from Earth's Core Found by Plaintiff and timed Terrorism to Subdue Engineer of Record with HR 5736* **Conspiracy per Title 18 US Code, 241 & 242**

       Comes Now, the Plaintiff JOSEPH D. GILBERTI JR. PE, PLAINTIFF ("PLAINTIFF") hereby sues Defendants listed above ("Defendants") for **Terrorism against America pursuant to HR 5736 Mod of 2012, per Article 1 Section 8, Fraud, Theft, Regional Water Supply Eugenics, Racketeering, Negligence, Quieting Title, Trespass and ejectment pursuant to Florida Statutes** and in support thereof, states the following:

### Jurisdiction And Venue

1. Jurisdiction of this court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 41 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

1 a

2. Venue is proper pursuant to 28 U.S.C. § 1391.

3. At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

4. The Plaintiff, Joseph D. Gilberti, P.E., is a natural person and professional engineer doing business on approximately 2500 acres of property and mineral rights owned by Plaintiff since 2012 in Sarasota County, Florida.

5. The Defendants are doing business in from Tampa to South Florida.

6. The Defendants, show listed Government Entities from State, Local and Federal agencies above such as but not limited to, all of which do business in the State of Florida and overall USA and other Nations.

7. Private or public traded Defendants such as but not limited to, Blackrock Corporation LLC, CSX Transportation and Seminole Gulf Railway do business in Florida.

8. Defendants, Pentagon and FBI do business in the State of Florida.

9. This Court has jurisdiction over the parties and the subject matter hereto and a potential bifurcating, Change in Venue and/or merging of existing and new Federal cases across America and Florida progress which are directly related to this case.

10. Venue is appropriate in Palm Beach County, 15th Judicial Circuit for purposes of filing and discovery due to an UNDUE INFLUENCE in West and South Florida on Plaintiff's civil rights, attacks on his Children from Schools, Cops, Secret Service, FBI, US Marshals and Sheriffs to hide the resource and deter Plaintiff from prevailing and engineering and constructing infrastructure with Primary Water to the Taps of Florida, New York, New Jersey and more, for over 10yrs using DOJ to attack THE PEOPLE and their Drinking Water Supply needs, by avoiding all discovery and requested Evidentiary

2

hearing with Professionals in Water Supply with a gang of Judges, Lawyers, attorney Politicians, Universities and Cops on the payoff books to attack all Americans.

11. Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

12. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

13.     These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

14.     THE ENGINEER was kidnapped timed with the FDEP SRF Marjorie Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.

3

## ALLEGATIONS COMMON TO ALL COUNTS

15.    Prior to July 26, 2013, Cecil Daughtrey Jr. and Patricia A. Daughtrey (collectively "Daughtrey") were the owners of the entire seven parcel property. However, on July 26, 2013, Daughtrey conveyed, via properly witnessed and executed Warranty Deed, a portion of the Property to PLAINTIFF. A true and correct copy of the Warranty Deed is attached as **EXHIBIT "A"**. Since then a State and National attack by Florida Leaders and CIA with Bush Family has taken place on Plaintiff and Americans to hide PRIMARY WATER to TAPS of Florida for 10yrs now with a barrage of attacks to subdue the Engineer of Record and Deed Holder while attacking Daughtrey land as they didnt know exactly where the resource was on the forested ranch. **We had to hide it on Civil engineering plans during these Timed Terrorism attacks, fueled by all Florida Sheriff and FBI under Title 18 Treason........to protect our fellow Americans from these US Terrorist Politicians and Lawyers in Florida, such as Greenberg Traurig and Henderson Franklin and all Sarasota Lawyers (its a gang) tied to Rothschild World Bank and a gang of Retarded Judges who lie, cheat and steal to kill children with Cancer Rates at the tap by PLAYING STUPID ON EVIDENTIARY HEARING and NOT ALLOWING ANY EVIDENCE while they attack with Desantis and Yale fools for 10yrs.**

16.    The US Congress never finished Impeachment issues that disappeared in Media spot light once a Black Harvard Terrorist President Barrack Hussain Obama and Trump replaces the last Terrorist President tied to Harvard and Yale and Defendants with Catholic Church filled with Pedophiles tied to Epstein list in Florida.

17.    George W. Bush – ex President George W. Bush who was in Sarasota Classroom day of 9-11 is into Blue Gold. See Blue Gold Bush Family and has used the Carlton Family and

72 Partners members of Notre Dame, Lee Pallardy and C1 bank/Ozark Bank Thomas Howze to pay off Judges, Clerks and Commissioners from Tampa to South Florida and up into Washington, Georgia and abroad to claim these underground resources and cases are frivolous without any Court hearings or due process. They use Smith Mundt acts and MODIFICATION in 2012 to attack Americans with the CIA and Hollywood manufactured news with this Court and many Florida courts now starting to understand this CIA highly trained and illegal coup against The Engineers rights to attack his clients and lands with Sheriffs and Judges under investigation.

18.  Bush family was one of the original Presidents who created the CIA and works with Greenberg Traurig to control DOJ and more to attack Americans and their Water Supply with the DOJ and fake new or combined fake and real new timed with these cases and our permitting. The Judges avoid all due process as they are too incompetent or lazy to allow witnesses and due process.

19.  Bill Clinton – Ex President associated with 72 Partners LLC, and their funders via Donnie Clark of Myakka City or Myakka Gold drug dealers. Rob Goodwin who was partners with Donnie Clark part of the same above and show a definite connection to Blue Gold Bush Family and Sarasota's 9-11 connection. See *Gilberti vs George W. Bush, et al* filed in New York City where THE ENGINEER now has a new project with Blue Gold from New Jersey Washington Rock to New York to save lives as the Aqua Ducts in New York can fail any day killing millions on file and sent to the mayors office and over 20 Commissioners last week.

20.  72 Partners LLC – Consist of Lee Pallardy, Thomas Howze, Kenny Harrison, and Laurence Hall. This is the front for most of the coordination with Terrorism and is a well known for Illegal activities, Title Fraud and works with Terrorism funding groups like

5

Greenberg Traurig Law and Israel Chemical/ Mosaic Phosphate or THE MOSAIC Company.

21.    Christopher Shaw, Esq. (Hillsborough County ex-Public Defender – Attorney who fabricated AR-15 emails timed the Stoneman Douglas Shooting shown in Appendix under oath, to hide the Resource with Defendants at Stoneman Douglas and Media to attack America and this World underground Medicine Resource.

22.    Defendant SCOTT ISRAEL ("Israel") was at all pertinent times the Broward County Sheriff and the decision maker AND timed the Shooting with Plaintiff's Marjorie Stoneman Douglas SRF funding Submittal, with a massive group of media and Political figures hiding a critical US Resource while creating Fear and Vaccinations with LIES using the Smith-Mundt Act Modifications of 2012 and 2013, and compromised the future careers and safety of the young DRAMA kids or students at Marjory Stoneman Douglas High school.

23.    Defendant SCOT PETERSON ("Peterson") was at all pertinent times a Broward County deputy and was specifically tasked with protecting the Plaintiffs; even it meant risking his own life. It was and is a heroic job and one upon which people reply in the case of a life and death emergency. He was tasked with the job to protect the children at the school with the knowledge that he was possibly the only armed person in the immediate vicinity of the school. His job duties required him to run towards danger at risk of life and limb, and not to run away from danger for the sole purpose of sole-preservation. His arbitrary and conscience-shocking actions and inactions directly and predictably caused children to die, get injured, and get traumatized. Peterson is employed by the Broward County as a deputy police officer in the Marjorie Stoneman Douglas High school, and at all times relevant herein was acting under the color of state law.

6

24.     Some Defendants were present at Marjory Stoneman Douglas High school during the shooting , know of the timing of the US Resource to FDEP to Marjorie Stoneman Douglas and the offer at the School Board on March 20, 2018 just after the event, by the Defendant, of ONE MILLION DOLLARS for each shot survivor to show us your wounds with forensics, help open this secret resource timed on your shooting by FDEP and Florida-US Politicians and continued to hide the Resource with FDEP and Judges, US Marshals, Police and Media, for years knowing Tap water is based on Cancer and Viruses-Disease rates.   See Gilberti vs Nikolas Cruz, et al, that has started Discovery showing how the Judge Dimitrouleas is now under Federal

## NATURE OF THE ACTION

29.     This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy.  See _Gilberti vs Pentagon, et al_, in Arlington VA, Case 21-cv-680, which in includes FBI, CIA, etc., that will include this case evidence and discovery and others via _Gilberti vs CDC, et. al_, and _Gilberti vs Desantis, et al_, headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations and Greenberg Traurig to time Terrorism, using FDEP and DOE agencies, and Global Corps after this resource with Florida Congress, US Presidents such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global

7

Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks.    This
Resource has reading never seen on Earth that affects Medicine and National Defense.



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt
Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in
this complaint and multiple filed related cases throughout Florida and Washington DC.

30.    Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO,
Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida
leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural
resource in Medicine, Energy and Water Supply production and National Defense.    Defendants
are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy
water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as
destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in
Florida, America and abroad.    **This unique property has Geological indicators that show**

8

America how to find more in days and create millions of Jobs, new medicine and economic sustainability.

31.     Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

32.     Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

33.     A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in America, where the judiciary is afforded wide discretion. Every decision left up to the discretion of a judge—is a potential opportunity for corruption. Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality. The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.

9



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking
Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with
Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti
Endless Alkaline spring water.

34.     The case involves the Defendants in a massive Enterprise which consist of
Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water
and health agencies, hard money loan sharks, local law-firms and developers who have teamed
up against THE ENGINEER to steal a hidden underground resource which more valuable that

10

Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)    Deny an impartial tribunal;

(ii)   Violate United States Code, Title 4§§101 and 102;

(iii)  Violate Florida Statute §876.05(1)

(IV)   **CRIMES OF GENOCIDE/EUGENICS**
       *General Assembly resolution 260 A(III) of 9 December 1948 Entry into force:*
       *12 January 1951, in accordance with article XIII*

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

11

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.    THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968, *et seq* (a), (b), (c) and (d).** THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical

12

National Defense Resources of 'Blue Gold'......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.    This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery. A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders. .

38.    Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day. While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more. While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US

13

Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

## IV. FACTUAL ALLEGATIONS

39.    Plaintiff is located and does business within the State of Florida and United States of America.

40.    Defendants are located and do business within the State of Florida and United States of America.

41.    All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.    Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.    This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizens.

44.    Defendants retaliated against Plaintiff who was exercising his free speech rights when Defendants in a Racketeering Enterprise to sell bottling, Cancer Centers and Pharmaceutical medicine due to Low Level of Service drinking water supply at the tap from very low level of Service RAW WATER RESOURCES. Defendants attacked his land in Sarasota,

his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.    Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.    Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.    These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

### V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.    Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.    Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.    These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity. See Timeline of Events below:

15

50.    Below is a rough indicator of the unbelievable corruption that took place in front
of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS
PANDEMIC by the same group and more.

## COUNT VIII – CIVIL RICO
### (CIVIL REMEDIES FOR CRIMINAL PRACTICES ACT)

51.    This is an action for damages which exceed $15,000.00, exclusive of interest, costs and
attorney's fees for violation of the Civil Remedies for Criminal Practices Act
("CCFCPA").

52.    The Plaintiff re-allege the allegations contained in paragraphs 2 through 88, above, as
though the same were fully set forth herein.

53.    Defendants conspired or endeavored to acquire and maintain an interest in the real
property owned by the Plaintiff, through a pattern of criminal activity or through the
collection of an unlawful debt and usage of US and State Tax base within a Fraudulent
Transfer of over 2000 acres switched out.

54.    At all material times, Defendants were associated with an enterprise, which from
approximately January, 2010 through the present has functioned as a continuing unit and
has been engaged in an ongoing and continuing course of conduct with the common
purpose of obtaining an ownership or other interest in the Plaintiff' land and mineral
rights, and/or for the purpose of achieving or maintaining a monopoly power on its
benefits to hide it and destroy Americans.

55.    In furtherance of such goals, the enterprise engaged in a pattern of criminal activity
including, but not limited to, violations of Chapter 838, Florida Statutes, relating to
bribery and misuse of public office, and violations of §817.54, Florida Statutes, by
obtaining the Mortgage, Note and other Loan Documents and Title by false pretenses.

56. Defendants participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

57. As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

### COUNT IX –28 U.S.C. §3304 (b)(1)(A)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

58. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 93, above, as through the same were fully set forth herein.

59. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

60. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

   a. the transfer was to an insider:
   b. 72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
   c. No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
   d. The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.

### COUNT X –Fla Stat. § 726.105 (1)(a)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

61. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 96, above, as through the same were fully set forth herein.

17

62. Defendants transferred ownership interests with actual intent to hinder, delay or defraud
    Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to
    keep treated water pumping vs filtered spring water with lower water bills and cancer
    rates.  Also in an effort to hide the Global medicine and water supply knowledge to desert
    nations like Israel and the Middle East where Water is not available, as well as lying to
    the Public on reasons for the land purchase at Sarasota parks department.

63. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA
    04209 NC, the following badges of fraud, among others, are applicable and are to be
    considered in determining actual intent:

    a.  the transfer was to an insider:
    b.  72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or
        control of property after it was transferred fraudulently.
    c.  No consideration was received by Plaintiff and his civil rights were attacked and
        his life was attacked to insure the Defendants can hide the Regional underground
        river of spring water supply.
    d.  The transfer occurred shortly after Plaintiff was illegally arrested with false police
        reports by Defendants.
    e.  Ryan Snyder switched out the legal description the day of the online sale, while
        72 Partners and Defendants used to online bids with Defendants in a scheme with
        software, with Judges in all the region, including all 2ndDCA judges who sit in a
        merit panel and are locked in from being voted out for years while attacking
        defendant with lower court gangs of Judges, attorney Politicians like Ron
        Desantis, and defendants who are all mostly lawyers.

## COUNT XI
### Equitable Lien Foreclosure

64. The Plaintiff re-allege the allegations contained in paragraphs 2 through 99,        above,
    as through the same were fully set forth herein.

65. Defendants were paid with funds obtained through fraud or egregious conduct.

66. Defendants used over $5.5 million in tax base to invest in, purchase and or fraud and
    subdue Plaintiff land, life and civil rights timed with US Terrorism acts using media to

hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

**COUNT XII - 28 U.S.C. § 1346**
**FEDERAL TORTS CLAIM ACT (FTCA)**

67. The Plaintiff re-allege the allegations contained in paragraphs 2 through 102,    above, as through the same were fully set forth herein.

68. Defendants have used Federal and State funds to hide ENDLESS AND LESS

    EXPENSIVE Primary Water raw drinking water resources from Tampa to Miami and now New Jersey and New York as Plaintiff discovered another access to Primary Water at Washington Rock in NJ to **save New York $100 million/day** in cost where the drinking water is spring water and also endless without contaminants.

69. Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346) ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States.

70. Defendants **stole over $5.5 million** in tax base to invest in, purchase and or fraud and subdue Plaintiff Sarasota land, life and civil rights timed with US Terrorism acts using media to hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.


**WHEREFORE**, the Plaintiff demands judgment against Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper. Plaintiff respectfully requests this Honorable Court GRANT this Complaint, enter a Judgment for full

19

possession of the Property of the Plaintiff and quieting title and all persons claiming interest under the Defendants; and additionally:

A.  Pursuant to 28 U.S.C. §3306 (a)(1), the avoidance of the fraudulent transfers to the extent necessary to satisfy the loss of life from Cancer rates and loss of revenue to the State and THE CITIZENS from higher water bills, and losses to the Plaintiff, his project revenues when pumping over 750MGD to the public for the past 5-10 years.

B.  Pursuant to Fla Stat. 726.108(1)(a), the avoidance of the fraudulent transfers described above and attached to the extent necessary to satisfy the disgorgement and damages by Defendants on the Plaintiff.

C.  Evaluate Connection agreement for Water supply with Plaintiff and Peace River Manasota Water Supply, Lower West Coast Service Area and South Florida down to Naples along Seminole Gulf Railway (formally owned by CSX sold and timed with Terrorism acts with Help of BLACKROCK AND VANGUARD with Bill Gates Canadian Railways, Amtrak and the Federal Railway Association.

D.  Call in all continuing service civil engineers, municipal staff at Manatee, Sarasota, Charlotte, Lee County and local utility departments and arrest all Utility staff and directors for Treason.

E.  Investigate and arrest Defendants involved specifically in the October 5, 2021 sale fraud by pulling Meta data experts as well as the October 14, 2013 trial on Cecil Daughtrey that never got notice due to E-file software being uploaded for the first time and suddenly a trial during an Obama HP Glitch Federal shutdown on Columbus day, while Plaintiff is attacked with fabricated emails by Hillsborough State Attorneys office who has a long standing relationship with many of the defendants to subdue Plaintiff timed with permits, civil actions and more.

F.  Lockup all existing livestock and turn over full possession of livestock to Plaintiff for sale.

G.  Inventory all proceeds of bought and sold livestock from Defendants or others on this property and compensate Plaintiff 3x the value of the amounts.

H.  Call in agents from at least 25 other states from Pentagon and FBI and experts on 10yr timeline of Terrorism by Florida FBI and arrest all who knew for Conspiring

against Plaintiff and Americans with Terrorism acts involving all Florida Politicians and Sheriffs;

I.   Report to 50 states of Attorney Generals as cases get BIFURCATED and all Circuit 12, 13, 17 and 20 Judges get called in on GENERAL ETHICS knowing of this Terrorism Timeline at the DOJ for 10yrs and still ongoing.

J.   Recommend arrest for Title 18 US Code to Attorney General for all who conspired using H.R. 5736 or other means on this underground critical knowledge that would have saved millions of lives since the April 3, 2013 find by Plaintiff and 12 days later the Obama – 9-11 Sarasota gang of Terrorist Lawyers-Media-FBI-CIA-Navy Seals did the Boston Bomb with Tampa Central command, their Yale-Harvard Lawyer Ron Desantis; the NAVY SEAL ATTORNEY TERRORIST who coordinated it with all US CONGRESS which will be proven as this complaint as discovery proceeds.

K.   Allow depositions to Desantis and all Judges with transcripts showing 72 Partners and their attorneys blaming Sarasota County for the fraudulent sale that stole over $500 billion (due to Primary Water access and land size & location with Florida development, medicine and Port control from Tampa to Naples/Miami) in land on October 5, 2020 with Desantis and all Florida Politicians, Trump, Biden and Media influencing Circuit 12, 13, 17, 20, and Tampa Middle District, Florida Southern District, showing obvious FRAUD for $187,000 sale of 2500acres while Plaintiff is kidnapped for the 23rd time in 10yrs;

L.   Call in Plaintiffs witnesses and allow time for discover on new lawsuits coming in related by Plaintiffs new councils being interviewed for new case and filing.

M.   Freeze all spending for Environmental and State Water Supply Revolving funds from Tampa to Miami until Sarasota Commission, Florida Sheriffs and Media are detained for US Treason and Eugenics.

N.   Detain Ashley Moody and all Judges, State Attorneys and Law firms with Military and FBI for Title 18 US Code 241 & 242 immediately and stop the Treachery by the entire State of Florida Politicians, US Congress and Media.

O.   Allow time to potentially merge case with new incoming mortgage and title fraud case by attorneys, as well as negotiation that are pending with *Plaintiff vs Carmine Marceno-Pentagon*, et al, Lee case 2022 CA 03080 NC  and many others merging with this case.   The civil right attacks are from State to Federal officers.

P.  Testimony coming on transcripts will prove Judge Walker, in Cecil Daughtrey foreclosure sale, Defendants and their council's frauded America and millions of Florida tax payers with FDEP and more with over 25 to 50 Judges in the West and South Florida region using UNIQUE INFLUENCE on Plaintiff Rights to attack America and Water Supply in the Region with US Congress who in-acted WAR on America on May 10, 2012, per HR 5736, pursuant to Article 1 Section 8 of the US Constitution with the UNDUE INFLUENCE of the Federal Reserve Banks and CDC games with a Fake Media Pandemic.

Q.  Arrest George, Jeb and Marvin Bush with US Military and order a Water Pump report and health scan to let America Realize all US Congress, DeSantis, Florida, New York to California hid this Florida resource and Global knowledge to maintain Wars in Middle East and World Hunger for years. Arrest all Tampa to Miami Judges who knew sheriffs for Title 18 USC 241-242.

R.  Allow a 5 Day Evidentiary Hearing on all issue immediately for the Public before another US President gets in trouble for being a Chicken on Water Supply this Critical.

Dated this 7th day of January 2025.

Joseph Gilberti /s/ Joe Gilberti

Joseph D. Gilberti PE
Plaintiff
# 2024-2237
2020 Main Street
Sarasota FL, 34237
813-470-6000
239-980-3149
GilbertiWater@gmail.com
www.GilbertiBlueGold.com

of Earths True & Endless Antioxidant Spring Drinking Water Origins hidden by Sarasota 9/11 Connection, Tampa Florida, EPA, Federal Reserve & UN 50yrs for Global Eugenics! 🌎 Access to ANCIENT SPRINGS 🙏 💦

It is my opinion that the water is traveling underground all the way from just below the north pole... maybe like say 13 to 15 degree south of the North Pole... water because of it negative and positive charges is attracted to itself... this is why clouds form... as it travels south it picks up speed because of the shape of our planet... at the equator we are spinning at approximately 1,000 mph... to make that trip would take probably in the area of a couple hundred thousand years... a lot of our minerals at frozen in our ice caps... a lack of toxins would no doubt be because when water freezes it becomes structured water... H3O2 which is why ice float... it expands as it structures that is when it also pushes out all the toxins... Blue Gold waters destination is the equator... I believe it probably resurfaced at the equator from the KT Event and other Historical impacts... most of our weather travels from west to east except at the equator... where it goes the other way... Bringing us these ungodly storms ⚡ It's my opinion that this water with the minerals in it are partially responsible for the charge of this planet... it is no doubt a contributing factor to the forces that produce our weather patterns...... 🙏 Ancient Springs 🌎

🏆 💦 The Holy Grail is a Global Gift from Mother Earth through its Biblical metaphor as to accessing Jesus's endless Blue Gold Waters ❤ 🌎 💦 (totally different molecular mixture and source) much deeper below from Historical Meteor Impacts per Gilberti KT Hypothesis 🏆 💧 So April 3rd 2013 when Engineer Joe Gilberti figured it out (DTH Video by Amps Aquifer Maintenance in Palm Beach) the access to Jesus's endless Blue Gold from KT Event, which just happened to be 500yrs EXACTLY to Ponce de Leon on April 2, 1513 has a much more significant date!!! ❤ Jesus, as described in the New Testament, was most likely crucified on Friday April 3, 33 A.D. The latest investigation, reported in the journal International Geology Review, focused on earthquake activity at the Dead Sea, located 13 miles from Jerusalem 🌎 🌍 Let History show a Christian Engineer, Joe Gilberti PE found Earth's most Valuable Gift in Water, Medicine, Food & Energy Production Resources and knowledge and GAVE IT TO THE PEOPLE ❤ 💦 Jesus's endless Blue Gold access saved the Gentiles, Jews, Muslims and Humanity, not condemn God's Children he Loves ❤ ⭐ 🚀

 7   2 

**LANDTECH DESIGN GROUP, INC.**
Planning, Engineering & Consulting Services
385 Donora Blvd
Fort Myers Beach, Florida 33931
813-470-6000 Direct
gilbertiwater@gmail.com
www.gilbertibluegold.com

December 25, 2024


James D Taiclet, CEO/President, Lockhead Martin

Lockhead Martin Headquarters: 6801 Rockledge Dr, Bethesda, MD 20817.

Phone: (301)-897-6000


Kelly Ortberg, CEO/President, Boeing

Boeing Headquarters: 929 Long Bridge Dr, Arlington, VA 22202-4208

Phone: (703)-465-3500


Brian Sikes, CEO, Cargill

Cargill Headquarters: 15407 McGinty Rd W, Wayzata, MN 55391, United States

Phone: (952)-742-7575


David A. Ricks, CEO, Eli Lilly

Eli Lilly Headquarters: 893 S Delaware St, Indianapolis, IN 46225

Phone: (317)-276-2000


Alberti Bourla, CEO, Pfizer

Pfizer Headquarters: 66 Hudson Boulevard East New York, NY 10001

Phone: (212)-733-2323

Bill Anderson, CEO, Bayer

Bayer Headquarters: 100 Bayer Blvd, Whippany, NJ 07981

Phone: (862)-404-3000


**SUBJECT:** Gilberti Blue Gold - Partnership Letter of Intent with Cargill, Bayer, Pfizer, Eli Lilly and Lockhead Martin/Boeing on New Food, Agricultural, Medicine, Water Supply, Development Control and National Defense in West Florida from secret underground unique resource at Cecil Daughtrey/Flint Ranches in Sarasota/Arcadia Florida


   **RE:**          **Request to Meet to discuss Partnership/JV**



Dear Consortium,

   Please see attached Regional Infrastructure plans to bring Antioxidant Spring Water showing highest Calcium & Magnesium in a pure endless source located at 9438 Daughtrey Rd, Sarasota Florida 34266 at the end of Clark Road (SR 82).

   I am a 30yr Florida Professional Civil/Mechanical Engineer with mineral rights, access and a 12yr story and timeline to get this opportunity to your attention. Local Government and more are in a huge Fraud Transfer with DOJ and earners who attempted to hide this opportunity from Americans and Florida.

   See attached Workshop letter with my resume, phase 1 infrastructure plans, and unique medicinal readings. This resource is off the chart for endless flow and quality, hence the attack by Sarasota County and Tampa to steal it from two small Ranchers/Farmers who had no idea what was under the land 2000' below in a small area of their few thousand acres of lands.

   My website shows the attacks, and what you need to see is this opportunity for National Defense, New Food, Medicine and Regional Infrastructure plans to bring Antioxidant Spring water and lower water bills, housing booms, etc.

   The Military and most advanced Oil Drillers have been to the property multiple times and verified this as the No1 Resource on Earth. This is your opportunity. We have a need for a large consortium to buy essentially the entire 20miles of Sarasota Lower Myakka Lands East of I-75 to Desoto County up to Mosaic property who knows me very well.

   We fired Greenberg Traurig Dave Weinstein in Tampa for conflicts as I pulled a Phosphate mine permit with FDEP in 2009 and suddenly they shopped us with Tampa locals tied to old groups

who are related to Hulk Hogan, Jason's Hauling, DeBartolo, Lee Pallardy, Thomas Howze and more.

With Manatee Port widening, shown on plans, we can produce Medicine, Foods, Housing and more as well as National Defense per Title 50USC Sec 3 to Revitalize Florida Peninsula CSX supply chains from Manatee-Tampa Ports to South Florida Port Everglades and Miami Ports down I-75 widening plans in works. See Gilberti v Council of National Defense MANDAMUS attached and digital plans at www.GilbertiBlueGold.com for information.

Due to timed events involving Sarasota and Tampa Judges, Commissioners, and many more on my civil rights and a Fraud Transfer with stolen tax base involving Ron Desantis, Rick Scott and Tampa to Naples leaders, the leverage is there to expedite all opportunities in months. It's all ready to go. We just need to meet and call in issues. A converted RV Griffin Reservoir to new Preco Power plant with underground River replacing Peace River is also available in the West Florida project.

We have another in New Jersey to serve New York if we can get the ball rolling in Florida. See Gilberti v United Nations.

Please contact me at your earliest convenience to begin diligence and a hopeful Letter of Intent with Cargill, Eli Lilly, Bayer, Pfizer, and Lockhead Martin/Boeing so I can show you much, much more I cannot disclose that ups the stakes in a Global perspective.

**LANDTECH DESIGN GROUP, INC.**
Sincerely,

Joseph D. Gilberti, PE

President

385 Donora Blvd

Fort Myers Beach, Florida, 33931

813-470-6000

Gilbertiwater@gmail.com

www.gilbertibluegold.com

cc: Cecil Daughtrey, Robert Flint, Archdiocese of Miami, Venice, NY, Texas, New Mexico, CT and California

# Exhibit A

George W. Bush 911/Sarasota Connection tied to hiding Primary Water Access Knowledge and an attempt to destroy aqueducts under The Twin Towers

LandTech Design Group, Inc
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

October 17, 2024

**Subject:** Gilberti Blue Gold - Antioxidant Spring Water (900MGD) to New York City to save $100mil/day via failing Aqueducts 1,2, and 3

**RE:** Gilberti v 9/11 George Bush Sarasota Connection filed in US District Court of Southern New York - Case No. 24-cv-07180 Mandamus shows Organized Fraud by Leaders/Media to hide PRIMARY WATER ACCESS from THE PEOPLE

Dear George W. Bush,

Enclosed herewith are Gilberti v Bush et al lawsuits and Mandamus filings regarding 'Unique endless Primary Spring Water' access in Sarasota to serve Tampa to Miami per our FDEP/FDOT phase 1 permitting and future alignment plans, as well as a Study from New Jersey at Watchung Mountain (Washington Rock) to New York City.

We are asking you to expose both projects under attack by a gang of Terrorist Lawyers, Judges, State Attorneys caught in timed Terrorist events that ultimately pointed their efforts at you.

The explanation and timing are described in the filings. I don't know if you have been setup by current leaders and Dissemination but if you help open these Global unique medicine and water supply infrastructure projects it would help clear up a lot of ongoing crimes in Sarasota to Tampa thru Judges you appointed or are shown associated with through Carlton Family and more these past 12yrs.

The Nation needs your help as Trump, Obama, Given, Harris are too scared to help or are part of the problem.

You can come to the property in Sarasota at 9438 Daughtrey Road, Sarasota, FL 34266, do a YouTube video with

our team and Farmer/Ranchers Cecil Daughtrey and Robert Flint.  We have Full control, mineral rights and major infrastructure plans.   We have knowledge and other information for Lockheed Martin/Boeing our consultant work for.

We need to expose this Sarasota, Tampa to Naples gang involving attacks by DeSantis, Rick Scott and more since the find and submissions to FDEP, ACOE, Peace River Manasota Water Authority and local Hospitals, Commissioners and Courts.

We met with Mayor Eric Adams office on above regarding aqueduct attacks during 9/11.  Due to your knowledge of Oil drilling past Primary Water access, Smith Mundt Act Mod HR 5736, and being in Sarasota during attack near the No1 Blue Gold Resource (See Blue Gold Bush Family Water Wars) on Earth at Daughtrey Ranch, I am compelled to send you an opportunity to clear up any potential involvement of the past and any notions in the complaints

The past 12yrs of Obama, Trump, Biden, DeSantis, Rick Scott with Sarasota Judges, Sheriffs, Tampa Lee Pallardy, Thomas Howze, Kenny Harrison of 72 Partners and Greenberg Traurig with DOJ across Sarasota-Tampa to Broward Florida put us and THE PEOPLE in this horrific situation that can ultimately be fixed in days.

I am trying to help you here, so come to the Property immediately to clear this up and open both projects and much more!

Sincerely,

Joseph Gilberti, PE
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

https://www.dropbox.com/scl/fi/1zuxxytcpxam5ntrbiq3h/New-York-State-Society-of-Professional-Engineers-Letter.pdf?rlkey=8atzr0i8m71q9yd9vuxng4tug&st=7qkw0kn7&dl=0

# EXHIBIT "A".

Impeaching George W. Bush, President of the United States, of high
crimes and misdemeanors.

---

IN THE HOUSE OF REPRESENTATIVES

June 10, 2008

Mr. Kucinich submitted the following resolution

June 11, 2008

By motion of the House, referred to the Committee on the Judiciary

---

RESOLUTION

Impeaching George W. Bush, President of the United States, of high
crimes and misdemeanors.

Resolved, That President George W. Bush be impeached for high
crimes and misdemeanors, and that the following articles of impeachment
be exhibited to the United States Senate:
Articles of impeachment exhibited by the House of Representatives
of the United States of America in the name of itself and of the people
of the United States of America, in maintenance and support of its
impeachment against President George W. Bush for high crimes and
misdemeanors.

23

In his conduct while President of the United States, George W.
Bush, in violation of his constitutional oath to faithfully execute the
office of President of the United States and, to the best of his
ability, preserve, protect, and defend the Constitution of the United
States, and in violation of his constitutional duty to take care that
the laws be faithfully executed, has committed the following abuses of
power.

Article I--Creating a Secret Propaganda Campaign To Manufacture a False
Case for War Against Iraq

In his conduct while President of the United States, George W.
Bush, in violation of his constitutional oath to faithfully execute the
office of President of the United States and, to the best of his
ability, preserve, protect, and defend the Constitution of the United
States, and in violation of his constitutional duty under article II,
section 3 of the Constitution ``to take care that the laws be
faithfully executed'', has both personally and acting through his
agents and subordinates, together with the Vice President, illegally
spent public dollars on a secret propaganda program to manufacture a
false cause for war against Iraq.
The Department of Defense (DOD) has engaged in a years-long secret
domestic propaganda campaign to promote the invasion and occupation of
Iraq. This secret program was defended by the White House Press
Secretary following its exposure. This program follows the pattern of
crimes detailed in articles I, II, IV, and VIII. The mission of this
program placed it within the field controlled by the White House Iraq
Group (WHIG), a White House task-force formed in August 2002 to market
an invasion of Iraq to the American people. The group included Karl
Rove, I. Lewis Libby, Condoleezza Rice, Karen Hughes, Mary Matalin,
Stephen Hadley, Nicholas E. Calio, and James R. Wilkinson.
The WHIG produced white papers detailing so-called intelligence of
Iraq's nuclear threat that later proved to be false. This supposed
intelligence included the claim that Iraq had sought uranium from Niger
as well as the claim that the high strength aluminum tubes Iraq
purchased from China were to be used for the sole purpose of building
centrifuges to enrich uranium. Unlike the National Intelligence
Estimate of 2002, the WHIG's white papers provided ``gripping images
and stories'' and used ``literary license'' with intelligence. The
WHIG's white papers were written at the same time and by the same
people as speeches and talking points prepared for President Bush and
some of his top officials.
The WHIG also organized a media blitz in which, between September
7-8, 2002, President Bush and his top advisers appeared on numerous
interviews and all provided similarly gripping images about the
possibility of nuclear attack by Iraq. The timing was no coincidence,
as Andrew Card explained in an interview regarding waiting until after
Labor Day to try to sell the American people on military action against

Iraq, ``From a marketing point of view, you don't introduce new
products in August.".
September 7-8, 2002:
NBC's ``Meet the Press": Vice President Cheney accused
Saddam of moving aggressively to develop nuclear weapons over
the past 14 months to add to his stockpile of chemical and
biological arms.
CNN: Then-National Security Adviser Rice said, regarding
the likelihood of Iraq obtaining a nuclear weapon, ``We don't
want the smoking gun to be a mushroom cloud.".
CBS: President Bush declared that Saddam was ``six months
away from developing a weapon", and cited satellite photos of
construction in Iraq where weapons inspectors once visited as
evidence that Saddam was trying to develop nuclear arms.
The Pentagon military analyst propaganda program was revealed in an
April 20, 2002, New York Times article. The program illegally involved
``covert attempts to mold opinion through the undisclosed use of third
parties". Secretary of Defense Donald Rumsfeld recruited 75 retired
military officers and gave them talking points to deliver on Fox, CNN,
ABC, NBC, CBS, and MSNBC, and according to the New York Times report,
which has not been disputed by the Pentagon or the White House,
``Participants were instructed not to quote their briefers directly or
otherwise describe their contacts with the Pentagon.".
According to the Pentagon's own internal documents, the military
analysts were considered ``message force multipliers" or
``surrogates" who would deliver administration ``themes and messages"
to millions of Americans ``in the form of their own opinions". In
fact, they did deliver the themes and the messages but did not reveal
that the Pentagon had provided them with their talking points. Robert
S. Bevelacqua, a retired Green Beret and Fox News military analyst
described this as follows: ``It was them saying, `We need to stick our
hands up your back and move your mouth for you.'.".
Congress has restricted annual appropriations bills since 1951 with
this language: ``No part of any appropriation contained in this or any
other Act shall be used for publicity or propaganda purposes within the
United States not heretofore authorized by the Congress.".
A March 21, 2005, report by the Congressional Research Service
states that ``publicity or propaganda" is defined by the U.S.
Government Accountability Office (GAO) to mean either (1) self-
aggrandizement by public officials, (2) purely partisan activity, or
(3) ``covert propaganda".
These concerns about ``covert propaganda" were also the basis for
the GAO's standard for determining when government-funded video news
releases are illegal:
``The failure of an agency to identify itself as the source of a
prepackaged news story misleads the viewing public by encouraging the
viewing audience to believe that the broadcasting news organization
developed the information. The prepackaged news stories are

25

purposefully designed to be indistinguishable from news segments broadcast to the public. When the television viewing public does not know that the stories they watched on television news programs about the government were in fact prepared by the government, the stories are, in this sense, no longer purely factual--the essential fact of attribution is missing.".

The White House's own Office of Legal Council stated in a memorandum written in 2005 following the controversy over the Armstrong Williams scandal:

``Over the years, GAO has interpreted `publicity or propaganda' restrictions to preclude use of appropriated funds for, among other things, so-called `covert propaganda'. . . . Consistent with that view, the OLC determined in 1988 that a statutory prohibition on using appropriated funds for `publicity or propaganda' precluded undisclosed agency funding of advocacy by third-party groups. We stated that `covert attempts to mold opinion through the undisclosed use of third parties' would run afoul of restrictions on using appropriated funds for `propaganda'.".

Asked about the Pentagon's propaganda program at White House press briefing in April 2008, White House Press Secretary Dana Perino defended it, not by arguing that it was legal but by suggesting that it ``should" be: ``Look, I didn't know look, I think that you guys should take a step back and look at this look, DOD has made a decision, they've decided to stop this program. But I would say that one of the things that we try to do in the administration is get information out to a variety of people so that everybody else can call them and ask their opinion about something. And I don't think that that should be against the law. And I think that it's absolutely appropriate to provide information to people who are seeking it and are going to be providing their opinions on it. It doesn't necessarily mean that all of those military analysts ever agreed with the administration. I think you can go back and look and think that a lot of their analysis was pretty tough on the administration. That doesn't mean that we shouldn't talk to people.".

In all of these actions and decisions, President George W. Bush has acted in a manner contrary to his trust as President and Commander in Chief, and subversive of constitutional government, to the prejudice of the cause of law and justice and to the manifest injury of the people of the United States. Wherefore, President George W. Bush, by such conduct, is guilty of an impeachable offense warranting removal from office.

Article II--Falsely, Systematically, and With Criminal Intent Conflating the Attacks of September 11, 2001 With Misrepresentation of Iraq as an Imminent Security Threat as Part of a Fraudulent Justification for a War of Aggression

In his conduct while President of the United States, George W.

Bush, in violation of his constitutional oath to faithfully execute the
office of President of the United States and, to the best of his
ability, preserve, protect, and defend the Constitution of the United
States, and in violation of his constitutional duty under article II,
section 3 of the Constitution ``to take care that the laws be
faithfully executed'', has both personally and acting through his
agents and subordinates, together with the Vice President, executed a
calculated and wide-ranging strategy to deceive the citizens and
Congress of the United States into believing that there was and is a
connection between Iraq and Saddam Hussein on the one hand, and the
attacks of September 11, 2001, and al Qaeda, on the other hand, so as
to falsely justify the use of the United States Armed Forces against
the nation of Iraq in a manner that is damaging to the national
security interests of the United States, as well as to fraudulently
obtain and maintain congressional authorization and funding for the use
of such military force against Iraq, thereby interfering with and
obstructing Congress's lawful functions of overseeing foreign affairs
and declaring war.

The means used to implement this deception were and continue to be,
first, allowing, authorizing and sanctioning the manipulation of
intelligence analysis by those under his direction and control,
including the Vice President and the Vice President's agents, and
second, personally making, or causing, authorizing and allowing to be
made through highly-placed subordinates, including the President's
Chief of Staff, the White House Press Secretary and other White House
spokespersons, the Secretaries of State and Defense, the National
Security Advisor, and their deputies and spokespersons, false and
fraudulent representations to the citizens of the United States and
Congress regarding an alleged connection between Saddam Hussein and
Iraq, on the one hand, and the September 11th attacks and al Qaeda, on
the other hand, that were half-true, literally true but misleading,
and/or made without a reasonable basis and with reckless indifference
to their truth, as well as omitting to state facts necessary to present
an accurate picture of the truth as follows:

(1) On or about September 12, 2001, former terrorism
advisor Richard Clarke personally informed the President that
neither Saddam Hussein nor Iraq was responsible for the
September 11th attacks. On September 18, Clarke submitted to
the President's National Security Adviser Condoleezza Rice a
memo he had written in response to George W. Bush's specific
request that stated: (1) the case for linking Hussein to the
September 11th attacks was weak; (2) only anecdotal evidence
linked Hussein to al Qaeda; (3) Osama Bin Laden resented the
secularism of Saddam Hussein; and (4) there was no confirmed
reporting of Saddam Hussein cooperating with Bin Laden on
unconventional weapons.

(2) Ten days after the September 11th attacks the President
received a President's Daily Briefing which indicated that the

27

U.S. intelligence community had no evidence linking Saddam Hussein to the September 11th attacks and that there was ``scant credible evidence that Iraq had any significant collaborative ties with Al Qaeda''.

(3) In Defense Intelligence Terrorism Summary No. 044-02, issued in February 2002, the United States Defense Intelligence Agency cast significant doubt on the possibility of a Saddam Hussein-al Qaeda conspiracy: ``Saddam's regime is intensely secular and is wary of Islamic revolutionary movements. Moreover, Baghdad is unlikely to provide assistance to a group it cannot control.''.

(4) The October 2002 National Intelligence Estimate gave a ``Low Confidence'' rating to the notion of whether ``in desperation Saddam would share chemical or biological weapons with Al Qaeda''. The CIA never informed the President that there was an operational relationship between al Qaeda and Saddam Hussein; on the contrary, its most ``aggressive'' analysis contained in ``Iraq and al-Qa'ida: Interpreting a Murky Relationship'' dated June 21, 2002, was that Iraq had had ``sporadic, wary contacts with al-Qa'ida since the mid-1990s rather than a relationship with al-Qa'ida that has developed over time''.

(5) Notwithstanding his knowledge that neither Saddam Hussein nor Iraq was in any way connected to the September 11th attacks, the President allowed and authorized those acting under his direction and control, including Vice President Richard B. Cheney and Lewis Libby, who reported directly to both the President and the Vice President, and Secretary of Defense Donald Rumsfeld, among others, to pressure intelligence analysts to alter their assessments and to create special units outside of, and unknown to, the intelligence community in order to secretly obtain unreliable information, to manufacture intelligence or reinterpret raw data in ways that would further the Bush administration's goal of fraudulently establishing a relationship not only between Iraq and al Qaeda, but between Iraq and the attacks of September 11th.

(6) Further, despite his full awareness that Iraq and Saddam Hussein had no relationship to the September 11th attacks, the President, and those acting under his direction and control have, since at least 2002 and continuing to the present, repeatedly issued public statements deliberately worded to mislead, words calculated in their implication to bring unrelated actors and circumstances into an artificially contrived reality thereby facilitating the systematic deception of Congress and the American people. Thus the public and some members of Congress, came to believe, falsely, that there was a connection between Iraq and the attacks of 9/11. This was accomplished through well-publicized statements by the Bush

28

Administration which contrived to continually tie Iraq and 9/11 in the same statements of grave concern without making an explicit charge:

(A) ``[If] Iraq regimes [sic] continues to defy us, and the world, we will move deliberately, yet decisively, to hold Iraq to account. . . . It's a new world we're in. We used to think two oceans could separate us from an enemy. On that tragic day, September the 11th, 2001, we found out that's not the case. We found out this great land of liberty and of freedom and of justice is vulnerable. And therefore we must do everything we can—everything we can—to secure the homeland, to make us safe.'' Speech of President Bush in Iowa on September 16, 2002.

(B) ``With every step the Iraqi regime takes toward gaining and deploying the most terrible weapons, our own options to confront that regime will narrow. And if an emboldened regime were to supply these weapons to terrorist allies, then the attacks of September 11th would be a prelude to far greater horrors.'' March 6, 2003, Statement of President Bush in National Press Conference.

(C) ``The battle of Iraq is one victory in a war on terror that began on September the 11, 2001--and still goes on. That terrible morning, 19 evil men—the shock troops of a hateful ideology--gave America and the civilized world a glimpse of their ambitions. They imagined, in the words of one terrorist, that September the 11th would be the `beginning of the end of America'. By seeking to turn our cities into killing fields, terrorists and their allies believed that they could destroy this nation's resolve, and force our retreat from the world. They have failed.'' May 1, 2003, Speech of President Bush on U.S.S. Abraham Lincoln.

(D) ``Now we're in a new and unprecedented war against violent Islamic extremists. This is an ideological conflict we face against murderers and killers who try to impose their will. These are the people that attacked us on September the 11th and killed nearly 3,000 people. The stakes are high, and once again, we have had to change our strategic thinking. The major battleground in this war is Iraq.'' June 28, 2007, Speech of President Bush at the Naval War College in Newport, Rhode Island.

(7) Notwithstanding his knowledge that there was no credible evidence of a working relationship between Saddam Hussein and al Qaeda and that the intelligence community had

29

112TH CONGRESS
2D SESSION

# H. R. 5736

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

## IN THE HOUSE OF REPRESENTATIVES

MAY 10, 2012

Mr. THORNBERRY (for himself and Mr. SMITH of Washington) introduced the following bill; which was referred to the Committee on Foreign Affairs

# A BILL

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*
2 *tives of the United States of America in Congress assembled,*
3 **SECTION 1. SHORT TITLE.**
4    This Act may be cited as the "Smith-Mundt Mod-
5 ernization Act of 2012".

2

1 SEC. 2. DISSEMINATION ABROAD OF INFORMATION ABOUT
2    THE UNITED STATES.
3    (a) UNITED STATES INFORMATION AND EDU-
4 CATIONAL EXCHANGE ACT OF 1948.—Section 501 of the
5 United States Information and Educational Exchange Act

govinfo.gov

4:16                                    . LTE ▮

## Sarasota Magazine

**News & City Life** > More News & City Life > Will \



**9/11**

# Will We Ever Know the True Story Behind Sarasota's Connection to 9/11?

AA      🔒 sarasotamagazine.com      ✕



cjr.org/politics/bloggers_in_a_spin_about_dubio.php

bush

0/13

"They know that the Northern covered in ice, a la *The Day After Tomorrow* or it will be too arid and erratic, that the only tolerable living conditions will exist south of the border, writes the Vidiot. "The land Bush is rumored to have purchased is smack dab over an aquifer as well as dead close to a good source of natural gas. On top of that, there's a huge chunk of land right next door that's owned by the Bush family good buddy Sun Myong Moon of the infamous Moonies ... It's perfect. They will have water, they will have gas, they have a military contingent there to fight off the locals, they could do whatever they wanted AND not get extradited to The Hague."

Paranoia aside, there was another thread that tended to link most of the blog coverage — that is, the "coincidence" that Jenna Bush "just happened" recently "to visit" Paraguay.

"For me, the news that Jenna Bush had become a UNICEF ambassador was already a disconnect of baroque proportions," writes skdadl at Peace, order and good government, eh? "And Jenna as any kind of secret political emissary seems to me to lift this story right off into the rococo. But then, as Scott Fitzgerald once said, the rich aren't like us, so what would I know?"





12:52

## CONTACT     REPORT INFORMATION

# CIA

# Inside the Oval

When Bush became DCI, he insisted upon direct access to President Ford. He usually edited the President's Daily Brief or briefed at National Security Council meetings in order to convey CIA's analysis directly to the President.



AA     🔒 cia.gov     ↻

12:56

**CONTACT**     **REPORT INFORMATION**



In 1981, Bush became President Ronald Reagan's vice president. He brought with him a deep appreciation for the President's Daily Brief (PDB) and read it avidly throughout his vice presidency. When Bush became the 41st President of the United States in 1989, he made a CIA briefing his first order of daily business in the Oval Office. "The reason I like to get intelligence from you folks is that I know you tell it like you see it," he said. "You have no policy axe to grind and you are absolutely discreet."

George H.W. Bush served as Director of Central Intelligence (DCI) from January 1976 to January 1977, just ten days shy of one full year. Though his tenure was limited, his

AA        🔒 cia.gov        ↻

SDNY PRO SE OFFICE
2024 SEP 20  PM 3: 25

U.S. District Court of New York

Southern District

New York, NY

Case No. _____
(NEW MANDAMUS)
See: Fla Cir 15: 50-2023-CA-016963-MB

Joseph D. Gilbeath, P.E.
    Petitioner,

"9-11 Bush Sarasota Connection"

v.

'Organized DOJ Fraud'

[Water Wars]
'Terrorism'

George W. Bush; Council of National
Defense; Natural Resource Defense Council; Army Corps of Engineers;
US Congress; US Senate; Federal Bureau of (FBI)
Investigation; Department of the State; Department of Energy;
Environmental Protection Agency (EPA); Department of Justice;
Department of Homeland Security; National Guard; Office of the USA
President; Secretary of Army; Department of Interior.
    Respondants

[WWW: GilbeathBlueGold.com]
813-470-6000

Petition for Writ of Mandamus

Comes Now, Petitioner, Joseph D. Gilbeath, P.E., pursuant to FROP,
hereby files a 'Petition for Writ of Mandamus' for Respondants to test
two unique Endless 'Binary Water' resources in New Jersey to serve New York,
and Sarasota Forever. Incoporate Palm Beach complaint via Gilbeath v
George Bush et al to this Writ (CASE: 50-2023-CA-016963-MB) in Cir15
Palm Beach County, Florida, regarding 9-11 Bush Sarasota Connection
where Tampa/Sarasota Judges; Judge Donna Marie Padar, are attacking
both Florida/NY Binary Water' to kill Americans, maintain Wars, hiding Sustainable
Colloidal Water Supply Knowledge; (1) pointing at View Buchanan/George Bush/Obama

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 46 of 187    Page ID
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 2 of 13
#:46

## I. Facts

(1) Petitioner is A Licensed Professional civil/Infrastructure
Engineer in Florida on Global/USA and FDOT/Ports/Harbors/Resources/
Master projects for Land Development for over 30yrs. (PE #56078).
working with Devers & Moore/IWAS in 1990's, Headquarters, Bonn, Fla.

(2) Petitioner has been subdued by this 9-11 Sarasota/Tampa "organized
Terrorist gang" of Lawyers/Judges, DeSantis, Obama, Trump, Harris, Biden
coup to suppress "Global Primary Water" access for 12yrs, ongoing.

(3) George Bush is tied to 9-11 per Articles of Impeachment by
US Congress shown on Gilberti v George Bush, et al on Cct
15, Palm Beach County case 50-2023-CA-016963-MB. This
simple complaint shows Bush Family tied to 9-11, Blue Gold
Water Wars, CIA Search Moult set with Alumni from Yale/Harvard
and Notre Dame still attacking with Judge Donna Marie Parker (Fraud) Historian
see Sarasota case 2021 CF 7559 NC, appointed by Bush Family, Parker
is known as An Angry Woman who hates America, Men, Women and
Children. Attacking all Humanity in open Court. See JQC 24-777.
See Gilberti v. FBI, et al, Gilberti v. Trump, et al, Gilberti
v Elon Musk, Mark Cuban, et al. demonstrating AN "Organized Lawyer"
coup of Misfits tied to Title 22 USC (§1461-1a) and HR 5736 Smith
Moult Act Mod of 2012, initiated the week Petitioner exposed
"Endless Primary Drinking Water (ENVIRONMENT)" to Nations/USA
Taps, desert areas "No need for Rain for Water Supply"
(ENDLESS ACCESS DEEP BELOW)

(4) Respondents have FAILED the USA People with Media to
hide Global Peace Knowledge. (2) This case is long overdue. Takes Men!

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 47 of 187    Page ID
#:47
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 3 of 13

## II. Statement of Jurisdictional Basis

- (5) This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empowers this court to act, "All cases in law and equity, arising under [the] Constitution." Issuance of writ of Mandamus in aid of such jurisdiction is authorized by 28 U.S. Code 1651.

## III. Federal and State Constitutional Provisions

- (6) All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

U.S. Const. Amend. XIV, § 1.

## IV. Legal Standard

- (7) A writ of Mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministerial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely ignored/ attacked the resources and agencies (NOT EVERYONE). These 'Primary Water' access points demonstrate deep underground "Global Antioxidant Spring water Oceans" hidden by 911 Sarasota Connection/Judges/Lawyers tied to Vern Buchanan/Bush to create (3) WARS, Food, Energy, Migration, CRISIS.

## V. Take Judicial Notice

- (8) Petitioner request this court and Respondents to take Judicial Notice of the following State and Federal cases, House <u>HR.5736</u> Resolutions and US Constitutional Titles related to the "ongoing Systematic organized attack" to suppress in many bizarre forms" are A Surveillance group in the New York State of Americas Myers, were placing and functioning, honorax, Doing his agencies since April 3, 2013 or before. Since exposure by civil Professional Agency, Joe Gilberti, PE, the State/Federal Acts/ FDEP International permits in Sarasota. Ties to Navy Blue Gold Water issues, CIA—Saudi Handlers, and Sarasota Counsel no

① Palm Beach County CM 15 — <u>Gilberti v. George Bush, et al</u>
(Attack by Greenberg       Case 50-2023-CA-016963-MB
Traurig/Nobel & Rangel)              (issues attacked by Sarasota
                Media                                            Judges)

② Sarasota cases:  2021 CF 07559 NC   <u>State v. Gilberti</u>  (USA to
(Attack by Obama,                                                                      ARREST/PROBATION)
Rick Scott, Nova VP)  2021 CA 1009 NC   <u>12 v. Gilberti PEST, et al</u>
Democrats, Marco Rubio)  2019 CA 04532 NC   <u>Gilberti v. 12 Wilmas</u>
                2011 CA 04209 NC   <u>12 v. Doubling</u>

③ Federal Cases:   <u>Gilberti v. Elon Musk, et al</u>
(Attacked by crooked  <u>Gilberti v. Oswald & National Driving, et al</u>
Judges/Sarasota cops)  <u>Gilberti v. United Nations, et al</u>
                <u>Gilberti v. National Guard, et al</u>
                <u>Gilberti v. Pentagon, et al</u>
                <u>Gilberti v. Federal Reserve, et al</u>

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 49 of 187  Page ID
#:49
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 5 of 13

## VI. Statement of Case / Request for Relief

(9) The *Gilberti v. George Bush* case in CA 15 Palm Beach County Case 50-2023-CA-016963-MB was never secured as the "organized attack" by Sarasota DOT comprised it, while stealing lands in a "Fraud Trimster." See *Gilberti v. 72 Partners*, LLC case 2019 CA 04532 NC, (DIN 197) describing the illegal Land Grab by CA12 Judge Walker, Judge Donald Padit and 16 more subpoenas on Case 2021 CF 07559 NC. The *Gilberti v. George Bush, et al* case has plans for New York / New Jersey as well as Florida Resource located at Cecil Daughtry Ranch at 9438 Daughtry Rd Sarasota, FL 34266. The verified No.1 "Primary Water" access on Earth, verified by consultants for Lockheed Martin / Boeing in 2013, in Sarasota! SEE EXHIBIT A+B

(10) The Twin Towers were hit by two airplanes, but 3 buildings went down (Bldg 7) over very old failing / crumbling aqueducts system from Castkill Mountains. Meeting held at Governors House at New York City Hall with Mayor Eric Adams / Nkg I showed on 2-2-23; with Petchimuto, Joe Gilberti, P.E., Marine Anthony Mensa (NJ) and Queens Sal Barretta, present I friends with Mayor Adams on a 900 MGD delivery of "Primary Water" and 9-11 Sarasota Bush (SEE NEWS) Connection to Global / Florida Water Wars. (See EXHIBIT "A")

(11) George H.W. Bush is tied to CIA, Smith Mundt Act of 1948, HR 5736 Smith Mundt Act Mod 2012, with Title 22 USC (§1461-1a) going against Title 18 USC §241-242 §371 and Title 15 USC (§§1151-1157). George W. Bush / Family purchased 100,000 Acres next to Guarani Aquifer, Paraguay, "Primary Water!"                    (5)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 50 of 187    Page ID
#:50
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 6 of 13

## VII. Request for Relief (cont.)

(12) The U.S. Congress file Articles of Impeachment regarding 9-11
George Bush dissimination, land, oil and water rights stolen from
an entire Nation because two Loser's flew airplanes. WE
THE PEOPLE are the LAND OF THE FREE, not a land who
uses TV, Internet to bomb entire cities of Civilians for two
demolished buildings in NY, and Blg 7? Title 22 USC - Dissimination!

### "Take Notice"

(13) If the Aqueducts would have collapsed that summer, Sept.
11, 2001 (Aqueduct Maintenance only allowed in Frozen/Winter), over
9 million people could have perished in 5 days. While George Bush,
with today's Sarasota/Florida Judges, Gromberg Traverse continue
to attempt to secure wells at Daughtrey/Gilbreth/Flint projects.
They have failed and are still hiding said issues. See Gilbreth v.
Secret Service, et al, Gilbreth v. Trump, et al, Gilbreth v.
Harris, et al in DC, while Judge Pater, Walker, Sarasota still attack USA/Gilbreth.

### RELIEF IS EASY

(14) Petitioner request BOTH New Jersey and Florida 'Primary Water
Access' be verified by Respondents and George/Jeb/Marvin     TAKES
Bush to CLEAR UP THE 9-11 CONNECTION and bless (VERIFY!)     I-TRE!
both sites with the Catholic Church/Pope/Arch Diocese of NY
and Miami who have the files. Redeem America and
Allow US Military/National Guard/ACOE install backbone Infra-
structure, open 100's more with USGS, Gilbreth's team of Engineer/
Consultants ready to Move Fast. Open more in Middle East, Mexico
to END WARS, HUNGER, MIGRATION. Help Southern California, Ind.
Access many more hidden by (6) Bush, NWDC, ACOE, oil owners.

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 51 of 187   Page ID
#:51
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 7 of 13

## VII Request for Relief (cont.)

(15) Petitioner Request Respondents to investigate Sarasota DOJ and Tampa DOJ. See Gilberti v. Ashley Moody, et al in Tallahassee, Leon County in 2nd Judicial Circuit of Florida.

(16) Petitioner request IMMEDIATE CONSTRUCTION OF NEW (NJ to NYC) 22 mile Pipeline design/installation per AmeTech Design Group, Inc. Delivering Alignment Stuff shown on Gilberti v. Bush, et al Cir 15 Case 50-2023-CA-016963-MB. See New York Southern District, Gilberti v. United Nations, et al showing access from buried Volcano (WASHINGTON MOUNTAIN) at Washington Rock. SEE EXHIBIT A

(17) Petitioner Request Department of Justice arrest all Judges/Cops/Lawyers attacking Daughters lives, Gilberti rights since 2012 in Sarasota, Tampa, Lee and even Broward County. See State v. Guy Gilberti ARI5 setup by Scott Israel hidden w/ PTI and Judge Feins. (Broward Judge/liar)

(18) Petitioner request Respondents "VERIFY MORE PRIMARY WATER ACCESS" with all Universities, ACOE, USGS, Dept of Interior/State per Title 15 USC; Arrest all Media across USA for Treason!

(19) Petitioner request Congress/Senate to Remove H.R. 5736 and Title 22 USC — Dissemination of America. Arrest Board of Broadcasting Governors, all Hollywood heroes and Major Social Media sources for US Treason since April 3, 2012. Detains Ron Desantis, Pam Bondi and all Florida State Attorneys are Treason. Media too. (7)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 52 of 187   Page ID
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 8 of 13
#:52

New Jersey to New York Blue Gold Transmission (900 MGD)

WWW. GILBERTI BLUEGOLD.COM

# Exhibit A



USA

NOTES:

1) reset Revenue Bonds for Water Infrastructure (exist)

(2) Spring Water replaces Treated Water to NY/NJ.

(3) SAVE $100mil/DAY (WATER)   PLAN NTS

(Atlantic Ocean)

( 22' MILE TRANSMISSION down I-78 to NY )
900 MGD SPRING WATER TO TAPS
GILBERTI BLUE GOLD PIPELINE

Washington Rock
New Pump Station

9' Diameter Pipe    500' Above NY   ( World Trade Center )
MANHATTAN

WASHTUNG MOUNTAIN
(Old Rove Hills)

ENDLESS GLACIER WATER

New York CITY INFRASTRUCTURE
WATER DISTRIBUTION
SYSTEM (exist)

NATURAL FILTER ROCK

400 ft below

Leaking Aquaducts since 1991
(35 yo) Polluted/Contaminated
Treated Water
(PFAS)

BURIED
CHECK VALVES

WELL
PIPES

400 ft

OIL LAYER

WASHTUNG MOUNTAIN
BURIED VOLCANO

STEAM ENGINE
Providing Endless Spring
Water Source to
NEW YORK/NJ
(900 MGD)

NEVER ENDING SOURCE

PURE
PRIMARY WATER   Profile NTS

LANDTECH
DESIGN
813-470-6



Exhibit B

"Revitilization of Natural Defense of Florida Peninsula"
(per Title 50 USC §3 - Council of National Defense)
WWW. GILBERTIBLUEGOLD.COM

NAVY

CENTCOM
CENTRAL
COMMAND
McDILL
AFB

Tampa Ports

CSX R/R

★ LOCATION BLUE GOLD ACCESS ★
(9438 Daughtery Road, Sarasota, Fla 34241)
GILBERTI BLUE GOLD ACCESS
(secret underground River)
ANTIOXIDANT
ENDLESS/HIGH FLOW/Reuse Road

(Florida Peninsula)

N
W ← → E
S
N.T.S.

Florida
Peninsula
(EAST LINE)

MANATEE
PORT
(EXPANSION)

Charlotte
Harbor

I-75 (locate widening) PD-E
+ 5 NEW R/R
TRACKS
(Big 4 Speed Leads)

Atlantic
Ocean

Punta
Gorda

OLD CSX
Railway
(2) 9' DIA
BLUE GOLD
PIPES (NEW)
Ft
Myers

LAKE
OKEECHOBEE

SUMTER
RR70

I-75
(Everglades)

Obama Bio-Fuel GMO
(contaminated) W/ R/R
Natural Water Supplies

Port of Palm
Beach

US Hwy
27

Gulf
of
Mexico

ENGINEER NOTES
NOTES

Naples

ALLIGATOR
ALLEY
(I-75)

B→
B
B□

Port Everglades
(BROWARD)

① Railroad Alignments to I-75 (5 tracks)
to upgrade National Defense
Troops to South Florida Title 50 §3.

② Antioxidant to Taps at 10,000,000 Homes
20% GDP increase (ALKALINE HOUSING BOOM)

③ Global underground knowledge of Primary "Spring"
Water from Earth's Core, ENDLESS

Fla Keys

Port of Miami
(DADE)

US SOUTHERN
COMMAND
Title 50 §3

813-470-6000
DESIGN GROUP, Inc

VII. Request for Relief (cont)

Petitioner has empirical data at Sarasota showing "medicinal" water unique to human health, hidden and attacked for 12yrs by Obama, Trump, Harris, Clinton, Bush and Florida Leaders. Respondents must verify source, as it takes 2-hours!; at 9438 Daughtery Road, Sarasota, FL 34266. at Well No2 located 50' west of section line at Cecil Daughtery 160ac Homestead lands north of Clark Road (SR 82).

Petitioner has shown, as well as Bush cases, ownership of water resources, key to foreign nations, An "ongoing systematic attack to disseminate the Scientific, Technology and Engineering data" the Petitioner has in his possession; for access and infusion to the Public 4-6 county Water Supply for a Much Higher LEVEL OF SERVICE. Again verify Resource to show No 1 Aquifer on Earth, hence MOTIVES to attack. Disclose Petitioner data to All Media, Universities immediately per Title 15 US (§§1151-1157). Implement Plans submitted to FDOT Dist 1, 4, 6 and FDEP Fl. Myers since 2015, 2020 and of SWFWMD in 2012

CONNECT DOTS

Petitioner shows Bush in Sarasota (of all Places) worshipping this unique Resource, while attempting to Destroy New York aqueducts, take IRAQ and Afghanistan Oil, water, Banks to US Treasury, using CIA South Mundt Act of 1948 and 2012 mod to attack USA. His father was Ahead of CIA, 30yrs, family into One oil 'Privacy Water' ownership thru Force. Respondents must verify source, question Bush, Trump, Harris, Congress/Senate in Florida, NY, NJ, California, Texas on why this is hidden in USA Force 12yrs; with Sarasota Terrorist Government, Desantis, Judges, and Rick Scott/Obama Harvard + (10) Yale/Notre Dame Alumni? Cops, Media!

## VIII. No other Means to Attain Relief —

(20) Petitioner has no other Means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or agencies of the United States. See 28 U.S.C. § 1361. There is no method of enforcement by Petitioner to State/Federal Legislature; and or local leaders, hiding the resources of 'Primary Water' with ALL MEDIA, claiming Water woes, cost of immigration, these projects/Resource locations and large civil engineering Infrastructure permit plans solve by LandTech Design Group, Inc. The legal corruption by Judges, Mayor Adams from New York, Florida Sheriffs/Judge Attackers, Petitioner since 2012, tied to Blue Gills Bush Family, South Monk HA 5736 with CIA/NOAA, Trump, Harris shows the 'Organized Fraud' attack with Yale/Harvard/Notre Dame alumni on DeSantis and members of the White House and on Petitioner's land in Sarasota with JZ Partners, LLC, Lee Pollard (Terrorist) of Tampa, Attacking Petitioner/USA.

## IX. Importance Beyond this Case

(21) Equal Rights challenges under A States or US Constitution to geothermal or not to verify 'deep underground aquifers' to help open Global Knowledge Are rarely reviewed thereby potentially encouraging judicious indifference by State/Federal agencies to enforce their organic 'lawgivers. Writ of Mandamus being supervisory in nature are appropriate to cure such issues. See United States v. Bertoli; 994 F. 2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See in Re Volkswagen of America, Inc, 545 F. 3d 304 (5th Cir 2008).

813-470-6000
www.E-liberal.BlueGull.com

## X. Conclusion (Verify Resources - PROVE ENGINEER WRONG!)
"Lowest Paternal P.E."

(22) Petitioner has found two Global, very different 'Pinning Water' access points in New Jersey (Somerset county) to re-utilize New York City / New Jersey; and another in Sarasota County. See Exhibits A+B. The first is an historic buried volcano at Washington Rock only 25 miles away from Manhattan, approximately 500' above to reduce all Water bills and provide "Antioxidant Spring Water" (ENDLESS) to open Northern New York State, stop against Flooding in upstream cities. Move Natural Waterway courses back to it's original state saving OVER $100,000 weekly/day to Tax payers. The second is Most unique in Sarasota, Florida at Cecil Daughtry Ranch from Yucatan Meteor Impact via Tilted Platform. See Gilberti's KT Hypothesis.

(23) There are MANY Congressional actions on Impeachment documents on George Bush regarding False Flag Pre 9-11 with a Sarasota connection. Mandamus is necessary, Bush needs to help Petitioner! & USA

(24) Wherefore, A writ of Mandamus must issue compelling the respondents to verify both resources, ask George / Jeb / Marvin Bush to come to Sarasota Daughtry Ranch too, to redeem the issues and call out Trump, Harris and Mexico. Arrest Sarasota DOJ immediately w/Respondents help.

### Certificate of Service

On September 13, 2024, Petitioner mailed the foregoing by US Mail to US District Court of New York, Clerk of Court at 500 Pearl Street New York, NY 10007.

Joseph D. Gilberti, P.E.  # 2024-8237

c/o Mayor Adams, NYDEP,
Gov NY/NJ, FOJ, DHS,
Oswald Nat'l Defense     (12

Sarasota Jail
2020 Main Street
Sarasota, FL 33436

(Kidnapped by
Judge Dunis here
before - 7 assaults
illegal)

Joseph DeStefano, PE
# 8394-7397
Sarasota Jail
2020 Main Street
Sarasota, FL 34236

SDNY 180 UK OFFICE
2024 SEP 20  PM 3: 15

U.S. District Court of Southern New York
Clerk of Court
500 Pearl Street
New York, NY 10007





# Exhibit B

Alignment Study for New York City with Primary Water Access
per Mayor Eric Adams Meeting with Professional Engineer Joe
Gilberti PE at New York City Hall on February 2, 2023

LandTech Design Group, Inc
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

October 16, 2024

New York Fire Department
NYPD (Copy)
New York Mayor Adams & Council (Copy)
New York Port Authority (Copy)
9 Metrotech Ctr, Brooklyn, NY 11201, US

**Subject:** Gilberti Blue Gold - Antioxidant Spring Water (900MGD) to New York City to save
$100mil/day via failing Aqueducts 1,2, and 3

**RE:** Gilberti v 9/11 George Bush Sarasota Connection filed in US District Court of Southern New
York - Case No. 24-cv-07180 Mandamus shows Organized Fraud by Leaders/Media to hide
PRIMARY WATER ACCESS from THE PEOPLE

Dear New York Fire Fighters/Departments and NYPD, NY Council/Port Authority/Lawyers,

My name is Joe Gilberti PE, my father was born in Brooklyn, and I am a native South
Floridian with great news for both States.  We met at City Hall with Mayor Adams/NYDEP Staff
on 2-2-23 to provide unique Antioxidant Spring Water (900MGD) to Revitalize New York City and
open Northern New York real estate with new RESOURCE from Watchung Mountain (buried
Volcano) in New Jersey only 25miles away as shown on attached Study.  We also have another
unique Antioxidant Spring water source in Sarasota.

We have been under attack by Leaders and bad Cops, Judges and Corporate goons to
suppress these projects and Global Medicinal endless drinking Water supply resources that have
ZERO CONTAMINATES and greatly reduce Water, Food and Health cost to America, as their
hidden by EPA, NASA, Presidents, Media, Hollywood, FBI and Military/Big Pharma Complex with
their bottling friends.

See attached lawsuits to bring everyone to the Table on what we see in a potential
connection to 9-11 to crush the Aqueducts with a gang of Yale/Harvard and Notre Dame Alumni
still attacking in other fantastic events tied to subduing me since 2013 with Obama and
Tampa/Sarasota Judges and Leaders to hide primary water access.  See Website and platforms.

Both sites can be verified in hours.  Our Oil consultants like Jim Murray have over 50yrs
of experience in Newark and across USA via Amps Aquifer Maintenance in Palm Beach who also
verified sources.  We have access to test both.

We need Media exposure.  I am offering $1,000,000 dollars/day in perpetuity for NYFD/NYPD to help.  Please see attached and contact me at your earliest convenience as this Global knowledge can end World Hunger and National Debts.  See Gilberti v Federal Reserve hidden by US SUPREME COURT and Media.

Sincerely,

Joseph Gilberti, PE
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

https://www.dropbox.com/scl/fi/1zuxxytcpxam5ntrbiq3h/New-York-State-Society-of-Professional-Engineers-Letter.pdf?rlkey=8atzr0i8m71q9yd9vuxng4tug&st=7qkw0kn7&dl=0

# A SUSTAINABLE DRINKING WATER SUPPLY FOR NEW YORK CITY

## ST. ANOTHONY'S BLUE GOLD TRANSMISSION ALIGNMENT

GEORGE WASHINGTON ROCK, NEW JERSEY TO NEW YORK CITY

TO

REVITILIZE ENVIRONMENT, ECONOMY AND HEALTH

SERVING

## EASTERN NEW JERSEY AND NEW YORK CITY

FOR

OWNER/ACCESS TO SECRET UNDERGROUND RIVER NEAR MOUNT WASHTUNG

**Anthony Menza**
505 Warren Road
Warren, NJ 07059

BY

Joseph D. Gilberti, Jr., P.E.
**LANDTECH DESIGN GROUP, INC.**
Planning, Engineering and Consulting Services
385 Donora Boulevard
Fort Myers Beach, Florida 33931
813-470-6000
gilbertiwater@gmail.com
www.gilbertibluegold.com

Certified US Mail to:

**Mayor of New York City**
**Office of the Governor of New York**
**Office of the Governor of New Jersey**
**Office of the Governor of Delaware**
**New York Department of Environmental Protection**
**New Jersey Department of Environmental Protection**
**Natural Resource Defense Council**
**New Jersey Transit Corporation**
**Army Core of Engineers**
**American Water Company, Inc.**
**New York Department of Health**
**Department of Transportation**

November 6, 2022

**PRELIMINARY ALIGNMENT AND FEASIBILITY REPORT**

*PROJECT OVERVIEW*

The Menza residence is located at 505 Warren Road, New Jersey in the upper limits of Washington Rock or Washtung Mountain (old Blue Hills) toward the eastern end of New Jersey only 25miles west of New York City and approximately 2000 feet above where an old Lava spill from deep in the Earth left a massive underground river access point below our clients land.   The old, deep well with pure and endless drinking water was reserved and is the only lot in the area that was not required to hook up to the local water supply infrastructures during assessments due to the high quality of the Well and this unique access point.   The property is located in hills of Somerset County with many potential routes for a large 9ft diameter Blue Gold Transmission down existing railroad right-of-way (R/W), Interstate I-78 and 22 R/W to flow downhill into the much needed new source to all of New York City.

The location of the rural lot of approximately 1.5 acres with access to a deep basalt layer of the only historical area in New Jersey with Volcanic Trappa rock providing a alkaline type source, which is also location very close to large populations such as eastern New Jersey and New York City.



**Alignment 1 - I-78 from Washington Rock to New York City**
**(alternative links from SR 22, Dunellen Railroad R/W, and Power Easements)**



Map of the underground formations by State of New Jersey public record USGS maps.



🔒 nj.gov

**LandTech Design Group, Inc.** is has another large project in Florida showing new transmissions down CSX Railroads and Interstate I-75 from Sarasota Florida to Miami solving the Florida North South conflict for over 10yrs where water quality and shortages from the same type of old style designs using reservoirs and rain dependency. Our new site resourcing and engineering concepts solve major water supply problems and lower the utility, water bills, taxes and risk to States and is being implemented in larger regions and now in your area, to help the American People move away from the old ways of water supply risk factors and issues that we request to discuss below in workshops with Staff and Agencies from New York City, New Jersey and Delaware systematically to expedite.

(1) Alignments alternative down local roadways, Highways, existing Railroad R/w and Power easements.

(2) Project Prospectus for Job Creation from Spring Water to the Tap of Homes in eastern New Jersey and New York City

(3) Overall 30 mile Transmission Alignments from Washington Rock or Washtung Mountain (Old Blue Hills) to New York City.

(4) Water Readings and Historical maps of secret hidden resource and through LandTech Design Group, Inc., new Hypothesis for Water Origin Theory showing endless Water below hidden by EPA Ice Comet theory

(5) Demands and Flows needed along alignment (preliminary)

(6) Appendix
- New York Aqua-duct failure reports showing upcoming disasters
- New York current Aqua-Duct System Shutdown in June 2022
- Arsenic leaking in System without warnings in NYC from aqua-ducts no longer sustainable to the Public on a major and long time Level of Service
- Florida's 300mile Blue Gold Pipeline from KT Event showing similar secret resources that can solve the whole nations water supply with new science and access points.

*WORKSHOP REQUEST WITH NEW YORK CITY MAYOR AND STAFF*

Although this report is submitted preliminary, we have much more in our file, but wish to discuss the Water Supply interconnection models, future Capital improvement funds, matching funds and of course the Public Need which this new hidden resource may be expedited for funding as an Alternative Drinking Water Resource in case the ENTIRE AQUA-DUCT collapses into New York City from the 250yr old system, that has over 80yr old concrete aqua-ducts failing, that may create a massive Pandemic in New York City of NO WATER SUPPLY within days of the Collapse.

This system could stabilize the Risk within 2yrs construction, with the ability to allow the old system to be shut down in phases so in the end there are two sources from two different States serving New York city. The existing old system under duress from Delaware and the new proposed System via St Anthony's Blue Gold Pipeline. The failures and leaks within the Delaware system has caused home flooding which is a function also of the old system.



*Diagram 1*

**Water Supply ready to collapse at Aqua-ducts affecting over 20million People in New York and Delaware instantly
(80 to 400yr old infrastructure needs replacement)**



*Diagram 2*

Water Supply DEPENDS ON RAIN and subject to droughts and ready to collapse at Aqua-ducts affecting over 20million People in New York and Delaware instantly

(80 to 400yr old infrastructure needs replacement)

*CONCLUSION*

Our new deep underground resource and proposed Blue Gold (primary Water Cycle) alignment not only provides better quality but a closer and more sustainable water source while the existing sources from Delaware systems will continue to increase in cost through renovations in perpetuity due to the age of concrete and other factors of use and break down. No matter how long you try the existing system while eventually fail and stop water to New York as warned to the Public by the Engineers in the region with an emphasis in multiple seminars, meetings, books and reports since 2013 and getting worse. Drinking Water supply effects Local, State, Federal and Global Sustainability in every way, shape or form.

For the past 400years New York is served from surface systems and Aqua-ducts that have been renovated to concrete aqua-ducts in the 1940's which have begun again to fail since 1980's or for the past 40yrs, but with a huge risk to a much larger population. These constructed aqua-ducts up State from New York in Delaware have now become a risky business in that Water Supply can be completely shut off if a collapse of the very frail reinforced concrete aqua-ducts shown in various reports in our Appendix by the National and State Authorities.

The existing water supply system in New York has even affected the population in Delaware with flooding. Reports show from the 1990's over 35million gallons per day are leaking, but fail to show whats leaking in and contaminating the water supply. Please contact our office at your earliest convenience so we can coordinate a Zoom Meeting and discuss three workshops completed with your staff in New York City on our proposal to help three States in Water Supply issues.

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5 AM 9: 48

<u>U.S. District Court of New York</u>

<u>Southern District</u>

New York, NY

Joseph D. Gilberti P.E.          Case No: _____

      Petitioner,          (New Case)

v.

<u>United Nations; Department of Justice; Vice President Harris;
City of New York; New York Port Authority; Home Land Security;
Dewitt of Ny Army/Contractor; National Nuisance Defense
Contracting; Governor of New York; Department of Transportation;
Federal Bureau of Investigation (FBI); US Congress; President Biden;
Mark Zibels; Geological Subcontracting; University of Miami
Lobbyists; Governor of New Jersey; Governor of Florida.</u>

      <u>Respondents</u> _____/

Petition for Writ of Mandamus

Comes Now, Petitioner, Joseph D. Gilberti, P.E., a Florida Licensed
Professional Engineer, pursuant to FCRP, hereby files a "Petition
for Writ of Mandamus" for all Respondents to verify two secret Resources of
"Spring Water from Earths Core" which provides Endless, contaminant
Free, PFAS Free, Spring Water from Deep in Earth; with No Rain
Dependencies. Two Locations have been submitted to Respondents
over past 2-10 yrs. Washington Rock, New Jersey (Washtung Mountain)
A buried volcano to serve New Jersey to New York, replacing OLD

(1)                          Land Tech Design Group, Inc

Aqueducts under New York City. Saving Miles, providing Much healthier Water Supply; saving cost to Maintain Aqueducts of approximately $00,000,000/Day; in allowing Realestate in Northern New York to open at the Cadill Mountains and upstream at the Top of source (of Top of Watershed).

Petitioner also request Respondents to inspect our Statewide Florida project from Tampa to Miami, with "Primary Spring" Water from Earths Core" from an Historical Yucatan Meteor Impact (KT Event) at 9438 Daughtey Road, Sarasota, FL 34266. (Titled Author)

Both projects have been emailed to Respondents and hand delivered to Mayor Eric Adams at City Hall, Governors Room on February 3, 2024, to Meg Lehew, in person.

Both Projects can be seen on Gilbraeth v. George Bush, et al Palm Beach. CIRCUIT 15 CASE 2024-CA-010963-MB. Reasons for Writ of Mandamus are as follows:

## Factual Background

(1) Petitioner is a Licensed Civil/Mechanical Land Development Infrastructure Engineer with over 30yrs experience. Graduated from University of Florida 1993, Fla PE#56079.

(2) Both project resources have Global Oil Drillers with over 35yrs in Norwalk, and extensive drilling experience, Aquifer experience in New Jersey and New York. Jim Murray of Amos Aquifer Maintenance, Palm Beach, Fla. Has investigated both Projects.

(2)

Factual Background (cont.)

(3) A Mandamus on Respondents to investigate both Resources takes only a few days. This Global Knowledge from both Resources in New Jersey (Somerset County) and Sarasota Florida Allow other States and Water poor / drought / desert Nations, like the Middle East, India and Southern California, Mexico, find Endless Spring Water without Rain dependency to stop Wars, Oppression, Migrations and Hunger.

(4) These Resources demonstrate EPA Water Origin Theory, via 'Ice Comet Theory' to be replaced by 'Oceans beneath Earth Theory' to solve 'Climate Change' with the CORRECT Thermodynamic Model. Everything changes instantly and Regulations / Taxes go down. Production, Sustainability goes up. World Peace begins and World Hunger Ends.

(5) Gilberti v. Council of National Defense, NRDC, ACOE, Mandamus is docket at Tampa US Middle District of Florida, shows details and State cases (related issues) where Gov. Desantis and FBI, have, with over 150 Politicians / Judges have Attack Petitioner Civil Rights, land, clients, project to Suppress this Global Knowledge to maintain Military Complex / Big Pharma Complex profits from Middle East Wars / Economies At the Top. Also See: Gilberti v. Rubio, Homeland Security, et al

(6) Nobody is moving these access points of Endless, High Flow of 'Rising Spring Water' generated from Earths Core / Mantle.

(3)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 69 of 187   Page ID
#:69
Case 1:24-cv-06085-LTS    Document 1    Filed 08/15/24    Page 4 of 15

### Statement of Jurisdictal Basis

(7)  This court has jurisdiction pursuant to Article III, section 2, of the United States Constitution which empowers this court to act "all cases, in law and equity, arising under [the] Constitution." Issuance of writ of mandamus in aid of such jurisdiction is authorized by 28 US. Code § 1651.

### Federal and State Constitutional Provisions

(8)  All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein the reside. No state shall make or enforce any law (WATER LAWS!) which shall abridge the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.
                    US Const. amend. XIV, § I

### Legal Standard

(9)  A writ of mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely ignored the benefits of this Global and local deep underground Endless Spring water supply to create a water, Food, Energy crisis."

(4)

Case 2:25-cv-00355-AH-JC   Document 1   Filed 01/10/25   Page 70 of 187   Page ID
#:70
Case 1:24-cv-06685-LTS   Document 1   Filed 08/05/24   Page 5 of 15

Water Supply, Healthcare, Economic Sustainability, and
National Defense upgrade for New York, New Jersey
and Florida Peninsula per Title 50 USC §3; Title 42 USC

(10) Petitioner has submitted Alignment Plans with 'Primary Water'
access to Respondents since November 2022 and met at City
Hall, New York City with Mayor Eric Adams, staff Member Meg
Lahren, with Marine Anthony Mousa and Sal Barretta for a 900 MGD
delivery from Washburn Mountain at Washington Rock. See Exhibits
'4' and 'B' for NJ to NY Alignments from a buried Volcano; and
the Florida Project from a Tilted Platform in Sarasota from the KT
Event. See Gilberti KT Hypothesis.
(11) Both Projects allow a Massive Infrastructure, Railroad upgrades
and Revenue Bond takedowns due to the "High Level of Service" (LOS)
and hidden ATTACKS on Petitioner Banks' and Data with Respondents
tied to the final and implemented Engineering Permits/Studies/Exposures
(12) All Northern New York Watershed can be replaced by this nearby
System, increasing GDP; lower Power/Water Bills; new upgraded
National Defense.  See Title 50 USC §3 — Duties of Counsel
tied to both Projects, via NJ Transit and I-78 now Tracks
with New York Tunnels/Port Authority upgrades from saving tax payers
$100,000,000/Day wasted on old Aqua-Ducts 1, 2, 3 subject
to collapse since 1991.  Stops upstream City Flooding in Northern NY.
(13) Petitioner filed Gilberti v. George Bush, et al in Cir. 15
Palm Beach, FL to allow this Court to download official study
handed to Respondents with Mayor Eric Adams office. See
Case in Cir. 15: 50-2024-CA-06963-MB.  Also see Gilberti v.
Council of National Defense, (5) in Tampa Middle Dist.

Case 2:25-cv-00355-AH-JC   Document 1   Filed 01/10/25   Page 71 of 187   Page ID
#:71
Case 1:24-cv-06063-LTS   Document 1   Filed 08/05/24   Page 6 of 15 Page ID

(14) Upgrading Water Supply to ~~antioxidant~~ Spring Water while
enhancing ~~national~~ National Defense is the reason for the Petition
for Mandamus. It take Extreme knowledge and Skill, Bravery
to produce these projects, under DOJ attack, with timed
Terrorism. See Gilberti v. Pentagon et al and Gilberti v. Federal
Reserve et al, stonewalled by incompetent Judges/Leaders/Cops.
        See Title 18 USC § 241-242 and H.R. 5736 Smith Mundt
Act Mod of 2012 used to attack Petitioner with Title 22 USC
And Media dissemination. TEST THE RESOURCES For MOTIVES.


            Title 50 USC § 3 - Duties of Council
              "See Exhibit A & B"


(15) "It shall be the duty of the Council of National Defense
to supervise and direct investigations and make representations
to the President and the heads of executive departments as to location
of railroads with reference to the frontier of the United States
So as to render expeditious concentrations of troops and supplies.
'....." these Florida and New York plans enhances our Water/Defense
protections. All New York is Old concrete and designs, subject to failure;
the Aqueducts may have been attacked too in 9-11 attack (Bldg 7?)
And this system Protects over 10,000,000 people and is
hidden from the Public and Respondents by Media Eric
Adjoms and have of New York City Council, Ron Desantis
and more. Who would hide this from THE PEOPLE in an elected
capacity more than 1-Day? Mandamus is warranted immediately
to validate Resources.        (6)   No Real Men or Leader in Reps?!

New Jersey to New York Blue Gold Transmission (900 MGD)

WWW.GILBERTIBLUEGOLD.COM

Exhibit A

Case 1:24-cv-00055-LTS   Document 1   Filed 06/05/24   Page 8 of 15   Page ID #:73

Exhibit B

"Revitalization of Natural Defense of Florida Peninsula"
(Per Title 50 USC § 3 - Council of National Defense)

N
↑
W ←→ E
↓
S
N.T.S.

Force Route

NAVY
CENTCOM
CENTRAL
COMMAND
MacDill
AFB

Tampa Port

CSX R/R

(Florida Peninsula)

★LOCATION BLUE GOLD ACCESS★
(9532 Daughtry Road, Sarasota, Fl 34266)
GILBERTI BLUE GOLD ACCESS
(artesian underground River)
ANTIOXIDANT
ENDLESS/HIGH FLOW/Permit Road

Florida
Peninsula
(COAST LINE)

MANATEE
PORT
(EXPANSION)

Charlotte
Harbor

Punta
Gorda

OLD CSX
Railway
(2) 9" DIA
BLUE GOLD
PIPES (NEW)

I-75 (10 LANE WIDENING) PD&E
+ 5 NEW RR
TRACKS
(High Speed Rail)

LAKE
OKEECHOBEE

I-75
(EVERGLADES)

SOUTHERN
AFB

ME-Hway
24

Port of Palm
Beach

(Atlantic
Ocean)

Gulf
of
Mexico

Ft.
Myers

Naples

ALLIGATOR
ALLEY
of 34
(I-75)

Port Everglades
(BROWARD)

ENGINEER NOTES
NOTES

① Railroad Alignments to I-75 (5 tracks)
to upgrade National Defense
Title to South Florida Title 50 § 3.

② Antioxidant to Taps of 10,000,000 Homes
2% GDP increase (ALKALINE HOUSING BOOM)

③ Global underground knowledge of Primary Spring
Water from Earths Core, ENDLESS

Fla Keys

Port of Miami
(DATES)

US SOUTHERN
COMMAND
Title 50 § 3

LANDTECH DESIGN GROUP, Inc.

(8)

Case 2:25-cv-00355-AH-JC   Document 1   Filed 01/10/25   Page 74 of 187   Page ID
#:74
Case 1:24-cv-06083-LTS   Document 1   Filed 08/05/24   Page 9 of 15

Request for Relief

(16) Over 12yrs Florida Cir 12, 17 & 7, 20 have filed fake police
reports, turned loved likes, with H.R. 5732 grants to disseminate
the public using Propaganda VIA Smith Mundt Act in Title 22 USC.
All going Against Title 18 US § 241-242, to conspire against
America with 'Fantastic Events' with 4 cocky Ron Desantis and
Gary Finn Yale, Harvard, Notre Dame in Tampa-Sarasota
Region. Some investigations point to same group tied to
Sarasota 9-11 Connection, CIA, Bush Blue Gold Water Wars
And Smith Mundt got read in 2012-2013 with NDAA.

(17) Petitioner has permits, access, civil infrastructure plans
in Florida, delivered to US Congress for years, with FDEP
Permits. Sarasota Judges with Sheriffs are hiding US National
Defense resources from New York/New Jersey and Florida Citizens
with over $5,000,000 stolen in this case in a 'Fraud Transfer'.
See Sarasota Fraud/Title cases in Cir 12:

|  |  |  |
|---|---|---|
| (open) | 2015 CA 06544 NC | Gilberti v. 72 Partners (Lien) |
| (open) | 2011 CA 04209 NC | 72 Partners v. Carol Berghley (Fraud |
| (open) | 2019 CA 04552 NC | Gilberti v. 72 Partners (Land J. |
| (open) | 2021 CF 07559 NC | Gilberti v. State (Attack) |

(See Attacks) {above rows bracketed}  (TCAP)

See Related cases in Gilberti v CDC, et al (Fed)
                                    Gilberti v Pentagon, et al (Fed)
(see attacks)                       Gilberti v. Biden, et al (Fed)
                                    Gilberti v. Federal Reserve, et al
All hidden and
                        (9)

Relief (cont.)

All cases never allowed any investigations. Every Federal case was stonewalled from Ketanja Brown Jackson order (Fraud) that made her get promoted in DC to Supreme Ct Justice! Once Florida resource, by KT Brootz with ignition medicinal waters in Earth, tied to secret underground ocean, is verified, all cases come back, US opens more in California, Mexico, etc. New York and New Jersey can now provide similar spring water at much lower cost.

## Shutdown Aquaduct '3' Ends

(19) Petitioner request aquaduct 3 and maintenance leads for aquaduct 1 & 2 be halted to build a 9' Diameter Transmission from Washington Rock (Somerset County, NJ) to New York. See Exhibit 8 and Stuff shown in <u>Gilberti v George Bush</u> et al in Palm Beach case 50-2024-CV-06963-MB.

## FBI to investigate New York DEP
## and Sarasota County / Desantis

(20) Once resources are verified by USGS, NRDC and Homeland Security Petitioner proves Motives of Florida DOJ frauds and illegal warrant since 2012 to death by Trump Cir 13 (Brewberg Trump) and now Cir 12 in case 2021 CF 017551 NC. Investigate Fraud Transfer. Florida Supreme Court Case 2024-0963 <u>Gilberti v Florida Bar</u>, Desantis ongoing.

(10)

Relief (Cont.)

"Standard of Review / Verify Resources by Petition" →

Title 43/§§81-50E §0565 — No modern mapping of 75%
                                of USA missing. Petitioner
M Takes 2-Days!"                has secret data from old MAPS
(Change to Sustainable)         to "Prove Water Access"

(21) Petitioner & Consultants, Jim Murray, Amps Aguilera/Maintenance
in Palm Beach, drilled Wells 3/4 Earth and in Newark
for 35yrs with extensive knowledge of Watertung Mountains.
He also with others (Boeing/Lockheed) larval of Florida
Resource hidden by Media, DOJ attacks, and Florida FBI.

(22) Title 22, 42, 43, 45, 49 and 50 USC include responsibilities
of Respondents to perform this Resource(s) testing to help
National Defense, Health and welfare, Railroad mitigation
with Pipelines/DOT Capital Improvements

(23) • Title 45 Ch. 17 - Railroad Revitalization and Reform
     • Title 45 (§§ 701-797 m) Regional Railroad reorganizations
     • Title 49 (§§ 101-80504) Department of Transportation/Ports
          Subtitle V: Rail Programs (Pts A-E)
          Subtitle VIII, Pipelines (Chs 601-605)
     • Title 42 § 1900 - DOI Programs for Science and Research
     • Title 50 USC § 1 - Council of National Defense
     • Title 43 USC (§§ 1451-1477) - Dept of Interior
                    (11)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 77 of 187   Page ID
#:77
Case 1:24-cv-00005-LTS    Document 1    Filed 06/25/24   Page 12 of 15

<u>United Nations — Title 22 § 2152h</u>

(24) "Assistance to provide safe water, sanitation and hygiene"
• Petitioner has found access / Global Knowledge for Middle
East Wars, Hunger and oppression to End in Days.

※ See 'Senator Paul Simon Water for Poor Act of 2005'
section 10 — Report to Congress regarding Water
for Peace and Security.

<u>Department of Interior / Energy</u>
<u>Title 42 § 1900 - New Energy Opportunity (CLEAN)</u>
<u>FUSION</u>

(25) Petitioner has water readings at 9438 Daughtrey Road, Sarasota
Florida 34266, at Well No 2, approximately 2000' below
showing opportunity for FUSION with "Tritium and Deuterium".
(Earth Based Nuclear Fusion)

(26)  Deuterium occurs Naturally in water. Tritium is
A radioactive Isotope of hydrogen. Petitioner has contracted
produce Test readings for such. World unique readings show
Calcium .118 mg/l and Magnesium 78 mg/l with pH = 7.49 and
Chlorides below 250 mg/l with a Negative Voltage.

See:   WWW.GILBERTIBLUEGOLD.com.
       Joe Gilberti PE, (PE# 56077)
          813-470-6000   9:11

(12)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 78 of 187   Page ID
#:78
Case 1:24-cv-00035-LTS    Document 1    Filed 06/25/24    Page 13 of 15   Page ID

### No other Means to Attain Relief —

(27) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or agencies of the United States, See 28 U.S.C. § 1361. There is method of enforcement by Petition to State Legislature; And on local leaders, claiming water supply woes, costs of immigration; these project compromise extremely. The local corruption and apathy to help citizens is obviously growing for self serving leaders, executive positions within agencies. Suddenly Money and Votes are more important than endless intoxicant spring water supply and National Defense?

### Importance Beyond this Case

(28) Equal Rights challenges under to State's constitution to performs or not on a Professional Engineer's find an Alignment Plans to Taps are rarely reviewed thereby potentially encouraging Audacious indifference by State Courts/Agencies, or other Courts, to enforce their organic laws/codes. Writs of Mandamus being supervisory in nature Are Appropriate to cure such issues. See United States v. Bertoli, 994 F.2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See in re Volkswagen of America, Inc, 545 F.3d 304 (5th Cir 2008).

(13)

## Conclusion

Petitioner has found two major National Defense Resources And produced Engineering Plans/Infrastructure Studies to require Respondents to react IMMEDIATELY. Not play 12 yrs with Cops, FBI, Judges, Bankers to steal, take his rights, Links to hide the Global Knowledge from the USA, its Military, its Heroes' Tape and From other Nations, to maintain Hunger, Wars, Migrations.

Once a 2-Day test, prop report, DTH video verifies both Florida and New Jersey resources; tilted Platform from Meteor Impact and Buried Volcano; Hawaii can be (volcanoes) fixed in Days, Middle East, India desert areas have knowledge to bring Spring water up deep below without drawn; to build Agriculture and Power Distributions with cleaner water and Energy.

Wherefore, a Writ of Mandamus must issue compelling the Respondents to contact Petitioner for access and workshops to pattern test and trade knowledge, to implement Plans.

## Certificate of Service

On July 23, 2024, Petitioner mailed the foregoing by US Mail to US District Court of New York, Clerk of Court at 500 Pearl Street New York, NY 10007.

Joseph D. Gilberti, P.E. (Kidnapped)
#2024-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 33436

by DOJ
Sarasota, FL
911 Connection
w/ Bush

cc/ City of New York
Mayor Eric Adams
FBI (Florida)

LANDTECH DESIGN GROUP, Inc
813-470-6000
WWW.GILBERTI.BLUEGOLD.COM

(14)



Joe Gilbert, PE
#2021-2037
2020 Main Street
Sarasota, FL 33436

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5 AM 9: 44

Southern District Court of New York
Clerk of Court
500 Pearl Street
New York, NY 10007

TAMPA FL 335
SAINT PETERSBURG FL
29 JUL 2024 PM 5 L

USM P3
SDNY

## Exhibit C

Joe Gilberti PE Permits for Infrastructure and Water Readings for a 300 Mile Transmission for Sarasota to Miami with Antioxidant Spring Water to the Tap with Lower Water Bills

# EXHIBIT A

*Permitted Alignment plans to Peace River Manasota that ties to CSX/Seminole Railway down to Marco Island from Sarasota from EPA hidden Secret underground access to Oceans of Spring Water to the Taps of Millions with Medicine aspects*



Connection from S.R. 72 Clark Road Tri-County Monument at Flint Farms Peace River Loop Option
See attached Engineering Plans submitted to FDEP Jon Iglehart Fort Myers Office May 2020 approved by Desoto County and ready to start Construction to serve Taps.

3

LANDTECH DESIGN GROUP, INC
813-470-6000
www.gilbertibluegold.com

## EXHIBIT D

*Health Scan of Water Readings unique to Human Health and Economic Sustainability to the South Florida Regions to lower utility costs and taxes*

**ETR** Environmental Testing & Research
Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

### Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc. | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 1 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

# EXHIBIT D
## *(Continued)*

**ETR** Environmental Testing & Research
Laboratories

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| *Organic Analysis* | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromoethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 2 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

# EXHIBIT D
## (Continued)

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

### Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 3 of 3**
info@etrlabs.com    www.etrlabs.com

## EXHIBIT E
*FDEP Fort Myers Lee County- Record Permitting*



**FLORIDA DEPARTMENT OF**
**Environmental Protection**

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Noah Valenstein
Secretary

October 19, 2020

Joseph Gilberti, P.E.
gilbertiwater@gmail.com

Re:   DeSoto County – Potable Water
      Facility Name: Closer to the Heart
      Facility ID: 6142734
      DEP Application No.: 78714-026-DS

Dear Mr. Gilberti:

Thank you for your application for your concern about the processing of your application for the Closer to the Heart Project. We asked for signatures from the utility on the application form, a Public Service Commission Certification and authorization from the owners of the lands the water line will go through. You requested a dryline permit to allow for more time to secure the authorizations. All permits are issued with these authorizations. Dryline permits are issued when critical facilities (such as pump stations and treatment facilities) have not been built.

These are the reasons we need the authorizations:

Your project will provide water to the Peace River Manasota Regional Water Supply Authority. This utility must sign the application to bind itself to ensure proper operation.

We need approval from the owners of the properties where the pipeline will be installed. The Department may not convey any rights, privileges, title of other entities' properties. That permission must come from the property owner.

We need a copy of the Public Service Commission's (PSC) certificate authorizing you to provide the water service. This certificate is required for every public water system in DeSoto County. This certificate grants you the service territory for water. Without the certificate the Department may not issue a permit.

Without these approvals, any permit the Department issues will not meet the minimum requirements for water systems. Our intent is to permit projects that meet the basic requirements. When the project conforms to the rules, we can successfully defend challenges in court.

I also asked by email on June 24 about plans and construction though the wetlands as well as diameters for flushing stations. These questions are not as critical as securing the authorizations. I can authorize up to 90 more days for you to provide the authorizations. Please let me know if you need it.

I hope this letter clarifies the Department's needs for permitting.

Sincerely,

Nolin Moon
Environmental Administrator

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 87 of 187    Page ID
#:87
Case 8:24-cv-01575-TPB-CPT    Document 1    Filed 07/17/24    Page 1 of 10 PageID 1

JUL 17 2024 PM2:34
FILED - USDC - FLMD - TPA

US District Court of Florida
                Middle District
                Tampa, Florida


Joseph D. Gilberti, P.E.                 Case No: 8:24-CV-1575-TPB-1575
        Petitioner,                              (NEW CASE)

v.                                       See Exhibits Case(s):
                                         Circuit(12): 2019 CA 04552NC (LINA)
Council of National Defense;                  2021 CF 07554 NC (TRAP)
Natural Resource Defense Council;             2011 CA 04209 NC (FRAUD)
Army Corps of Engineers;                      2024 CA 000155 NC (FRAUD)
        Respondents.          /               2024 CA 00157 NC (FRAUD)

                                         Circuit(15): 2024-CA-016963-MB (TERRORISM)

                Petition for Writ of Mandamus
                  'National Defense Resources'

        Comes Now, Petitioner, Joseph D. Gilberti, P.E., a Florida Professional
Licensed Civil/Infrastructure Engineer (PE#56079), pursuant to
FRCP, hereby files a Petition for Writ of Mandamus, to Protect the
Nations, with newly found "Deep Underground Rivers" of "Antioxidant
Spring Water" to Taps from Tampa to South Florida; to Mandate Respondents
to verify the Endless Resource, implement Petitioners 'Closer to the
Heart' 300 mile Transmission/Railroads to Ports/Mitigation Plans
to "ENHANCE MILITARY DEFENSE" with New Water, Food, Supply
Chains to Navy/Fuel Ports per Title 50 §3, §3.021; Title 42 § 4321;
Title 42 (§§ 10301-10310); To provide a "Revitilized National Defense
Operation" for the Florida Peninsula; Reasons for the Petition are
As Follows:

                              (1)         LANDTECH DESIGN GROUP, INC
                                          813-470-6000
                                          WWW. GILBERTIBLUEGOLD.COM

Factual Background

(1) Petitioner is a Florida Licenced Professional Engineer for 30yrs who graduated from University of Florida. Petitioner has extensive Land/Resource/Infrastructure experience as a Civil/Mechanical Engineer. Petitioner has worked for the Largest most Powerful Engineering firms on DOT, Military, Boats and Land Infrastructure Projects at Dames & Moore/URS Corporation in the 90's; with clients across USA and Globe out of the Boca Raton Headquarters in an elite executive position for massive projects to Local permitting.

(2) Petitioner holds Mineral Rights and Access to have Respondents (Access) test/verify a Global Medicinal Water Supply, 2000' feet below the Daughtrey/Plant Ranches at (approx) 9438 Daughtrey Road Sarasota, Fl 34268. Creating 20% GDP Increase in Housing (Alkaline)!

(3) Petitioner is incarcerated by a local Terrorist 'Organized Fraud' gang of Lawyers, Brokers, Sheriffs, Judges hiding this Project and Resource from the United States and Respondents for 12yrs for Corporate Foreign/Domestic Terrorist, for a hopeful sale for hundreds ($800million) of millions, offered to Petitioner in 2013 just after the discovery Petitioner DECLINED ALL OFFERS To Protect America; and then was suddenly was Attacked by Greenberg Traurig, Local corrupt Sheriffs, Politicians's, Barack Obama and a long list of officials who obviously DO NOT want Respondents to know of the Resources, Global knowledge that creates World Peace and Protects America extremely. And its Future Defense.   (Z)

<u>Factual Background (cont.)</u>

(4) Respondents can verify Resource with Petitioners access in 1-Day time. Resource has been validated by US Consultants and Oil Drillers on 4-3-2013, who have been raised on US Military Marine Bases and have contracts for over 50yrs with same, as well as Lockheed Martin/Boeing, (See haps Aquifer Maets) PBC.

(5) Another access Point to 'Primary Spring Water' from Earths core like the Sarasota Resource was found in New Jersey at Washington Rock (WASHTUNG MOUNTIER) to serve New York and its Ports. Meeting held with Mayor Eric Adams on 2-2-23, City Hall.

(6) The Sarasota 'Primary Water Spring Antioxidant' is from a tilted Platform from the KT EVENT. Source shows 118 mg/L Calcium, 78 mg/L Magnesium with pH above 7.45, with ENDLESS HIGH capacity Flow never seen on Earth. With NO CONTAMINANTS, negative voltage and unique location (2000' ft below) preventing any destruction during WAR TIMES; New weapons, Fusion/Hydrogen R&D.

(7) Respondents have a Required Duty to verify Resource and secure it from terrorist attacks /Politicians/Judges Lawyers /Bankers/Criminals pursuant to Title 50 USC §§ 3; 3021 and Title 18 USC 241; 242; Title 42 (§§ 10301-10310) § 4321.

(8) See <u>Gilberti v. George Bush, et al</u> in Cir. 15; Palm Beach County CASE 2021-CA-016963-AXB (3) has digital Plans/Readings; issues.

<u>Factual Background (cont.)</u>

(9) Respondents can obtain project plans, water readings
for <u>Exhibit A</u> at Petitioner website at
www.GilbertiBlueGold.com

or

Youtube, Facebook, Instagram, Linkedin
at Joe Gilberti PE or Gilberti BlueGold
(gilbertimake@gmail - (813)470-6000)

or

FDEP Fort Myers, FDOH Sarasota, Sarasota
County Engineering or Peace River Manasota
Water District; All Counties from Tampa to
South Florida since 2012, FDOT Dist 1,3,4,5,
6 = 7 submitted 2013 = 2015 (Alignment Plans)


(10) Once resource is verified, the 'organized Fraud' stealing
over $500,000,000⁺ in tax base/FEMA to hide source
in past Pgs, with hired attacks is trivial to see by DOJ, Media,
Greenberg Traurig, Holland Franklin, Gray Robinson, Foley
Lardner, Cir 12, 13, 17, 20 and DC courts is shown. Many
others on confidential Corporate list tied to 1 group called
72 Partners LLC; Tampa Lee Roberty, Thomas Howze, kenny
Harrison (Desoto) and Multiple Sheriffs / Judges to sabotage (Cir13,12)
the Petitionary Stop permits, and steal land for Foreign owned
corps, Skanska Engineers (Canada), FPL (Nextra), etc,
all attacking to prevent Council of National Defense and Respondents
from Global Knowledge and US Defense enhancements/Protection.

(4)

_Jurisdictional Basis_

(11) This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empowers this court to act in, "All cases, in law and equity, to protect... families under the Constitution," Issuance of a writ of mandamus in aid of such jurisdiction is authorized by 28 USC § 1651.

_Reasons for Granting the Petition_

/ "Title 50 USC § "3" - Council of Defense - Duty to Protect.
National Resource Defense Council (NRDC) and
Army Corps of Engineers - Title 4 = USC (§§ 10301-10310) §4321.

(12) Petitioner has over $25,000,000 in Plans, inventors ready to pay for improvements from Tampa to South Florida, but is illegally incarcerated by an Organized Fraud+ abuse of Just/Greed/Jealous Cops/Sheriffs and Judges attacking Respondents/Petitioner 4 Nosance/USA.

(13) Petitioner (see Exhibit # ) and record FDEP plans replace now-used (old) CSX/seminole Gulf Railway with 3-5 new tracks in the FDOT I-75 10-lane widening Project. Using old CSX Alignments for 'Primary Spring Water' and 'Air/Jet Fuel' lines thru middle of Manatee to Collier Counties in west Florida; (75 miles PH1). Clear plans are shown on the US Congressmen Byron Donalds letter in 2023, And Sarasota, Manatee, Naples letters in 2023, And 2024. Dade County, (5) Broward County 2014 & 2016.

Reasons for Granting Petition (cont.)

(14) Respondents per Title 50 USC have a duty to verify unique resource and Implement Petitioner Project to Florida Ports with new railroads, utilities, commerce, for Military operations, Tampa CENTCOM to US Southern Command (MIAMI).

Title 50 USC § 3 — Duties of Council of National Defense

§ 3. Duties of council

It shall be the duty of the Council of National Defense to supervise and direct investigations and make recommendations to the President and heads of executive departments as to the locations of RAILROADS with reference to the frontier of the United States so as to render possible expeditious concentration of troops and supplies to points of defense; the coordination of Military, industrial, and commercial purposes in the location of [extensive highways and] branch lines of Railroad; the utilization of waterways; the mobilization of Military and Naval resources for defense; the increase of domestic production of articles and materials essential to the support of armies and of the people during the interruption of foreign commerce; the development of seagoing transportation; data as to the amounts, location, method and means of production, and availability of Military supplies; the giving of information to producers and manufacturers as to the class of supplies needed by the military and other Government, the requirements related thereto, and the creation of relations which will render possible in time of need the immediate concentration and utilization of the resources of the Nation.

(6)

Natural Resource Defense Council

Army Corps of Engineers - Title 42 USC

"No Raw Dependency for Drinking Water"

Respondents can utilize Petitioners plans and consultants to convert RV Griffin Reservoir, CW Bill Young Reservoirs, used for Water shortages; to now be converted for Future Power Plants per Gilberti Blue Gold Infrastructure Plans. NO MORE RAIN DEPENCIES FOR DRINKING WATER with spring water now instead of polluted Surface Rivers. No PFAS and much Higher Level of Service, lower Cancer Rates/Virus Rates and much Lower utility Cost/Bills to customers.

Above ground reservoirs are subject to DRONE and Biohazard Attacks. Primary Water 2000 ft below is safer for millions of Taps, Tampa to South Florida per Title 42 USC - FEMA Stafford Act, Title 42 US (§10301 - 10310), §4321 encourages a Natural Policy which will encourage productive harmony between environment and MAN. Eliminate Damage to environment and biosphere and stimulate the health and welfare of Man; to enrich the understanding of the natural resources important to the Nation.

Title 42 USC §10307 - Research and Development

Respondent now have new Global Water Origin knowledge and respect to hydrological cycle with Petitioners site sources of access to 'Primary Water from Core' to eliminate all fresh water issues, CREATING GLOBAL PEACE in desert areas of Middle East, India, China, Mexico. See Gilberti v. Fed reserve et al hidden by US Supreme Ct/media (T)

<u>No other Adequate Means to attain Relief</u>

Petitioner has a Professional Duty to Protect the Public Safety, Health and Welfare of the US Citizens and Humanity. Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal district courts extends only to officers, employees, or agencies of the United States. See 28 USC § 1361. There is no other method for enforcement when the local Media, Governor, Deputies, Legislature, DOJ has been paid off to Attack Petitioner w/ a "Systematic scheme to Defraud the Public" and the Respondents with H.R. 5736 Smith Mundt Act Mod of 2012; Retroactive w/ Petitioner fired at Daughtrey Ranch exposed to FDEP/SWFWMD/ Tampa to Miami Commissioners with MASS EMAIL/EXPOSURE/ Recent submittals of Civil Plans.

<u>Importance beyond this Case</u>

Petitioner has more locations to reveal to Respondents in New Jersey, New York, FLINT MICHIGAN, CALIFORNIA, Mexico, Middle East and Hawaii, to say the least. 70,000 kids/dy across Earth die of dehydration.

Petitioner has been attacked by Media, DOJ to stop the project and Americans/ nations the ability to access ENDLESS DRINKING WATER WITHOUT RAIN. Affecting National Security. Members of DOJ and Florida Bar Association have put All "America at Risk" see Fla Supreme Ct case SC2024-0963 <u>Gilbert v Florida Bar, et al</u> includes Sarasota County Commission, JAC Panel (Circuit 12: 13)

(8)

Revitilizing National Defense Operations for Florida/USA

"Council of National Defense"
Natural Resource Defence Council - Fla Water Wars
Exhibit A - Title 50 USC § 3 (Duties to Improve)
"Florida North-South Conflict"
(GILBERTI BLUE GOLD)
813-470-6000



NOTES
ALKALINE WATER HOMES/TAPS

① BLUE GOLD PIPELINE
DOWN OLD CSX/SEMINOLE
GULF R/W

② NEW RAILROAD TRACKS
ON I-75 Widening + Pipes

③ National Defense/Resource
UPGRADE TAMPA to
Miami

See Gilberti v Bush, et al - Cie 15 Case 2029 CA-16963-MB
WWW.GILBERTBLUEGOLD.com         (SCHEMATIC PLANS)
(9)

<u>Conclusion</u>

Respondants can be heroes, to All Nations, help the Communities, Colleges, EPA, NASA and Citizens see a whole new Thermodynamic Model and Water Origin Theory. Lower Health Costs/Risks, Create Hope, Housing Boom with Spring Water instead of Chemical Treated surface/ground water from the Rain Cycle.

Respondants saw revitilized CSX Railroads/Highways from access points, lower Migration, Wars, Taxes with Global new efficiency God provides deep in Mother Earth with 1-Day verification at 9458 Daughtry Road, Sarasota FL, 34226. Endless Water means endless food and less reasons for War, conflicts, Hunger, oppression; via Water Wars.

Wherefore, a writ of Mandamus must issue compelling Respondants to verify resource, implement Petitioners Infrastructure Plans and protect the USA; and other Nations with "Primary Water Access from CoE," to TAPs, Military Bases, Nations, Allies.

<u>Certificate of Service</u>

On July 4 2024, Petitioner mailed the foregoing by US Mail to 801 N. Florida Ave, Tampa, FL 33602.

Joseph D. Gilberti, PE

Respondants                                    Petitioner
Council of National Defense (DC)               #2024-2237
Natural Resource Def. Council (DC)             Sarasota Jail
Army Corps of Engineers (Ft. Myers)            2020 Main Street
Attorney Generals (DC, NY, CO, FL)             Sarasota, FL 34236
                                               813-470-6000

(10)



Mailed from the
Sarasota County Jail

**Exhibit D**

Gilberti v Donald J. Trump et al.

FILED BY _____ CDS _____ D.C.

**Sep 3, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

United States District Court
Southern District of Florida
West Palm Beach Division

Joseph D. Gilberti, P.E.          Case No:
          Plaintiff,                    COMPLAINT
    v.                          DEMAND FOR JURY TRIAL


Donald J. Trump; Vice President
Kamala Harris; President Joe Biden; Special Counsel Jack Smith; AG Alvin Bragg (NY)
Department of Commerce; Federal Bureau of Investigation (FBI); AG
Letitia James (NY); Broadcasting Board of
Governors; U.S. Department of Justice; Sarasota          MOTHER EARTH'S HIDDEN PRIMARY ENDLESS SPRING WATER TO TAP/REGIONS
County Board of County Commissioners; Judge Donna
Marie Padar; Judge Aileen Cannon; Judge Sheri
Polister Chappell; Judge Tom Barber; Judge James          ANTIOXIDANT/USA FUSION
Dominguez; Judge Mark Wolfe; Judge James Conrad.
          Defendants.                    /


Organized Fraud, Conspiracy to Defraud the
United States, and Dissemination of Technical, Scientific
          and Engineering Information
          "Title 15, 18, 22, 42, and 50 US Code"

Comes Now, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRCP
hereby files a complaint for Organized Fraud, Conspiracy to Defraud
the United States, and Dissemination of Plaintiff's discovery and access
to 'Primary Water' from Earth's (1) Core, with no Rain Dependencies.

Case 2:25-cv-00355-AH-JC   Document 1   Filed 01/10/25   Page 101 of 187   Page ID
#:101
Case 9:24-cv-81065-DMM   Document 1   Entered on FLSD Docket 09/03/2024   Page 2 of 16

United States District Court
Southern District of Florida
West Palm Beach Division


Joseph D. Gilberti, P.E.              Case No: _____
        Plaintiff,
                                      COMPLAINT

   v.                                 DEMAND FOR JURY TRIAL


Donald J. Trump; Vice President
Kamala Harris; President Joe Biden; Special Council Jack Smith; AG thin Bragg (NY)
Department of Commerce; Federal Bureau of Investigation (FBI); AG
Lelitha James (NY); Broadcasting Board of
Governors; U.S. Department of Justice; Sarasota          MOTHER
County Board of County Commissioners; Judge Donna        EARTH'S
                                                         HIDDEN PRIMARY
Marie Padar; Judge Aileen Cannon; Judge Sheri            ENDLESS SPRING
Polister Chappell; Judge Tom Barber; Judge James         WATER TO TAP/REGIONS
Dominguez; Judge Mark Wolfe; Judge James Conrad.         ANTIOXIDANT/USA
        Defendants.                                      FUSION
                                      /


        Organized Fraud, Conspiracy to Defraud the
        United States, and Dissemination of Technical, Scientific
              And Engineering Information
           "Title 15, 18, 22, 42, And 50 US Code"

Comes Now, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRCP
hereby files a complaint for Organized Fraud, Conspiracy to Defraud
the United States, And Dissemination of Plaintiff's discovery and access
to "Primary Water" from Earth's (1) Core, with no Rain Dependencies.

I. Introduction

(1) Plaintiff, Joseph D. Gilberti, P.E. (PE #56079) has statewide infrastructure Civil Engineering plans with access to a unique hidden U.S. Drinking Water Resource at 9438 Daughtrey Road, Sarasota, FL 34266 since 2012.

Defendants have purposely disseminated, called Resource 'Fictitious', made false arrests, created intrials, taken civil rights and worked to collectively suppress the Florida project, to hide the deep underground Knowledge, that teaches all States and Nations how to 'Access and Locate' Antioxidant Spring Water Oceans (ENDLESS) to taps of Major Metropolitan cities, Middle East Nations to end WARS, and HELP Nations to minimize hunger, oppression and migration.   See Gilberti v. United Nations, et. al.

II. Jurisdictional Statement

(2) This court has Federal Jurisdiction per Title 15 USC (§§1151-1157); Title 18 USC (§241-242 §371); Title 22 USC (§§1461-1464); Title 42 USC (§§1900-1985); Title 43 USC (§§31-50e)(§§1451-1477); Title 50 USC §3. This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empowers this court to act on "All cases, in law and equity, arising under [the] Constitution."

III. Parties in Case

(3) Plaintiff is Joseph D. Gilberti, P.E. a resident of Florida doing business in Florida and United States.

(4) Defendants are doing business in the State of Florida and the United States and have 9-12yrs of interest in Plaintiff's property week, land, project.        (2)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 103 of 187   Page ID
#:103
Case 9:24-cv-81065-DMM   Document 1   Entered on FLSD Docket 09/03/2024   Page 4 of 16

## IV. Take Judicial Notice

(5) Plaintiff request this court to take Judicial Notice of cases
in State and Federal Courts where Defendants and others
have disseminated and suppressed the Plaintiff's project, the
secret underground Resource, its knowledge, calling Water Supply
'Fictitious' or 'Patently Insubstantial' or 'Meritless' in an
Organized Fraud' attack with an "ongoing systematic scheme
to disseminate and defraud the Public, Plaintiff, his clients, Agencies,
Voters, Banks and Universities since 2012."

(6)  *Federal Cases: ① Gilberti v. Federal Reserve, et.al. (closed)
                       ② Gilberti v. DeSantis, et. al. (closed)
                       ③ Gilberti v. CDC, et. al. (closed)
  *See Judicial Notice    ④ Gilberti v. Biden, et al. (open)
   on open cases          ⑤ Gilberti v. FBI, et al. (open)
  Dissemination!          ⑥ Gilberti v. United Nations, et al (open)
  on USA
  Water Supply(CDS)       ⑦ Gilberti v. Arbusto, et al (closed)
                          ⑧ Gilberti v. Rubio, et. al (open)
                          ⑨ Gilberti v. Council of National Defense, et.al (open)
                          ⑩ Gilberti v. VP Kamala Harris, et. al (open)
                          ⑩a Gilberti v. Pentagon, et.al. (US Supreme Ct 11.3 los)

(7) State Cases:  ⑪ State v. Gilberti - Cir 12 Fla/ 2021 CF 07559 NC (open)
  NON-stop        ⑫ State v. Gilberti - Cir 13 Fla/ 12-CM-017299-A (closed)
  Attacks!        ⑬ State v. Gilberti - Cir 13 Fla / 16-CF-010976-A (closed)
  on
  Plaintiff/USA   ⑭ Gilberti v. Florida Bar, et al. - Fla Supreme Ct/SC2024-0963 (open)
                  ⑮ 72 Partners v. Cecil Daughtrey - Cir 12/2011 CA 04209 NC (open)
                  ⑯ Gilberti & 72 Partners - Cir 12/2019 CA 04532 NC (open)

(3)

IV. Judicial Notice (CONT)

(6) State Cases: ⑰ Gilberti v. Ashley Moody, et al – MANDAMUS (open)

⑱ Gilberti v. FBI, DeSantis, et al – Cir 12 Sarasota (open)
2024-CA-00155 (open)

⑲ 72 Partners v. Gilberti, FBI, et al – cir 12 (open)
2021-CA-1009-NC (open)

⑳ Gilberti v. Mark Adams, et al cir 12 Sarasota (open)
2022-CA-1385-NC (open)

㉑ Gilberti v. Nikolas Cruz, et al – cir 17 Broward (closed)
* [ timed Smart Meter Acts ] HR 5736 (2012)

㉒ State v. Clay Gilberti – cir 17 Broward (Hidden/PTI) (Hidden)
AR-15 4hp case 17-02130CF10A

㉓ Gilberti v. Sheriff Carmine Marceno, et al cir 20 (Ft Myers)
case 2022-CA-0380-NC (closed)
(attempt school shooting w/ Smart Meter CIA ops

* Critical USA                              with US Marines to testify on payotts.
Note:                                       on attempted kill of Plaintiffs kid.

(7) Once the Critical Resource is VERIFIED all the
attacks are real. But Judges, Defendants in too deep to help
America is they still don't have deeds/access to Resource like
Plaintiff; therefore, attack continues thru Another useless Election.

(8) If President Obama, Michelle Obama and DeSantis/Rick Scott in
2012 would have helped v. Attacked note Smart Meter Act prod (HR 5736)
of 2012 (5-10-2012), the project and Global Knowledge would have
Avoided millions of Cancer/Disease Deaths, Middle East Wars ect. They
sold out USA/Humanity. (4)

Case 2:25-cv-00355-AH-JC   Document 1   Filed 01/10/25   Page 105 of 187   Page ID
#:105
Case 9:24-cv-81065-DMM   Document 1   Entered on FLSD Docket 09/03/2024   Page 6 of 16

## V. Complaint and Allegations

(9) Plaintiff asserts the following Counts as related to ongoing/closed/cheated cases and ongoing State and National Organized Fraud and Dissemination/Conspiracy by Defendants, their constituents, staff and ongoing deceptive acts to suppress and attack Plaintiff's civil rights, clients, the United States and specifically Florida (Exhibit A) and NJ/NY 'Primary Spring Water' access to 'Ocean Beneath the Earth.'

(10) Defendants together with Media monopolies, online platforms, Internet, television networks, entertainment industries has hidden the unique underground 'medicinal spring water rivers' Available to the tap with a massive coup within the Department of Justice, involving fake police reports, fabricated A-15 events, band hikes utilizing Propaganda/Smith Mundt Acts through H.R. 5736. The following allegations are as follows:

## Count 1 - Organized Fraud by Defendants

(11) Since 2012, after Plaintiff, a civil engineer exposed a 'Primary Water' unique access point at Cecil Daughtrey Ranch located at 9438 Daughtrey Road, Sarasota, FL 34266, approximately 2000' below Well No. 7, with See $\chi$ & $Z$, shown on Gilbert v. 72 Partners Sarasota Cir 12 case 2019 CA 0453Z NC (DIN 197); A barrage of systematic attacks by Defendants, Local and Federal officers/agents has transpired, thru 'Organized Fraud,' and 'Conspiracy' see Title 18 USC (§241-242) and §371 to stop ongoing Engineering Permits and Statewide exposure. See Gilberti v. Council of National Defense, ACOE, NRDC per Title 50 USC §3; Statewide National Defense upgrade from CENTCOM to Southcom.                    (5)

<u>Count I - Organized Fraud (cont.)</u>

(12) Organized Fraud is ongoing by Sarasota Judge Downs Marie Padua And Sarasota Commission caught in a 'Fraud Transfer'. See CASE 2011 CA 04209 NC, TZ Partners LLC vs Cecil Daughtry, fraud sale on October 5, 2020. See 'Request to Prosecute' (DIN 197) on CASE 2019 CA 04632 NC, for details of fraud and sale fraud tied to Many FEMA Fraud as shown in <u>Gilberti v. FBI</u>, et al., Tampa Middle Dist.

(13) "Organized Fraud includes elements (1) engaging in or furthering a systematic, ongoing course of conduct (2) with (a) intent to defraud, or (b) intent to obtain property by false and fraudulent pretenses, representations, or promises, or wilful misrepresentations of a future act. (3) resulting in temporarily or permanently depriving any person of the right to property or a benefit therefrom, or appropriating the property to one's own use or to the use of another person not entitled thereto." Here Defendants have taken Plaintiffs rights, Lands with timed attacks to disseminate the project, steal the proprietary information and sell it to the county to hide lower water bills and much healthier water to a 4-6 county 'Peace River Manasota Water Supply Region.' And to suppress and disseminate value and Global Knowledge with Federal Judges calling everything 'Frivolous' or 'Patently Insubstantial' Since <u>Ketanji Brown Jackson's</u> Chivalous order on <u>Gilberti v Federal Reserve</u>, et al. Defendants with <u>Judge Padua</u> made Jury leave Room during entire trial, see CH 12 CASE 2021 CF 07559 NC, mistrial transcripts, with Jury manipulation / Fraud in court. To attack Plaintiff with Sheriffs / Cops / FBI doing complex title litigation.   (6)   See Gilberti v Fla Bar, et al - SC 2024-963 at Fla Supreme Ct.

Count 2 - Conspiracy to Defraud the People
of the United States - Raw Water Resources - Title 22 USC (1461-1464b)

(14) Defendants collectively have, with media, entertainment industries, TV, programming with video games, movies, said lies, have used Title 22 USC Propaganda and Dissemination, to hide a very simple issue. Its Amazing its still working? ENDLESS ALKALINE SPRING WATER to Taps vs. Limited MORE EXPENSIVE TREATED CHEMICAL RIVERS/GROUNDWATER. EPA Health advisories set TREATED Water goals a (1 in 10,000) get Cancer, LEVEL OF SERVICE at Tap.

(15) Since Plaintiff found access to deep underground OCEANS, a Conspiracy by Defendants to attack his project, called Water "Fictitious" and Defraud the United States began in 2012. Starting with Obama and his Oil/Water friends George Bush (Blue Gold Bush Family).

(16) Defendant (the Judges, State Attorneys in West Florida and DC) with Department of Justice, Trump, Harris, Broadcasting Board of Governors, and Defendants have faced Cocky attacks on USA and Plaintiff retroactive with "Primary Water", Daughter, Ranch exposure and FDEP Permitting, arrests, etc; Boston Marathon and Parkland Shooting (Broward).

(17) Defendants are still attacking after turning Title 22 USC §1461a onto America via Smith Mundt Act of 1948 through Congress Rep. Thornberg on May 10, 2012 with H.R. 5736. Must be Repealed entirely!

(18) The Department of Commerce and Defendants are purposely hiding this Global Deep underground endless drinking Water knowledge to increase living cost, food, fuel, construction cost on housing, causing more debts thru Dissemination. While trying to steal Plaintiffs land with Sarasota County Commission. See State cases in this complaint 2019 CA 004532 NC. & (7) - Gilberti v. 72 Partners LLC. (open).

Count 3 - Title 15 USC (§§1151-1157) Dissimination
of Technical, Scientific and Engineering Information

(19) Title 15 USC §1152(a) search and collect information - Here
Defendants with Presidents, Department of Commerce have SPECIFICALLY
did the opposite and hid the project from the Media with control
of Board of Broadcasting Governors, from USA and All Nations. Using
TV, Internet to create Water Wars, Middle East WARS, Violent
TV, Violent news, violent video games, to dissimulate the Plaintiffs
GLOBAL ANSWERS to END WARS, HUNGER, MASS
MIGRATION, all tied to selfish Presidential Elections, and Media
ratings thru Discrimination of Plaintiff's Professional Engineering
hands, Permits for "Revitalization of National Defense for the
Florida Peninsula" - See Gilberti vs United Nations, et al and
Gilberti v. Council of National Defense and Gilberti v. Kamala Harris, et.al.

(20) Title 15 USC §1152(b) - Defendants 'Failed' to make Plaintiff's
Technical, Scientific and Engineering Information (Plans and Agnolos)
available to industry and business to state and local governments, to other
agencies of Federal Government (HIDE IT FROM TV, MEDIA, JOURNALS,
and Attack anyone who tries to help!) and the General Public through
preparation of abstracts, digests, translations, bibliographies, indexes
and microfilm and other reproductions, for distribution directly or by
utilization of business, trade, technical, and scientific publications and
services. SEE EXHIBIT 'A'

(21) Defendants attacked, hid and suppressed Plaintiffs Global Health/Environment
Impacts to destroy American lives with higher Crimes, oppression, LIES,
Cancers, viruses; this Global Water knowledge reduces significantly!
Thru Dissimination /TV, (8) and Courts, DOJ, Dept of Commerce, Apathy.



Gilberti v. Trump-Harris- Dept of Commerce, et al.

Exhibit A — Florida Primary Water Access

Title 50 USC §3. – "Revitilization of National Defense for the Florida Peninsula" with Daughtery/Gilberti Primary Water Access (Spring water) (NO RAIN needed for Water Supply)

WWW. GILBERTIBLUEGOLD. COM

TAMPA CENTRAL COMMAND
McDill AFB
CENTCOM
(NAVY FLEET)
(WIDEN) Port of Manatee
Bradenton
CSX RR – 16' Feet
9' DIA Pipes
S-Tracks WIDEN

A-A – I-75/CSX
NTS
GIDIA BLUE GOLD 3 TRACKS HIGH SPEED (+3 supply)
ALLEY
B-B
NTS
Punta Gorda

I-75(N)

MANATEE River
MANATEE COUNTY Railroad RR
LANDING WTP
Osceola SR72
299' PIPES
10-LANE WIDENING
FDOT I
Chastleff
LEE

Dirty Peace River

(Primary Water Access)
GILBERTI
BLUE GOLD
1958 Daughtery
Road, SARASOTA
35+JL

(Atlantic Ocean)

LV 32 MAIN
RESERVOIR

Gilberti v. Council of Nat'l Defense
Mandatory
(Tampa to Miami)
Supply Chains
Navy Fleet
SUPPLY CHAINS
5 NEW TRACK
2 – HIGH SPEED RAIL
OBAMA CLEAN
GMO
ALGEA

NOTES
① Spring Water (Lower Falls)

Lake Okeechobee
Port of Palm Beach

FT Myers
S.R. 84 (ALLEY)
COLLIER

Port Everglades
(Ft Lauderdale)
Miami Port

② Nat'l Defense upgrade Tampa to So Fla ports

③ LOS upgrade

④ ALKALINE HOUSING BOOM
Naples/ Marco Island
FLA Keys

SOUTHERN COMMAND (SOUTHCOM)

LONG TERM DESIGN GROUP, INC.
813-470-6000

(9)

Count 3 - Dissimination of Technical Scientific and Engineering Information - Title 15 USC - hiding 'Primary Water' access points to Tops, Nations and Media outlets (cont)

(22) Defendants with Secretary of Commerce have Purposely hid this Global 'Water Origin' knowledge with NASA, Elon Musk, World Health, CDC and Media to create a Global Crisis / USA reduction in "Quality of Life"; an ongoing attack, with 'Fund Transfers' by Judges/Congress in Sarasota.

(23) The Secretary of Commerce (Title 15 USC § 1154) is directed to refer to the armed services all scientific or technical information, coming to his attention, which he deems to have an immediate or potential practical value or significance, and refer to the heads of Government agencies such scientific or technical information as relates to activities within the primary responsibility of such agencies. Here the Secretary and Defendants, US Presidents, failed to disclose the New York and Florida Fix in 'Primary Water' access. See Gilberti v. Federal Reserve, et al.; Gilberti v. Pentagon, et al., Gilberti v. CDC, et al, Gilberti v. Desantis, et al. and more, IF DEFENDANTS DON'T KNOW or CARE, then resign or your NOT VERY PATRIOTIC or RESOURCEFUL; or a CRIMINAL?

(24) Defendants attacked, calling Water, 'Fictitious' or 'Patently Insubstantial' without a CARE for Humanity, USA and Its Economics, Healthcare and National Defense, or THE PEOPLE!

(25) Defendants are still organizing attacks with Sarasota County Commission, Ed Brodsky, Judge Donna Marie Padar. Preparing another attack for a hearing for MISTRIAL in 9-11, 2024, by a SPOILED/FOOLISH Gang of Premadonnas attacking USA. See Gilberti v. George Bush, et al - CIR 15/2023-CA-016963-MB hidden by Media/Defendants. (10)   9-11 Sarasota Connections/Greed.

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 111 of 187   Page ID
#:111
Case 9:24-cv-81065-DMM   Document 1   Entered on FLSD Docket 09/03/2024   Page 12 of 16

## VI. Request for Relief

(26) Plaintiff request immediate Injunctive Relief, Punitive damages and Pardons of all state convictions due to falsified Police Reports to disseminate his deep underground Technically PROVEN AQUIFER, Infrastructure Plans, Permit Petitions, Alignment Studies for both Florida (Tampa to Miami) Project and New Jersey to New York City Project immediately. Injunctive relief is specifically outlined as follows for Defendants in order listed on Page 1 as Defendants:

(A.) Donald J. Trump – Disclose both Projects on National TV with "Kamala Harris" immediately to help Florida, NJ, NY and all 50 states, as well as United Nations, Middle East find many more hidden within or near deep underground military bases, and from geological information shown on Plaintiff Lawsuits, WWW. Gilbach BlueGold.com per "Gilbach KT Hypothesis" and ongoing FDEP Permits, Major University, Engineering Society Grants, LOI's, etc. STOP DISSIMINATION and Apathy on Resource.

(B). Vice President Kamala Harriss / President Joe Biden, Dept of Justice; Dept of Commerce, FBI, Board of Broadcasting Governors. Same as (A.) for Mr. Trump above, while investigating All Florida (Water Boards) And New York City Mail Fraud for sending higher Water Bills with "Treated Water v. Filtered Primary Spring Water." Investigate Ashley Moody, Sarasota, Manatee to Lee County Sheriffs for illegal arrests via systematic attack by Oct 12, 13, 17 + 20, and U.S. Middle District Courts, DC Courts, US Supreme Ct of Florida, in All cases listed in Judicial Notices Report (11) on All Florida Judges listed to Public / Media.

VI. Request for Relief (cont.)

(c) Sarasota County Commissions, Judge Donna Marie Padar, Judge James Dominguez, Judge James Conrad, Judge Mark Wolfe to pay $300,000°° dollars in damages, write a full report on why they attacked America, with Greenberg Trauvig, T2 Partners LLC, to stop the Engineer of Record. Why they breached their oath and continue to DISSIMINATE THE AMERICAN PEOPLE with State Attorneys and Lawyers such as but not limited too, Christopher Shaw, Sheila Singhvi, Robert Mrasewski, Tom Widen, Christopher Wallet, Mark Adams, Pam Bondi, Ashley Moody, Ron Desantis, Rick Scott, Ketanji Brown Jackson, Mark Ober, Andrew Warren, Sheriffs Hoffman, Sheriff Marcaro, Sheriff Gee, Sheriff Israel, Sheriff Gregory, Sheriff Chronister, to hide US National Defense Plan per Gilbert v. United Nations, et al. and Gilberti v. Council of National Defense, et al. per Title 50 USC § 3., Detain Judges with FBI/DOJ.

(d) Require Sarasota Commission to return all resources to the Cecil Daughtrey Family with a construction agreement (per Plaintiff Plans) for 'Prairy Spring Water' to lower Water Bills. Stop FDEP Permits! Wire/Mail Fraud and arrest T2 Partners LLC, their lawyers and Attorneys Ryan Snyder, Brandon Daniels for Oct. 5, 2020 'Fraud Transfer' to hide US Resource from USA. See Case 2011 CA 04209 NC, T2 Partners v. Daughtrey and Case T2 Partners v. Gilberti/FBI, et al CASE 2021 CA 1009 NC and Padar Mistrial (corruption) are 12 CASE 2021 CF 07359 NC. (12)

## VI. Request for Relief (cont.)

- (27) Plaintiff request Department of Justice RE-OPEN ALL Federal cases that called these projects 'Fictitious' or 'Patently Insubstantial' i.e 'Meritless' immediately and detain/question Judges for Title 18 USC §§ 241-242; 371 for Conspiracy Against America, Middle East, Water poor nations. Detain Ketanji Brown Jackson and Require an Immediate "Evidence Hearing" with Engineers, ACOE, NRDC and Plaintiff/Volunteers helping on Water Readings at Daughtery Ranch. To ask simple questions on her Attack and Order for Gilberti v. Federal Reserve, et al in 2019; which helped her promotion by Biden into US Supreme Ct Justice. Remove her from Supreme Ct w/FBI.

- (28) Plaintiff request Special Council Jack Smith to verify Resource and review Service to Biden and Trump in March 2020 for Gilberti v. CDC, et al, showing US Treasury network on COVID19 Mask in #20 bill since 1991. Why this wasn't exposed to Public daily to compromise Vaccination propaganda!

- (29) Plaintiff request Department of Justice to call in all US Senate and US Congress for initiating H.R. 5736 South Health Act Mod of 2012 on America. Initiating an Attack per Title 22 USC to Fake News Americans to Disseminate Water Supply available to Nations like Middle East, Southern California, Mexico, Texas where Migration can now be compromised with New Power, Water, Development in Food, Living, New Cities in Mexico; and Repeal All Title 22 USC Dissemination of Water Supply and H.R. 5736, ect. Everything on Earth changes to Good when TRUE WATER ORIGINS (7) open to Mankind! New Beginning!

Case 2:25-cv-00355-AH-JC   Document 1   Filed 01/10/25   Page 114 of 187   Page ID
#:114
Case 9:24-cv-81065-DMM   Document 1   Entered on FLSD Docket 09/03/2024   Page 15 of 16

## VI. Request for Relief (cont)

-(30) Plaintiff request Court to require Biden, Harris, Trump
and Department of Justice to disclose these projects EVERY DAY (Mandate)
with National TV through the Board of Broadcasting Governors,
and its Legal Ability to do so. Expose to Military to have A NEW
massive "Peace Corp" expose to Russia, China, India, Africa,
Middle East Nations to end the Water Wars, Hunger, Wars,
oppression. Join together vs. Disseminate. See Exhibit A

## VII Conclusion

-(31) Wherefore, Plaintiff request court to adjudicate all counts
and provide All relief requested and issue Injunctions on all
Defendants for Relief requested to help America open "Primary Water",
lower Cancers, Risks and Food Cost go down. Help end Wars, Migration
by ending Media/Judicial Disseminations and attack by Florida
DOJ, Lawyers & Judges still ongoing today Against Plaintiff/Public
to hide Resources. Stop attack on USA/Nations and my life/Projects
and Family to hide "Primary Water"/Water Origins Access, to USA
and Humanity.

### Certificate of Service

On August 26, 2024, Plaintiff mailed the foregoing to the US District
Clerk of Court at 701 Clematis Street, Rm 245, West Palm Beach
FL, 33401-5101.

Joseph D. Gilberti, P.E  #2021-2237
Sarasota Int              (witnessed
2020 Main Street            by
Sarasota, FL 33436        Radar

cc/ United Nations/Dept. of Defense/
US Senate/Congress/Colleges/FBI.

(14)



Joseph D. Gibson, PE.
#20066 ZZ37
Sarasota Jail
2020 Main Street
Sarasota, FL 34236

USMS INSPECTED
BY _____

Mailed from the
Sarasota County Jail

TAMPA FL 335
SAINT PETERSBURG FL
30 AUG 2024 PM 6 L

U.S. District Court of Southern Florida
Clerk of Court
701 Clematis Street, Rm 215
West Palm Beach, FL 33401-5161

33401956113  C028

Case 9:24-cv-81065-DMM   Document 1   Entered on FLSD Docket 09/03/2024   Page 16 of 16

Exhibit E

Gilberti v Elon Musk et al.

United States Courts
Southern District of Texas
FILED

*September 17, 2024*

Nathan Ochsner, Clerk of Court

U.S. District Court of Texas

Southern District Division

Mc Allen, Texas

Joseph D. Gilberti, P.E.
        Plaintiff,

v.

CASE No: _____

Complaint: Demand for Jury
"Organized Fraud"
[ Water Supply Exposes ]

Elon Musk; Mark Cuban; Donald J. Trump;
Kamala Harris; World Economic Forum;
Environmental Protection Agency (EPA); U.S. Congress;
U.S. Senate; Department of the State; Board of
Broadcasting Governors; Space X; National Aeronautical
Space Academy (NASA); World Bank; BRICS Bank;
Blackrock Investments, Inc.
        Defendants.

Organized Fraud, Dissimination and
Racketeering against the United States

Comes Now, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRAP
hereby files a complaint on defendants for a "systematic ongoing
attack" on the USA/Nations to hide "Global Primary Water" access (ENDLESS)
"Antioxidant Spring Water/Deep underground Oceans" to Taps of
United States/Nations, with an ongoing "Organized Fraud' and
Media dissimination to suppress the Global knowledge since 2012 with
Florida/DC Leaders/DOJ.    ① Reasons for the Complaint are as follows:

## I. Facts

(1) Plaintiff is a 34yr licensed Professional Engineer in Florida (PE#56079) with extensive Florida, Carribbean and USA/Global experience in massive developments to local permitting of Civil/Infrastructure Planning, Engineering and Consulting Services. Has worked with the largest and most powerful Engineering firms on Earth as far back as 1990's on Ports, Harbors, DOT, ACOE and Land Development Regional Projects.

(2) Plaintiff has been subdued by a massive "organized attack" by Defendants to steal his proprietary work, lands, projects with Federal and USA/Florida Judges, Plan Desauths, Obama, Trump, Harris, Biden, Congress, Defendants with fabricated AR-15 emails, faked 'Fantastic Events' using H.R.5736, in a 'Jutbash Facist' attack, to hide two major projects in Florida and New Jersey/New York to bring much lower water/Power bills with a MUCH HEALTHIER water supply/Level of Service (LOS).
                                          ENDLESS

(3) Defendants passed H.R. 5736 on May 10, 2012, with Smith Mundt Act Mod of 2012, together with Title 22 USC/1461-1a to attack Plaintiff and the United States to Disseminate Global "Primary Water" (Global) Access and continue Water Wars, Wars, Migration increases, oppressions, rising costs of Food, Health Risks and Corruption/Gov. Walls/Shutdowns.

(4) Defendants have worked together to Disseminate Plaintiffs (MUSK) Technical, Scientific and Engineering work with Twitter/X, Media, Board of Broadcasting Governors/Presidents/Dept of State with Title 15 USC(§1151-1157) - Dissemination; Title 18 USC(§241-242§371) Conspiracy to Defraud USA/UN (2) Resources available to Trips/Nations.

## I. Facts (cont.)

(5) Defendants have known of Plaintiff's unique "Medicinal Water" supply at Cecil Daughtry Ranch, 2000ft below, at 9438 Daughtry Road, Sarasota, FL 34266. Shining Access to pure, ENDLESS, Contaminant free Alkaline Spring Water, with TREMENDOUS CAPACITY to maintain MASSIVE TRANSMISSION WATER Supply Pipes from Tampa to Miami, in FDOT Permit since 2012. See Gilberti "Closer to the Heart" 300mile Blue Gold Transmission plans at www.GilbertiBlueGold.com© and FDOT Dist 1, 4, 5, 6 & 7, in Florida. Water Readings show highest reading for Human Health on Earth with Calcium at 118mg/L, Magnesium 78mg/L, pH = 7.49 with Chlorides less than 205mg/L at TOP OF PIPE. Much healthier Confidential Readings at 1109' in Lower Florida from Tilted Platform from KT Event (Yucatan Meteor Impact).

(6) Many more locations Along Southern Border States hidden by Defendants in Mexico, Texas, California, Arizona and Now in New Jersey at Washington Rock. See documents filed in Florida CIR 15, Palm Beach (complaint) via Gilberti v. George Bush, et al CASE 50-2023-CA-16963-MB. See Gilberti v. Council of National Defense, et al (MANDAMUS) for "Reutilization of National Defense for Florida Peninsula" per Title 50 USC §3. Played by Federal Judge Barbra while Sarasota Sheriff Hollway, Judge Radar attack Plaintiff with illegal incarcerations to suppress the US Resource with Defendants in an "Ongoing Systematic scheme to Defraud USA" And more. See Gilberti v. United Nations, et al for New Jersey/New York Transmission hidden by Mayor Adams (3) and a 9-11 Sarasota Construction group.

## II. Jurisdictional Statement

(7) This court has jurisdiction per Title 18 §§ 241-242; § 371; Title 22 (§§ 1461-14646); Title 15 (§§ 1151-1157); Title 42 § 1985; Title 50 § 3; Title 29 § 535; Title 42 (§§ 10301-10310) § 4321; Title 50 (§§ 3021-3030). Where collectively Defendants have Disseminated, Defrauded the United States from Global Water Supply/Origins Knowledge with Obama, Trump, Biden, Harris and /Congress/NASA/Fake Media with Propaganda while attacking Plaintiff, stealing his work, land, rights, technical/Engineering while suppressing all online data, shutting down Twitter/X over 3x times at critical investment or Elections. Helping Troops, Saviants, Desantis attack his family with "Cocky" Fantastic events using a long time tactic with Title 22 USC § 1461-1a and Smith Mundt Act Mod of 2012 via H.R. 5736; Propaganda/Fake News.

## III. Parties to the Case

(8) Plaintiff is doing business in Florida and Across the USA and other Nations to promote "Primary Water" access to end Hunger, War, migrations, oppression. See Gilberti v. Fed Reserve, etal Gilberti v. CDC, et al And Gilberti v. Pentagon, et al, Gilberti v United Nations et al, Gilberti v. Trump, et.al. and Gilberti v. Secret Service, et al, Gilberti v. National Guard, et al.

(9) Defendants do business in Florida, Texas, USA/other Nations, to hide 'primary water' and build desalinization/Treated Low Level of Service Water to create Wars, migrations, oppression hiding/Attacking Plaintiff 12 yrs ongoing. (4)

## IV. Complaint and Allegations

(10) Plaintiff hereby asserts the following allegations by Defendants who collectively have worked to subdue, attack, suppress the 'Primary Water' Knowledge, Engineering Plans, source locations in both Florida, NJ/New Jersey and across the USA, southern border and Middle East. Defendants create Global Crisis affected by Dissemination, media monopoly control and ultimately Defrauding the USA/Plaintiff, with their positions of influence in the Media.

(11) The following Counts are as follows:

### Count I - Title 15USC - Dissemination of Engineering, Technical and Scientific Data to 'Primary Water'

(12) Defendants have purposely hidden Plaintiff's work by paying off Judges, Campaign contributions for past 17yrs in Tampa, Sarasota, Texas, DC Lee, Broward, Dade, Palm Beach to get Plaintiff's deeds. Defendants have used Judge Donna Marie Rodar, Judge Walker, Carroll and 16 more subpoenaed in CIV 12 CASE 2021 CF 07559 NC  State v. Gilbert and all cases in Hillsborough County, Lee, Broward, Dade, DC, NY, Ad, California to hide the benefits in "Primary Spring Water" to Taps, New Medicines, New Fusion in new Water Mixtures.

(13) Defendants are still influencing media and hiding the Stolen deeds/USA Patents and assisting a group in Tampa/Sarasota call. T2 Partners, LLC with their local Commissioners in "Tampa Bay Water Authority" and "Peace River Manasota Regional Water Authority" since 2012 with Rich Scott, Obama, Trump, Bush, Clinton connections. And still have NOTHING! Just keep Attacking w/Radar. (5)  See Gilbert v. Radar, et al (Fed).

<u>Count 2 - Title 22 USC §(1461-1a)</u>

Dissemination in Media/Propaganda with H.R. 5736 (2012)
approved the Week Plaintiff exposed Resource.

- (14) Defendants with Rex Thornberg (TX) passed Smith Mundt Act Mod of 2012 on USA to attack/Defraud the Public and timed (year/date) the Boston Marathon Explosion hours within a FDEP Joe Teach Run email with Greenberg Traurig. Greenberg Traurig Corruption (sued by Plaintiff on land in 2011) includes Epstein case, Bush/Gore recount, online gambling, Monica Welinsky dress w/Clinton paperchase, And represents Mosaic Phosphate next door to Plaintiff's lands with 22,000 acres attempting to destroy the Aquifer with Defendants, and mining compacts. See Peace River/Manasota v. ICM Industries/Mosaic/4cor (2009).

- (15) Defendants purposely deleted Plaintiff accounts to steal his META DATA knowledge timed with illegal arrest to obtain a land grab. Today Judge Podor in Sarasota with Sarasota County He in a 'Fraud Transfer' in case (CIR 13) 2011 CA 07209NC, 72 Partners v. Cecil Daughtrey on Oct 5, 2020 sale. Fraud Transfer switched out 2380 acres to 45 acres, stole $5,000,000 in tax base while illegally arresting Plaintiff with Sheriff Hutchins/Podor. See (Din 197) Case 2019 CA 04532 NC, Gilberti v. 72 Partners and 72 Partners v. Gilberti/FBJ case 2021 CA 1009 NC.

- (16) Defendants have suppressed Gilberti KT Hypothesis, access to 'Primary Water' (SEE EXHIBIT 'A') to mainline wars in Middle East and Migration in US Southern Border. New Access Means New Cities/Food and (6) Power/Agriculture Resources.

Exhibit 'A' - Water Origins (New)
become "Oceans beneath Earth"
Access via "Gilberti KT Hypothesis"



Water Origins: $H^+ + OH^- = 2H_2O + Ca + Mg + Mix$ (New Water Endless)
                    (Sun)  (Core)                          God's Gifts

Gilberti KT Hypothesis - Yucatán Meteor Impact (KT Event)
Written 4-3-2013            tilts Florida Platform Accessing
by Joe Gilberti PE         Ocean beneath Earth; hidden 50yrs
PE#56079-Florida           for Eugenics, oppression, Wars by
                           EPA/USGS and Title 22 USC-Propaganda
        9-11-24            Smith-Mundt Act 1948/2012 Mod.

NOTE:
1) No Law needed for Endless 'Primary Water' Access from Historic
Meteors, Buried Faultlines/Vacuoses to end Wars, Hunger + oppression.

(7)

Case 2:25-cv-00355-AH-JC    Document 1    Filed 01/10/25    Page 124 of 187   Page ID
Case 7:24-cv-00378   Document 1   Filed on 09/17/24 in TXSD   Page 8 of 12
#:124

<u>Count 3 - Defendant Conspired to
Defraud the United States of Endless
New "Primary Water" for Cities/States/Nations</u>
"Title 18 § 371 and Title 42 USC"

- (17) Plaintiff was hired on Daughtry Property in Sarasota for a Mining permit and Flyin ceremony by Tim Mapp (Mapp Realty) and Dr. William Sidney King of Sarasota Memorial/Cardiac Hospital, for $400,000 Engineering/Consulting/Planning services. Both clients had numerous offers/calls by Texas Mark Cuban for a $50,000,000 cash deal/land trade with Daughtry near the access which Plaintiff had no knowledge of 2000ft below from 2006-2011.

- (18) Defendants were Mosaic Phosphate/Cargill and Greenberg Traurig began an attack with a 22,000 acre purchase next door using Tampa/Sarasota DOJ/Commission. See <u>Gilberti v Trump, et al</u> which includes Biden, Harris, etc. See related cases. See Sarasota case <u>Land Tech Design Group, Inc. v. Eagle Feather, LLC</u> (2007)

- (19) Defendant are still attempting with illegal incarcerations on Plaintiff with Judge Padar and 11 Region (+100 Lawyers/Judges) to Conspire against USA per Title 18 § 241-242 § 371.

- (20) Defendants/Courts covet unique medicinal water permitted at Florida Department of Environmental Protection (FDEP) and FDOT Dist I, 4:6 per Title 50 § 3 to mitigate Railroads/I-75 waterways for National Defense. See <u>Gilberti v. Council of National Defense</u>, et al (see statutes + websites). <u>See Exhibit 'B'</u> - "Remobilization of National Defense for USA/Florida Peninsula"        (8)



Exhibit 'B' - Title 50 USC § 3.

"Reutilization of National Defense for the Florida Peninsula"

Hidden by Defendants 12 yrs

"Organized Fraud"

GILBERTIBLUEGOLD.

www.GilbertiBlueGold.com

LANDTECH DESIGN GROUP

*Request for Relief*

(21) Plaintiff request relief from all counts 1, 2 and 3 in the sum of $50,000,000,000 Billion dollars to put towards new USA infrastructure to Primary water, Gilberti Engineering Plans and 13 yrs of damages against USA/Gilberti and THE PEOPLE. Each state gets $1,000,000,000 Billion/State to begin research and construction; Feed Americans v. Talk!!

(22) Plaintiff request all Social Media by Elon Musk DELETE all Porn, LBGTQ and replace it with "Primary Water Access" Knowledge to help the Children. Remove ALL NEGATIVE NEWS and School Shooting News to avoid "copy cat" crimes. No negative Dissimination/Data pushing.

(23) Plaintiff ask all Defendants to investigate Florida/DC DOJ for 13 yrs of attacks to suppress Plaintiff work/rights/God's plans. Arrest all Florida Sheriffs, Cops, FBI, Judges attacking today and back to 2011, with Greenberg Traurig and TCC Partners LLC.

(24) Pass all Knowledge to Middle East, China, India and Mexico to help Migrants see the Knowledge and build in desert regions.

(25) Help Humanity v. Attack everyone with Lies, Hate, Fake News by coming together; Quit attacking with Mind Wars/Title 5736 must be repeated with all Title 22 USC.

*Conclusion*

(26) Wherefore Plaintiff prays this court will grant all relief and move to a Professional Evidence hearing with all Defendants to expose Media/EPA Dissimination on Earth's True Water Origins/access to "Primary Water." Help spread New Knowledge Plaintiff provided Humanity.        (10)

Conclusion (cont.)

- (27) Plaintiff request Trump, Harris and Libolt/BRICS Bank
begin to dismantle Federal Reserve/EPA due to attacks and All Title 22USC;
Consider Relief per Gilberti v. Federal Reserve, et al while
arresting all Expired-Card Judges and Disconnect from their
Empire of the City coup, attacking USA/Nations.

- (28) Plaintiff request his New Jersey/New York project began
immediately per abyssrent Plans on Gilberti v. Uncle J. Nephews
and make clearly on Gilberti v. George Bush, et al in Palm
Beach (DOWNLOAD STUDY) CIA 15 CASE 50-2023-CV-016963-MB
Arrest Sarasota Judge Donna Marie Padar with Defendants
and Pardon all Plaintiff Charges from 2011 to 2024. Detain all
Florida Sheriffs from Tampa to Broward County. See Gilberti v. Cruz, et al
on Smith-Mundt Act load with Parkland Marjorie Stoneman Douglas
Shooting and Plaintiff FDEP Inclusion Application on Tallahassee
at Marjorie Stoneman Bldg 17 days prior.

Certificate of Service

On Sept 11, 2024, Plaintiff mailed the foregoing by US Mail to
1701 US 83 Bus, McAllen, Tx 78501.

cc/FBI/DHS/US House/
Colleges/Media/UN/CDC.

Joseph D. Gilberti, P.E. #2024-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 33436



Joseph D. Orlando PE
#2024 2237
Sarasota Jail
2020 Main Street
Sarasota, FL 33436

US District Court in Southern Texas
Clerk of Court
1701 US 83 Bus
McAllen, TX 78501

78501-517861

Screened by US Marshal

TAMPA FL
SAINT PETERSBURG
13 SEP 2024 PM

CLERK U.S. DISTRICT COURT
RECEIVED
SEP 17 2024
SOUTHERN DIST OF TEXAS
MCALLEN, TEXAS

USA FOREVER

## Exhibit F

Fraud Transfer by Sarasota County and Commission, Ron
DeSantis, and Sarasota Judges to Hide Secret Aquifer from the
People Stealing Over $5 million in FEMA Tax Base

## SWORN REQUEST FOR PROSECUTION BY COMPLAINTANT

"I desire prosecution in this case and request the State Attorney's Office and attorney generals in Florida & Attorney General for the United States of America to review it for prosecution. I and many witnesses will be present for any required court dates should this case be prosecuted."

### COMPLAINANT INFORMATION:

COMPLAINANT'S NAME:   JOSEPH D. GILBERTI, P.E.

ADDRESS: 385 DONORA BLVD, FORT MYERS BEACH, FLORIDA 33931

CELL PHONE: 813-470-6000    HOME PHONE: N/A

EMAIL ADDRESS: gilbertiwater@gmail.com

EMPLOYER:    LANDTECH DESIGN GROUP, INC. WORK PHONE: 813-470-6000

### SUSPECT INFORMATION:

SUSPECT'S NAME:  RYAN SNYDER

RACE: WHITE  SEX:  MALE DATE OF BIRTH (IF KNOWN):  APPROXIMATELY 40YRS OF AGE

ADDRESS (IF KNOWN): _____

RELATIONSHIP TO COMPLAINANT:  NONE

LENGTH OF TIME KNOWN SUSPECT: Known of Mr. Snyder as attorney for 72 Partners LLC which includes suspects as well who are members, Lee Pallardy, Thomas Howze, Kenny Harrison, Laurence Hall and Matt Harrison

### ADDITIONAL SUSPECTS (IF ANY):

Suspect's Name (2):  Thomas Howze, partner of 72 Partners llc

Race:  white  Sex:  male  Date of Birth (If Known):  approximately 85yrs of age

Address (If Known):  Myakka City, Florida

Relationship to Complainant:  none

Length of Time Known Suspect:  approximately 10yrs from litigations

Suspect's Name (3): Lee Pallardy, partner of 72 Partners llc

Race:  white  Sex: male  Date of Birth (If Known):  approximately 85yrs of age

Address (If Known): Myakka City, Florida

Relationship to Complainant: _none_

Length of Time Known Suspect: approximately 10yrs from litigations

Suspect's Name (3): Sarasota County Board of County Commissioners

Race: _varies_ Sex: _varies_ Date of Birth (If Known): _varies_

Address (If Known): Sarasota County Commission Chambers and abroad

Relationship to Complainant: _none_

Length of Time Known Suspect: approximately 10yrs from Water supply presentations and file
RICO cases, water supply infrastructure permits submitted, etc.

## POLICE REPORT INFORMATION:

**DID COMPLAINANT CALL LAW ENFORCEMENT?** YES

- [ ] What agency responded - PHONE CALLS TO SARASOTA COUNTY, LEE
COUNTY, CAPITOL POLICE AND FBI – also Cecil and Patty Daughtrey filed in
November 2021 with Sam Esber PLS a professional land surveyor. It was filed on
cattleman Branch in Sarasota County.

- [ ] Who was the reporting officer?_ not sure, but these witnesses are available_

- [ ] If complainant did not contact law enforcement, please explain why: n/a

Police Report (CCR) Number: No copies were provided but witnesses who filed are available.

Date of Incident (Or date range): October 5, 2020

Location of Incident: Online foreclosure sale in Sarasota – 72 Partners vs Cecil Daughtrey Case
2011 CA 04209 NC

### Crime Noted on Police Report:

1. *817.29 Cheating*
2. *817.535 - Unlawful filing of false documents or records against real or personal
   property.*
3. *817.545 - Mortgage fraud*
4. *817.540 - Obtaining of mortgage, mortgage note, promissory note, etc., by false
   representation*

## CRIME INFORMATION:

Was the Suspect Using Alcohol or Drugs? Unknown

Was the Complainant Using Alcohol or Drugs? No

Please list all witnesses who observed any part of the criminal offense, including their phone number, home address, and email address (if known):

1. Cecil Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266.
   863-244-8972
   Buckdaughtrey58@gmail.com

2. Patricia Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266
   863-441-3387
   Mrs.pattyd@yahoo.com

3. Robert Flint -       2442 Northwest Flint Road, Arcadia, Florida 34266
   863-990-0932
   Flintfarms5277@yahoo.com

4. Sam Esber, P.LS. -   5914 Palmer Blvd., Sarasota FL 34232
   941-379-8831
   Asepls4349@gmail.com

**Was there property damage?**   Yes

- [ ] What property was damaged? Years of damage blocking use of the property with RICO gang of locals tied to multiple racketeering cases, including Gilberti vs Pentagon, et al.

- [ ] What is the approximate value of the damaged property? Over $50million

- [ ] Do you have documentation of the property loss? (Receipts, repair estimates, repair bills? Available upon request.

**Do you have any other photographs or materials related to the incident (Ex.: text messages, emails, voicemails, surveillance video, etc.)? Please describe or attach any relevant documentation:**

See Attached documentation with more detail available upon request.

### - THE CRIME -

**Please give a brief recitation of the facts .** (attach an additional page, if necessary):

Ryan Snyder and suspects set a foreclosure sale through advertisement for over 2300 acres and 6 separate parcels of land late August 2020 and SWITCHED OUT THE LEGAL DESCRIPTION, per the Clerk, the DAY OF THE SALE on OCTOBER 5, 2020.

Ryan Snyder and suspects replaced the legal with a 96acre homestead parcel where Daughtrey was reserved in Bankruptcy Court, so it only bid to $185,001.00 dollars for a massive advertisement of over 2300 acres and six parcels.

Sarasota Commissioners and Environmental Staff with FDEP coordinated stealing $3.5mil in Environmental easement funds, buying a 1000acre easement in the process when they simple could have PURCHASED THE WHOLE PROPERTY for $185,002.00 dollars? Demonstrating the RACKETEERING with Tallahassee Water Supply funding and easements being played to pump polluted rivers from Desoto INTO Sarasota Taps for another 20yrs knowing this underground river existed showing WHITE COLLAR CRIMES involving Commissioners, Cops and Judges in region.

A copy of the LIES and they suspects on the stand in Hillsborough County in front of Judge Lynne Goudie on January 28, 2022 is shown below in link and is Public record for Hillsborough Case, State vs Gilberti – **Case 16-CF-10976-A.**

**THIS VIDEO IS FULL PROOF OF SUSPECTS TESTIFYING TO THE FRAUD ON STAND BLAMING EACH OTHER AND THE COUNTY STATE ATTORNEYS OFFICE IN SARASOTA!! ED BRODSKI AND CHRIS HALLET WITH MARK ADAMS, ESQ.**

https://drive.google.com/file/d/18Ni8ffvpTDwVmBsWgcwlvX97Q1LDZbMZ/view?usp=drive_web.

This video zoom hearing is public record at Hillsborough County Clerk of Court to the public if link is not available for case 16-CF-10976-A, where Judge Mark Wolfe, Public Defender Chris Shaw, and State Attorneys April Johnson, Andrew Warrens office and more fabricated emails with Pam Bondi and Mark Ober to subdue Defendant illegally timed with lien cases, record terrorism acts based on emails or engineering submittals to FDEP, as shown in Gilberti vs Desantis, et. al, docketing at the US Supreme Court with Sarasota county commissioners, just like this many Sarasota related RICO cases have shown.

This was the only online sale for Sarasota that day with the Sheriff and County comptroller and online auction system.

This sale was from a Sarasota foreclosure in dispute, that involves a unique hidden US Resource for Water Supply, a gang of FDEP and EPA agencies and local developers have been hiding, giving him a Motive to do so,

**What is your desired outcome for the case?** To have suspects arrested for crimes and land returned to the proper owners and to move all their cows off the property immediately that could be damaging a critical US Water Supply resource with their actions and crimes against Humanity documented as related to hiding and doing this Land Grab with Sheriff Hoffman and Det Wyche of Sarasota County.

I swear and affirm the information on this form is true and correct.

**Complainant's Signature**      *Joe Gilberti, PE*

Date: August 9, 2022              Joseph Gilberti, P.E.

## FLORIDA LAWS RELATED TO COMPLAINT AND CRIMES BY SUSPECTS

**817.29  Cheating.**—Whoever is convicted of any gross fraud or cheat at common law shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

**History.**—s. 54, ch. 1637, 1868; RS 2475; GS 3344; RGS 5187; CGL 7290; s. 860, ch. 71-136.

**817.535 Unlawful filing of false documents or records against real or personal property.**—

(2)(a)A person who files or directs a filer to file, with the intent to defraud or harass another, any instrument containing a materially false, fictitious, or fraudulent statement or representation that purports to affect an owner's interest in the property described in the instrument commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)A person who violates paragraph (a) a second or subsequent time commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(3)If a person is convicted of violating subsection (2) and the owner of the property subject to the false instrument is a public officer or employee, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(4)(a)If a person is convicted of violating subsection (2) and the person committed the offense while incarcerated in a jail or correctional institution or while participating in a pretrial diversion program under any form of pretrial release or bond, on probation or parole, or under any post release supervision, the offense shall be reclassified as follows:

1.In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

2.In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)If a person's offense has been reclassified pursuant to this subsection, the sentencing court shall issue a written finding that the offense occurred while incarcerated in a jail or correctional institution and direct that a copy of the written finding and judgment of conviction be forwarded to the appropriate state institution or county facility for consideration of disciplinary action and forfeiture of all gain-time or any early release credits accumulated up to the date of the violation.

(5)If the person is convicted of violating subsection (2) and the owner of the property covered by the false instrument incurs financial loss as a result of the instrument being recorded in the official record, including costs and attorney fees incurred in correcting, sealing, or removing the false instrument from the official record as described herein, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(6)A person who fraudulently records a claim of lien in the official records pursuant to part I of chapter 713 is subject to the fraud provisions of s. 713.31 and not this section.

(7)If a person is convicted of violating this section, the sentencing court shall issue an order declaring the instrument forming the basis of the conviction null and void and may enjoin the person from filing any instrument in an official record absent prior review and approval for filing by a circuit or county court judge. The sentencing court may also order the instrument forming the basis of the conviction sealed from the official record and removed from any applicable electronic database used for recording instruments in the official record.

(8)(a)Any person adversely affected by an instrument filed in the official record which contains a materially false, fictitious, or fraudulent statement or representation has a civil cause of action under this section without regard to whether criminal charges are pursued under subsection (2). A notice of lis pendens in accord with s. 48.23 shall be filed which specifically describes the instrument under challenge and the real or personal property affected by the instrument.

(b)Upon a finding that the instrument contains a materially false, fictitious, or fraudulent statement or representation such that the instrument does not establish a legitimate property or lien interest in favor of another person:

1.The court shall determine whether the entire instrument or certain parts thereof are null and void ab initio. If the court finds the instrument void in its entirety, it may order the instrument sealed from the official record and removed from any electronic database used for indexing or locating instruments in the official record. The court may also, permanently or for a period of time, enjoin the defendant who filed the instrument or who directed the filer to file the instrument from filing or directing a person to file an instrument in the official records without prior review and approval for filing by a circuit or county court judge, provided that as to third parties who may have given value for an interest described or granted by any instrument filed in violation of the injunction, the instrument shall be deemed validly filed and provides constructive notice, notwithstanding any failure to comply with the terms of the injunction.

2.Upon a finding of intent to defraud or harass, the court or jury shall award actual damages and punitive damages, subject to the criteria in s. 768.72, to the person adversely affected by the instrument. The court may also levy a civil penalty of $2,500 for each instrument determined to be in violation of subsection (2).

3.The court may grant such other relief or remedy that the court determines is just and proper within its sound judicial discretion.

(c)The prevailing party in such a suit is entitled to recover costs and reasonable attorney fees.

(d)The custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to the party seeking relief under this section for use in subsequent court proceedings; in addressing or correcting adverse effects upon the person's credit or property rights, or reporting the matter for investigation and prosecution; or in response to a subpoena seeking the instrument for criminal investigative or prosecution purposes.

(e)Upon request, the custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to any federal, state, or local law enforcement agency.

(f)If feasible, the custodian of the official record where the instrument is recorded shall record any court order finding that the instrument is null and void in its entirety or in certain parts thereof.

(g)An instrument removed from an electronic database used for recording instruments in the public record pursuant to this section shall be maintained in a manner in which the instrument can be reduced to paper form.

(9)A government agency may provide legal representation to a public officer or employee if the instrument at issue appears to have been filed to defraud or harass the public officer or employee in his or her official capacity. If the public officer or employee is the prevailing party, the award of reasonable attorney fees shall be paid to the government agency that provided the legal representation.

(10)This section does not apply to the procedures for sealing or expunging criminal history records as provided in chapter 943.

History.—s. 1, ch. 2013-228.

**817.54 Obtaining of mortgage, mortgage note, promissory note, etc., by false representation.**—Any person who, with intent to defraud, obtains any mortgage, mortgage note, promissory note or other instrument evidencing a debt from any person or obtains the signature of any person to any mortgage, mortgage note, promissory note or other instrument evidencing a debt by color or aid of fraudulent or false representation or pretenses, or obtains the signature of any person to a mortgage, mortgage note, promissory note, or other instrument evidencing a debt, the false making whereof would be punishable as forgery, shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 1, ch. 63-142; s. 880, ch. 71-136.

**817.545 Mortgage fraud.**—

(2)A person commits the offense of mortgage fraud if, with the intent to defraud, the person knowingly:

(a)Makes any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(b)Uses or facilitates the use of any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the material misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(c)Receives any proceeds or any other funds in connection with the mortgage lending process that the person knew resulted from a violation of paragraph (a) or paragraph (b).

(d)Files or causes to be filed with the clerk of the circuit court for any county of this state a document involved in the mortgage lending process which contains a material misstatement, misrepresentation, or omission.

(3)An offense of mortgage fraud may not be predicated solely upon information lawfully disclosed under federal disclosure laws, regulations, or interpretations related to the mortgage lending process.

(4)For the purpose of venue under this section, any violation of this section is considered to have been committed:

(a)In the county in which the real property is located; or

(b)In any county in which a material act was performed in furtherance of the violation.

(5)(a)Any person who violates subsection (2) commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)Any person who violates subsection (2), and the loan value stated on documents used in the mortgage lending process exceeds $100,000, commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 13, ch. 2007-182; s. 2, ch. 2008-80.

EXHIBIT A



Home   Records   FAQ   Contact Us

Monday October 5, 2020

< < Previous Auction    Current    Next Auction > >

Pursuant to new legislation effective July 1, 2008, F.S. 45.031(10), and F.S. 197.542 (4)(a),(b) the Clerk may conduct the sale of real or personal property under an order or judgment by electronic means, and tax deed sales in lieu of public outcry.

**Running Auctions**

There are no cases currently being auctioned.

**Auctions Closed or Canceled**

page 1   of 1

| | |
|---|---|
| Auction Sold | Auction Type: FORECLOSURE |
| 10/05/2020 09:08 AM ET | Case #: 2011 CA 004209 NC |
| | Final Judgment Amount: $8,479,618.47 |
| Amount | Parcel ID: 1011001030 |
| $185,003.00 | Property Address: 9438 DAUGHTRY RD SIDELL, 34266 |
| Sold To | Assessed Value: $87,487.00 |
| Plaintiff | Plaintiff Max Bid: Hidden |

page 1   of 1

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.c



## Sarasota County Receipt of Transaction

### Receipt #    2020078211

Karen Rushing
Clerk of the Circuit Court and County Comptroller
Sarasota County, Florida
www.SarasotaClerk.com

**Received From:**
Ryan Snyder
2025 Lakewood Ranch Blvd. Suite 102
Bradenton, FL 34211

**On Behalf Of:**

On: 10/5/20 10:57 am By: realauction
Transaction # 10102740

| CaseNumber  2011 CA 004209 NC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CPLFCL3) COMPLAINT FORECLSE >$250,000 | 1905.00 | 1905.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMALICIRE) SUMMONS ALIAS CIRCUIT EFILED-RE | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (FCLDOCSTP) FORECLOSURE DOCUMENTARY STA | 1295.70 | 0.00 | 0.00 | 1295.70 | 1295.70 | 0.00 |
| Total: | 3240.70 | 1945.00 | 0.00 | 1295.70 | 1295.70 | 0.00 |
| Grand Total: | 3240.70 | 1945.00 | 0.00 | 1295.70 | 1295.70 | 0.00 |

| PAYMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
| Real Auction | | OK | 1295.70 | 0.00 | 0.00 | 0.00 | 1295.70 |
| | Payments Total: | | 1295.70 | 0.00 | 0.00 | 0.00 | 1295.70 |

# Sarasota County
## Clerk of Courts
### FORECLOSURE SALE
### BID LOG

72 PARTNERS LLC A FLORIDA LIMITED
LIABILITY COMPANY
Plaintiff

Case Number:   2011 CA 004209 NC

Sale Date:  10/05/2020

Vs.

CECIL DAUGHTREY JR; ET AL.
Defendant

## Presale Bids

| Bidder ID | Bidder Name | Bid | Date/Time | IP Address |
|---|---|---|---|---|
| 5787 | STEVE BARNHARDT | $100,000.00 | 09/24/2020 11:53:58 AM | 73.255.145.178 |
| 9313 | Benjie Sperling | $69,000.00 | 10/03/2020 07:47:10 AM | 66.176.239.221 |
| 30559 | AMILCAR JIMENEZ** | $1.00 | 10/04/2020 12:55:15 AM | 174.48.179.124 |
| 28589 | Vernon Borntreger | $10.00 | 10/05/2020 08:49:42 AM | 107.77.216.92 |
| 26719 | sevim tavlan | $1,000.00 | 10/05/2020 08:58:02 AM | 47.200.97.166 |

## Auction

| | Auction Open | | 10/05/2020 09:00:00 AM | |
|---|---|---|---|---|
| 8700 | Plaintiff | *$100,001.00 | | |
| 9313 | Benjie Sperling | * $100,002.00 | 10/05/2020 09:01:31 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$100,003.00 | | |
| 28589 | Vernon Borntreger | * $105,000.00 | 10/05/2020 09:01:38 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$105,001.00 | | |
| 28589 | Vernon Borntreger | * $110,000.00 | 10/05/2020 09:01:54 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$110,001.00 | | |
| 28589 | Vernon Borntreger | * $115,000.00 | 10/05/2020 09:02:07 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$115,001.00 | | |
| 28589 | Vernon Borntreger | * $120,002.00 | 10/05/2020 09:02:31 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$120,003.00 | | |
| 28589 | Vernon Borntreger | * $122,006.00 | 10/05/2020 09:03:03 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$122,007.00 | | |
| 28589 | Vernon Borntreger | * $128,000.00 | 10/05/2020 09:03:15 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$128,001.00 | | |
| 28589 | Vernon Borntreger | * $135,000.00 | 10/05/2020 09:03:33 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$135,001.00 | | |
| 9313 | Benjie Sperling | * $135,002.00 | 10/05/2020 09:03:41 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$135,003.00 | | |

| 28589 | Vernon Borntreger | * $139,000.00 | 10/05/2020 09:03:44 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$139,001.00 | | |
| 28589 | Vernon Borntreger | * $148,000.00 | 10/05/2020 09:03:56 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$148,001.00 | | |
| 28589 | Vernon Borntreger | * $150,000.00 | 10/05/2020 09:04:10 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$150,001.00 | | |
| 9313 | Benjie Sperling | * $168,900.00 | 10/05/2020 09:04:19 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$168,901.00 | | |
| 9313 | Benjie Sperling | * $168,999.00 | 10/05/2020 09:04:48 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$169,000.00 | | |
| 9313 | Benjie Sperling | * $175,000.00 | 10/05/2020 09:05:44 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$175,001.00 | | |
| 9313 | Benjie Sperling | * $184,999.00 | 10/05/2020 09:06:18 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$185,000.00 | | |
| 9313 | Benjie Sperling | * $185,002.00 | 10/05/2020 09:06:52 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$185,003.00 | | |
| | **Auction Closed** | | 10/05/2020 09:08:00 AM | |

**The final bid was made by:** 72 PARTNERS LLC
**In the total amount of:** $185,003.00

| | |
|---|---|
| **Final Bid Amount:** | $185,003.00 |
| **Clerk Fees:** | $0.00 |
| **Doc Stamps:** | $1,295.70 |
| **Total Due:** | $1,295.70 |

\* = Bid via Proxy
\*\* = Not Enough Deposit

Filing # 113228332 E-Filed 09/11/2020 01:24:47 PM

Serial Number
20-017365



Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2011 CA-004209 NC

STATE OF FLORIDA

Before the undersigned authority personally appeared Karen Ovadia who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Sarasota, Sarasota County, Florida; that the attached copy of advertisement,

being a Notice of Sale

in the matter of 72 Partners LLC vs. Cecil Daughtrey Jr et al

in the Circuit Court, was published in said newspaper in the

issues of 9/4/2020, 9/11/2020

Affiant further says that the said Business Observer is a newspaper published at Sarasota, Sarasota County, Florida, and that said newspaper has heretofore been continuously published and has been entered as periodicals matter at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper

*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

See Attached

Karen Ovadia

Sworn to and subscribed, and personally appeared by physical presence before me.

11th day of September, 2020 A.D.

by Karen Ovadia who is personally known to me.

Notary Public, State of Florida
(SEAL)

Ted Hong
Commission # GG311446
Expires: March 13, 2023
Bonded Thru Aaron Notary

NOTICE OF SALE
IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY,
FLORIDA
Case No.: 2011-CA-004209 NC
72 PARTNERS, LLC,
Plaintiff, v.
CECIL DAUGHTREY JR., et. al.,
Defendants

Notice is hereby given pursuant to the Final Judgment entered in the above noted case, that Karen E. Rushing, Clerk of the Circuit Court, will sell the following property situated in Sarasota County, Florida, described as:

All that part of Section 1, Township 38 South, Range 22 East, lying North of State Road 72, All Section 2, Township 38 South, Range 22 East, LESS right of way for State Road 72, All Section 11, Township 38 South, Range 22 East, The North 1/2 and the West 1/4 of the South 1/2 of Section 14, Township 38 South, Range 22 East, All of Section 15, Township 38 South, Range 22 East, LESS railroad right of way, The West 1/2 of Section 16, Township 38 South, Range 22 East, LESS a parcel of land in Sections 2, 11, 14 and 15, lying within the following described parcel. Begin at the NW corner of said Section 11; thence South 01 degrees 59'53" West, 5410.95 feet to the SW corner of said Section 11; thence North 88 degrees 22'46" West, 5377.94 feet to the NW corner of said Section 15; thence South 02 degrees 00'16" West, 1320 feet; thence South 88 degrees 22'46" East, 6689.05 feet; thence North 01 degrees 59'53" East, 7240.95 feet to the South Right of Way line of State Road 72; thence South 66 degrees 13'13" West, 1042.16 feet along said South Right-of-Way of State Road 72; thence along

said South Right-of-Way of State Road 72, Southwesterly along a curve to the right 400.45 feet to the West line of said Section 2; thence South 02 degrees 14'29" West, 15.87 feet to the Point of Beginning, LESS Oil and Mineral Right, all lying and being in Sarasota County, Florida
LESS AND EXCEPT THE FOLLOWING:
A part of Section 1 and Section 2, Township 38 South, Range 22 East, Sarasota County, Florida lying North of the North maintained right of way of State Road No. 72 described as follows: Begin at the Northwest corner of said Section 1, for POINT OF BEGINNING thence S 89°24'17" E along the North line of said Section 1, 90.00 feet; thence S 00°43'39" W and parallel to the West line of said Section 1, 640.50 feet; thence N 89°24'17" W and parallel to the North line of said Section 1, 90.00 feet to a point on the East line of said Section 2; thence N 89°24'07" W, 1680.43 feet; thence S 00°43'39" W and parallel to the East line of said Section 2, 2829.88 feet to a point on the North maintained right-of-way of said State Road No. 72; thence along said North maintained right-of-way the following two courses: thence S 64°51'55" W, 9.24 feet; thence S 54°51'18" W, 489.76 feet; thence N 00°43'39" E and parallel to the East line of said Section 2, 910.00 feet; thence N 89°24'07" W, 1527.00 feet; thence N 00°43'39" E and parallel to the East line of said Section 2, 2771.44 feet to a point on the North line of said Section 2; thence S 89°24'07" E along the North line of said Section 2, 3655.50 feet to the POINT OF BEGINNING.

at public sale, to the highest and best bidder for cash, via the internet at www.sarasota.realforeclose.com, at 9:00 a.m. on October 5, 2020. The highest bidder shall immediately post with the Clerk, a deposit equal to 5% of the final bid. The deposit must be cash or cashiers check payable to the Clerk of the Circuit Court. Final payment must be made on or before 4:00 p.m. of the date of the sale by cash or cashier's check.

IF YOU ARE A PERSON CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER 60 DAYS ONLY THE OWNER OF RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.Personal Representative:

/s/ Ryan L. Snyder
Ryan L. Snyder
Florida Bar No. 0010659
Attorney for Plaintiff
SNYDER LAW GROUP, P.A.
3925 Lakewood Ranch Blvd.,
Suite 102
Bradenton, FL 34211
Telephone: (941) 745-3456
Facsimile: (941) 747-0788
E-mail: ryan@snyderlawgroup.com
September 4, 11, 2020          20-017368

| ☒ IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA | |
|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA | |
| DIVISION: <br><br> **CIVIL** | CASE NUMBER: <br><br> **2011 CA 004209 NC** |

72 PARTNERS LLC A FLORIDA LIMITED LIABILITY COMPANY
**PLAINTIFF(s)**

**VS.**

CECIL DAUGHTREY JR; ET AL.
**DEFENDANT(s)**

### CERTIFICATE OF SALE

The undersigned Clerk of the Circuit Court certifies that notice of public sale of the property described in the Order or Final Judgment was published in the Business Observer, a newspaper circulated in Sarasota County, Florida, in the manner shown by the Proof of Publication attached, and on October 05, 2020, the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $185,003.00 was submitted by: 72 PARTNERS LLC to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the Order or Final Judgment

WITNESS my hand and the seal of said Court on October 05, 2020

**KAREN E. RUSHING**
**CLERK OF THE CIRCUIT COURT**

BY: _Marisa Anguiano_     **DATE**: October 05, 2020

Deputy Clerk

Filing # 113228332 E-Filed 09/11/2020 01:24:47 PM

Serial Number
20-017365



Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2011-CA-004209-NC

STATE OF FLORIDA

    Before the undersigned authority personally appeared <u>Karen Ovadia</u> who
on oath says that he/she is Publisher's Representative of the Business Observer a
weekly newspaper published at Sarasota, Sarasota County, Florida, that the attached
copy of advertisement,

being a <u>Notice of Sale</u>

in the matter of <u>72 Partners LLC vs. Cecil Daughtrey Jr et al</u>

in the <u>Circuit</u> Court, was published in said newspaper in the

issues of 9/4/2020, 9/11/2020

    Affiant further says that the said Business Observer is a newspaper
published at Sarasota, Sarasota County, Florida, and that said newspaper has
heretofore been continuously published and has been entered as periodicals matter
at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one
year next preceding the first publication of the attached copy of advertisement, and
affiant further says that he/she has neither paid nor promised any person, firm or
corporation any discount, rebate, commission or refund for the purpose of securing
this advertisement for publication in said newspaper.
*This Notice was placed on the newspaper's website and floridapublicnotices.com
on the same day the notice appeared in the newspaper.

**See Attached**

Karen Ovadia

Sworn to and subscribed, and personally appeared by physical presence before me,

11th day of September, 2020 A.D.

by Karen Ovadia who is personally known to me.

Notary Public, State of Florida
(SEAL)

Ted Hong
Commission # 66311446
Expires: March 13, 2023
Bonded Thru Aaron Notary

NOTICE OF SALE
IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY,
FLORIDA
Case No.: 2011-CA-004209 NC
72 PARTNERS, LLC,
Plaintiff, v.
CECIL DAUGHTREY JR.. et. al.,
Defendants

Notice is hereby given pursuant to the Final Judgment entered in the above noted case that Karen E. Rushing, Clerk of the Circuit Court, will sell the following property situated in Sarasota County, Florida, described as:

All that part of Section 1, Township 38 South, Range 22 East, lying North of State Road 72. All Section 2, Township 38 South, Range 22 East, LESS right of way for State Road 72. All Section 11, Township 38 South, Range 22 East. The North 1/2 and the West 1/4 of the West 1/2 of Section 14, Township 38 South, Range 22 East. All of Section 15, Township 38 South, Range 22 East, LESS railroad right of way. The West 1/2 of Section 10, Township 38 South, Range 22 East. LESS a parcel of land in Sections 2, 11, 14 and 15, lying within the following described parcel: Begin at the NW corner of said Section 11; thence South 01 degrees 49'53" East, 5310.95 feet to the SW corner of said Section 11, thence North 88 degrees 22'46" West, 5077.94 feet to the NW corner of said Section 15, thence South 02 degrees 00'16" West, 1320 feet; thence South 88 degrees 22'46" East, 6686.08 feet; thence North 01 degrees 49'53" East, 7240.95 feet to the South Right-of-Way line of State Road 72; thence South 66 degrees 15'15" West, 1042.18 feet along said South Right-of-Way of State Road 72; thence along

said South Right-of-Way of State Road 72, Southwesterly along a curve to the right 400.45 feet to the West line of said Section 2; thence South 02 degrees 14'29" West, 48.87 feet to the Point of Beginning. LESS Oil and Mineral Right, all lying and being in Sarasota County, Florida
LESS AND EXCEPT THE FOLLOWING:

A part of Section 1 and Section 2, Township 38 South, Range 22 East, Sarasota County, Florida lying North of the North maintained right of way of State Road No. 72 described as follows: Begin at the Northwest corner of said Section 1, for POINT OF BEGINNING; thence S 88°24'37" E along the North line of said Section 1, 90.00 feet; thence S 00°13'30" W and parallel to the West line of said Section 1, 640.90 feet; thence N 89°24'37" W and parallel to the North line of said Section 1 90.00 feet to a point on the East line of said Section 2; thence N 89°24'07" W, 1680.43 feet; thence S 00°13'30" W and parallel to the East line of said Section 2, 2829.88 feet to a point on the North maintained right-of-way of said State Road No. 72; thence along said North maintained right-of-way the following two courses: thence S 64°41'55" W, 824 feet; thence S 54°51'38" W, 489.76 feet; thence N 00°13'30" E and parallel to the East line of said Section 2, 916.00 feet; thence N 89°24'07" W, 1527.00 feet; thence N 00°14'39" E and parallel to the East line of said Section 2, 2771.14 feet to a point on the North line of said Section 2; thence S 89°24'07" E along the North line of said Section 2, 3855.50 feet to the POINT OF BEGINNING

at public sale, to the highest and best bidder for cash, via the internet at www.sarasota.realforeclose.com, at 9:00 a.m. on October 5, 2020. The highest bidder shall immediately post with the Clerk, a deposit equal to 5% of the final bid. The deposit must be cash or cashier's check payable to the Clerk of the Circuit Court. Final payment must be made on or before 4:00 p.m. of the date of the sale by cash or cashier's check.

IF YOU ARE A PERSON CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER 60 DAYS ONLY THE OWNER OF RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941) 861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711. Personal Representative:

/s/ Ryan L. Snyder
Ryan L. Snyder
Florida Bar No. 0010849
Attorney for Plaintiff
SNYDER LAW GROUP, P.A.
2025 Lakewood Ranch Blvd.,
Suite 102
Bradenton, FL 34211
Telephone: (941) 747-3456
Facsimile: (941) 747-6788
E-mail: ryan@snyderlawgroup.com
September 4, 11, 2020           20-017368

## EXHIBIT A

Homestead parcel with access issues from S.R. 72
Needs evidentiary hearing with survey expert work as no established
FDOT Right of Way at State Recorded

Professional Surveyor Affidavit on Parcels and Bankruptcy deeds.



7

**AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared, ALEX S. ESBER, who was sworn and says, under penalty of perjury that the following allegations are true and correct and made on personal knowledge and that the Affiant is over the age of eighteen (18) and is competent to testify to the matters stated:

1.  Affiant's name is Alex S. Esber.

2.  Affiant's address is 3712 75th Drive East, Sarasota Florida 34243.

3.  Affiant is a Professional Surveyor and Mapper, State of Florida License No. 4349.

4.  Affiant has been a licensed professional surveyor and mapper in the State of Florida for over 34 years.

5.  Affiant's responsibilities include preparing, reviewing, tracing, and plotting legal descriptions, also ownerships and property rights in addition to preparing and certifying surveys of the same.

6.  Affiant was engaged by Cecil Daughtrey, Jr., to review the legal descriptions language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083, the same legal is also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC; legal description from Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres, relative to the property ownership of Cecil Daughtrey.

7.  Affiant certifies that he did review the legal description language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083; said legal also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records

of Sarasota County, Instrument # 2010072085;  several legal descriptions
attached to or included in Court Case 2011 CA 004209 NC and, (a) said legal
descriptions are defective; (b) said legal descriptions do not definitively
describe the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey; (c)
said legal description does not encompass the property of Cecil Daughtrey, Jr.
and Patricia A. Daughtrey.

8.    Affiant also certifies that he did review the legal description language attached
to Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030,
reflecting an acreage of said parcel as 96 acres and said legal description
attached thereto does not properly describe the 160 acre parcel represented in
United States Bankruptcy Court Case 9:13-BK-14831-FMD.

FURTHER AFFIANT SAYETH NAUGHT.

Date: 02/17/2021                                         Alex S. Esber, PLS

State of Florida

County of  Sarosota

Sworn to and subscribed before me this    17    day of  Feb ua 4 2021, by
Alex S. Esber, who did take an oath and who is personally known to me or he/she
produced  FIDL E2 6-017 - for identification.
            54 -2220

                                         Cunthia Schindur
                                         Signature of Notary Public

                                         Cunthia Schindle
Print, Type, or stamp Commissioned Name of Notary Public



CYNTHIA SCHINDLER
Notary Public - State of Florida
Commission # GG 234181
My Comm. Expires Jul 1, 2022



# 9438 Daughtry Rd Sidell, Arcadia, FL 34266

Auction Date: 06/22/20 ·
· Status: Canceled · Land ,
4,200,881 sqft of Land



| Map | Satellite |
|-----|-----------|

   

# AMPS

### AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS

7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom It May Concern:

Re: CLOSER TO THE HEART

Over the past 13 years I have  supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart.  Based on the results obtained during our pull back zone testing, water quality is extremely good for both the area and depth, the pH values during zone testing ranged from 7.8 to 11

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call.  Thank you.

Sincerely,

*Jim Murray*

Jim Murray
President

### FOR YOUR TOTAL PUMP AND WELL FIELD NEEDS





**THIS INSTRUMENT PREPARED BY**

Joseph D. Gilberti, Jr., President

LandTech Design Group, Inc.

~~3148 Beaver Pond Trail~~ 395 Denura Ave

~~Valrico, Florida 33596~~ Ft Myers, FL 33931

~~(813) 470-6000~~ 813-482-8512

**Property Appraisers Tax Folio Numbers:**
**1009-00-1000 and 1011-00-1010**



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2014067954 3 PG(S)
June 10, 2014 *7 11 17 PM
KAREN E  RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed  $810 00

**WARRANTY DEED**

**THIS INDENTURE**, made this 26th day of July, A.D. 2013 between **Cecil Daughtrey, Jr.**
joined by his spouse **Patricia Ann Daughtrey**, whose address is 9438 Daughtrey Road, Sidell,
Florida 34266, grantor\*, and **Joseph D. Gilberti, Jr.** whose address is 3148 Beaver Pond Trail,
Valrico, Florida 33596, grantee\*

\*"Grantor" and "Grantee" are used for singular and plural, as context requires.

**WITNESSETH** that said grantor, for the consideration of the sum of Ten Dollars ($10.00)
and other good and valuable considerations to said grantor I hand paid by said grantee, the
receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee,
and grantee's heirs and assigns forever, the following described land, situate, lying and being in
Sarasota County, Florida, to wit:

*All that part of Section 1 lying North of State Road No. 72 and all that part
of the East 1675.00 feet of Section 2 lying North of State Road No. 72 and
the North 2068.04 feet of the West 924.27 feet of the East 2,599.27 feet
of said Section 2, all in Township 38 South, Range 22 East, Sarasota County,
Florida.*

*Subject to reservations, restrictions and easements of record (360 +/- Acres)*

**TOGETHER WITH:** All tenements, hereditaments, and appurtenances thereto belonging
or in anywise appertaining, with all oil, gas and mineral rights held by grantor and by
Predecessors in title.

**THE ABOVE-DESCRIBED REAL PROPERTY IS NOT THE HOMESTEAD OF**
**THE GRANTOR**

And the said grantor of the first part does hereby fully warrant the title to said land, and
will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF**, grantor has hereunto set grantor's hand and seal the day and year first
above written.

Signed, sealed and delivered in our presence:

_Signature of first witness to both_

Signature of first witness to both

_CARL MASSELWHITE_

Printed name of first witness

_Jonathan Forman_

Signature of second witness to both

_Jonathan Forman_

Printed name of second witness

_Cecil Daughtrey, Jr._

Cecil Daughtrey, Jr.

_Patricia A. Daughtrey_

Patricia Ann Daughtrey

**STATE OF FLORIDA**

**COUNTY OF DESOTO**

The foregoing instrument was acknowledged before me this 26th day of July, 2013, by
**Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey**, husband and wife, who are
each [ ] personally known to me or who have each produced [ ] a Florida driver's license as
identification, and who did/did not take an oath.

Sign _Bobbi Jo Forman_

Notary Public, State of Florida

_Bobbi Jo Forman_

Print Notary Name

My Commission Expires:   9/27/13

_DD 907737_

Commission Number



# SKETCH AND DESCRIPTION

THAT PART OF SECTION 1, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, CONTAINING 208.5 ACRES,

ALSO THAT PART OF THE EAST 1675 FEET OF SECTION 2, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, AND THE NORTH 2068.04 FEET OF THE WEST 924.27 FEET OF THE EAST 2599.27 FEET OF SAID SECTION 2, TOWNSHIP 38, RANGE 22 EAST, CONTAINING 117 ACRES, MORE OR LESS.

MANATEE COUNTY

SARASOTA COUNTY

DESOTO COUNTY

Gilberti Ranch

STATE ROAD 72

CERTIFICATION

SURVEYORS NOTE

SKETCH AND DESCRIPTION

ERBER & ASSOCIATES
Professional Surveyors







## GILBERTI KT HYPOTHESIS - ENDLESS CLEAN WATER, FOOD PROVIDES WORLD PEACE.

KT Event Impact kills Dinosaurs and tilts Florida Platforms giving access to Oceans Beneath the Earth 400miles below, hidden 40yrs for Cancer Profits & Natural Resource Wars.





- Eliminate Sea Water Intrusion on Water Supply replacing Tap with Spring Water
  Pipeline – Port Export of Medicine Water pays US Health, Soc Security & Education!
- Reduce Local Withdrawal from Constrained Upper Aquifer & End Florida Water Wars
- Reduce Toxic Waste Disposal in Lower Local Aquifer
- Reduce Carbon Footprint and Mitigate Climate Change & Sea Level Rise
- Make Funds Available for Environmental Conservation, Preservation and Remediation

# Environmental Benefits





- Reestablish Real Estate Values with Alkaline Cancer preventing homes!
- Permit Increased Production
- Create Housing & Science Jobs
- Reduce Energy & Water Costs
- Reduce Future Capital Costs

# Economic Benefits

- Magnesium sulfate helps prevent eclampsia
- Magnesium sulfate decreases maternal mortality.
- Magnesium sulfate has been demonstrated to prevent preterm labors
- High-calcium water is beneficial to bone density
- Calcium & Magnesium improves digestive health
- Calcium & Magnesium reduces gastric, esophageal & ovarian cancer
- Calcium & Magnesium reduce heart disease
- High pH reduces cancer
- "Many renowned scientists have considered hard water as a boon as it has some fantastic health benefits that seem to encourage longer life expectancy and improved health." (Int J Prev Med. Aug 2013; 4(8): 866–875. PMCID: PMC3775162, **Potential Health Impacts of Hard Water,** Pallav Sengupta)

# Health Benefits

 

Gilberti's Engineer Tech Rob Stampe Doing Business with Gov Scott in 2013.

Rothschild World Bank owns United States Federal Reserve and worth $500 Trillion is
willing to pay down entire FEDERAL DEBT in 1-Day if America allows them to fund
BLUE GOLD PIPELINES & help PROTECT Israel and other Nations around the World
with Gilberti Blue Gold Science to locate more access points for World Peace!

# ROTHSCHILD WORLD BANK HELPS AMERICA GROW

**Report #:** 11712156

**Date :** 11/7/2012

**ETR** Environmental Testing & Research
Laboratories

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone**     (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc. | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 1 of 3**
info@etrlabs.com    www.etrlabs.com

**ETR** Environmental Testing & Research
Laboratories

Report #: 11712156

Date : 11/7/2012

P.O.Number: 102 Ck

Same as Client

Matrix: Well Water

Client: Cecil Daughtrey Jr.

Sample 9438 Daughtrey Rd
Location Sidell FL 34266

Phone    (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| *Organic Analysis* | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**Report #:** 11712156

**ETR** Environmental Testing & Research
Laboratories

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample** 9438 Daughtrey Rd
**Location** Sidell  FL 34266

**Phone**   (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**Exhibit G**

Sarasota Judge Attack on Engineer Joe Gilberti PE that is still
Ongoing to Hide U.S. Spring Water to the Tap and Global Water
Knowledge for the Middle East that Ends all Wars and Hunger
in Days

**Report #:** 11712156

## ETR Environmental Testing & Research Laboratories

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05  mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11  mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64  mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90  mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20  mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc. | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0  mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13  mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2  mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29  mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497  mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

# ETR Environmental Testing & Research Laboratories

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| **Organic Analysis** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**ETR** Environmental Testing & Research
Laboratories

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 3 of  3**
info@etrlabs.com    www.etrlabs.com

USDC IN/ND case 3:24-cv-00899-CCB-SJF    document 1-5    filed 11/04/24    page 23 of
30



## EXHIBIT E
*FDEP Fort Myers Lee County- Record Permitting*



**FLORIDA DEPARTMENT OF**
**Environmental Protection**

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Noah Valenstein
Secretary

October 19, 2020

Joseph Gilbert, P.E.
gilbertiwater@gmail.com

Re:   DeSoto County – Potable Water
      Facility Name: Closer to the Heart
      Facility ID: 6142734
      DEP Application No.: 78714-026-DS

Dear Mr. Gilberti:

Thank you for your application for your concern about the processing of your application for the Closer to the Heart Project. We asked for signatures from the utility on the application form, a Public Service Commission Certification and authorization from the owners of the lands the water line will go through. You requested a dryline permit to allow for more time to secure the authorizations. All permits are issued with these authorizations. Dryline permits are issued when critical facilities (such as pump stations and treatment facilities) have not been built.

These are the reasons we need the authorizations:

   Your project will provide water to the Peace River Manasota Regional Water Supply Authority. This utility must sign the application to bind itself to ensure proper operation.

   We need approval from the owners of the properties where the pipeline will be installed. The Department may not convey any rights, privileges, title of other entities' properties. That permission must come from the property owner.

   We need a copy of the Public Service Commission's (PSC) certificate authorizing you to provide the water service. This certificate is required for every public water system in DeSoto County. This certificate grants you the service territory for water. Without the certificate the Department may not issue a permit.

   Without these approvals, any permit the Department issues will not meet the minimum requirements for water systems. Our intent is to permit projects that meet the basic requirements. When the project conforms to the rules, we can successfully defend challenges in court.

I also asked by email on June 24 about plans and construction though the wetlands as well as diameters for flushing stations. These questions are not as critical as securing the authorizations. I can authorize up to 90 more days for you to provide the authorizations. Please let me know if you need it.

I hope this letter clarifies the Department's needs for permitting.

Sincerely,

Nolin Moon
Environmental Administrator

10

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

Filing # 207041731 E-Filed 09/17/2024 10:51:24 AM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA**

STATE OF FLORIDA,                             CASE NO.:    21-CF-7559
     Plaintiff,

V.

JOSEPH D GILBERTI JR,
     Defendant.
_____/

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL

    COMES NOW, the Defendant, JOSEPH GILBERTI, by and through his undersigned
attorney, DANIEL M. HERNANDEZ, and files this Memorandum in Support of Defendant's
Motion for New Trial, and alleges as follows:

1. The Court should have granted the Defendant's request for a continuance on the
   morning of trial. The Defendant wanted to retain a lawyer for trial but needed
   additional time. The Defendant is intelligent and extremely knowledgeable of the
   facts of the case but is not trained on how to efficiently present it to a jury abiding
   by the rules of evidence and procedure. Standby counsel was not the Defendant's
   choice and was not ready for trial regardless because the Defendant had not
   prepared with her. Moreover, the Defendant was not given a choice of a
   continuance with his standby counsel. It was an abuse of discretion for this
   Honorable Court to force the Defendant to trial. He needed more time to either
   retain counsel or, at the very least, to more effectively present his own defense.
   Please see page 148 of the trial Transcript.

2. The Court committed error by not allowing the Defendant to give an Opening
   Statement before any evidence was presented because he told the Court he was
   reserving it.

    The Opening Statement is an extremely important part of a case. This is the

first opportunity for a litigant to present their case as a cohesive whole. It is a

golden chance to present the theory of the case, build rapport with the jurors and

alert jurors there are two sides to the case. *Brooks v. State*, 175 So 3d 204 (Fla.

2015); *Occhicone v. State,* 570 So 2d 902 (Fla. 1990).

   The Defendant, proceeding pro se, was thinking he could make his Opening

Statement immediately after the State finished their Opening Statement. Despite not

understanding what "reserving" meant, he asserted his intention before the State

called any witness to testify. Clearly, there was no prejudice to the State in permitting

the Defendant proceed with his Opening Statement.

It was an abuse of discretion for the Court to deny the defendant giving an Opening

Statement. He was prohibited from telling the jury what his defense was. The error

was not cured by the Defendant's Closing Argument because by that time the jury

had been exposed to only one overriding explanation. He never was able to set the

groundwork for his defense. Please see pages 183 and 187 of the Trial Transcript.

3.  The Court committed error by ruling Defendant exhibits were inadmissible.

The Defendant attempted to introduce exhibits (documents) related to his pending

civil lawsuits. Criminal intent was the ultimate issue not whether the Defendant has

valid civil claims. However, the exhibit related to the Defendants civil claims were

part of his explanation why he was operating in good faith, and therefore, had no

criminal intent. Consequently, the exhibits were relevant and should have been

admitted as evidence. Please see pages 133 and 227 of the Trial Transcript.

4.  The Court should have granted the Defendant's Motion to Recuse.

The Defendant filed a lawsuit against the Court in federal Court well before the trial

date. A Petition for Writ of Prohibition regarding the Defendant's Motion to

Disqualify the Court (because the Court is a witness) was pending. Even if the

Defendant missed a procedural step in processing his motion, the Court had an

identifiable conflict of interest warranting recusal. Please see page 128 of the Trial

transcript.

5. The Court should have granted the Defendant's Motion for Change of Venue.

The Defendant argued a variety of reasons why a change of venue was crucial for

him to receive a far trial. He submitted there was too much organized fraud in t he

Sarasota area, the Court was part of the fraud transfer and biased toward the State and

allegations had been made against county commissioners, judges and other officials

in the area. With all these factors (including publicity and litigation in the area), a

change of venue was necessary. Please see pg. 136 of the trial transcript.

6. The Defendant alleges each ground presented merits a new trial. However, the

cumulative effect of the Court's adverse rulings against the Defendant in the above

plainly shows the Defendant was denied a fair trial and requests a new trial.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic
submission to the Office of the State Attorney on this 17th day of September 2024.

Respectfully Submitted,

*/s/ Daniel M. Hernandez*
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, PA
P.O. BOX 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Florida Bar # 229733
Attorney for the Defendant

Filing # 207362289 E-Filed 09/20/2024 01:58:11 PM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA**

STATE OF FLORIDA,                                    CASE NO.:    21-CF-7559
      Plaintiff,

V.

JOSEPH D GILBERTI JR,
      Defendant.

_____/

**ADDENDUM TO DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION
FOR NEW TRIAL**

COMES NOW, the Defendant, JOSEPH GILBERTI, and files this his Addendum to his

Memorandum in Support of his Motion for New Trial and alleges:

1. It should be noted that the State filed an Amended Information the morning of
   Trial on March 5, 2024, further confusing the Defendant who was proceeding pro
   se. Although pro se litigants are not immune from rules of court or rules of
   procedure, they should be granted leniency and substantial leeway in litigation.
   Fernandez v. Barry University, Inc., 973 So. 2d 1240 (Fla. 3rd DCA 2008; Stokes
   v. Fla. Dept. of Corr., 948 So.2d 75 (Fla. 1st DCA 2007); Mankowski v. Dept. of
   Revenue ex rel. Evans, 24 So.3d 714 (Fla. 4th DCA 2009).

2. Applying the reasonableness test as defined in Canakaris v. Canakaris, 382 So2d
   1197 (Fla. 1980), there was clear abuse of discretion by this Honorable Court. It is
   sometimes frustrating to a Court when a Defendant, with no legal training,
   exercise his or her right of self-representation. In this case, the Defendant did his
   best despite making some mistakes, all of which were understandable under the
   circumstances he faced. It is respectfully suggested that the grounds stated in the
   Memorandum and this Addendum, especially their cumulative effect, warrant a
   new trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic submission to the Office of the State Attorney on this 20th day of September 2024.

Respectfully Submitted,

*/s/ Daniel M. Hernandez*
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, PA
P.O. BOX 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Florida Bar # 229733
Attorney for the Defendant

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                                  CASE NO.:    21-CF-7559
    Plaintiff,

V.

JOSEPH D GILBERTI JR,
    Defendant.
_____/

### ADDENDUM TO DEFENDANT'S MEMORANDUM TO HIS MOTION FOR NEW
### TRIAL

    COMES NOW, the Defendant, JOSEPH GILBERTI, by and through his undersigned
attorney, and hereby files this Addendum to his Memorandum to his Motion for New Trial and
alleges:

1. The Defendant incorporates by reference all allegations and arguments submitted in
   his Memorandum in Support of his Motion for new trial.

2. An additional reason for the Defendant requesting a continuance of the trial has that
   on the morning of the trial, he was provided new discovery regarding Det. Wyche,
   Thomas Howze and Ed Morrell.

3. This new discovery rendered the Defendant unprepared to proceed.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic
submission to the Office of the State Attorney on this 28th day of October 2024.

Respectfully Submitted,
/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, P.A.
P.O. Box 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Attorney for the Defendant

MIS-TRIAL Judge Donna Marie Padar Attacking Engineer of Record Joe Gillett to Block and Hide Antioxidant Primary Spring water with no contaminants of 4 water shotages from All of America and children. This Judge NEEDS TO BE ARRESTED For Organized Fraud and Racketeering!





PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE.    Retail

US POSTAGE PAID
$10.45
Origin: 33931
01/07/25
1130800440-03

PRIORITY MAIL®

2 Lb 1.90 Oz
RDC 03

EXPECTED DELIVERY DAY: 01/11/25

C058

SHIP
TO:    STE 4311 CENTRAL DISTRICT OF CALIFORNIA
350 W 1ST ST
LOS ANGELES CA 90012-4565

USPS TRACKING® #

9505 5139 3983 5007 1458 26

FROM: Joe Gilberti PE
LandTech Design Group Inc.
385 Donora Blvd
Fort Myers Beach, FL 33931

TO:
First Street U.S. Courthouse
350 W 1st Street, suite 4311
Los Angeles, CA 90012 - 4565

FLAT RATE
ONE RATE

TRACKED ■ INSURED    USPS.COM/PICKUP

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER
POUCH

■ Expected de...
■ Domestic sh...
■ USPS Track...
■ Limited inte...
■ When used ...

*Insurance does...
Domestic Mail Ma...
** See Internation...



**UNITED STATES POSTAL SERVICE** ®  |  **PRIORITY** ® MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2


PAPER POUCH



usps.com
$8.97
US POSTAGE

U.S. POSTAGE PAID

9405 5301 0935 5083 0919 30 0089 7001 0009 0012

01/02/2025    Mailed from 19046    40925758993095 1

PRIORITY MAIL®

CLERK, U.S. DISTRICT COURT

EEO 21, LLC
CHUNGSOO LEE
201 YORK RD STE 1-533
JENKINTOWN PA 19046-3302

Legal Flat Rate Envelope

RDC 03

C058

0 2025

CENTRAL DISTRICT OF CALIFORNIA
US DISTRICT COURT CENTRAL DISTRICT OF C
KARLEN DUBON
STE 4311
350 W 1ST ST
LOS ANGELES CA 90012-4565

USPS TRACKING #

9405 5301 0935 5083 0919 30

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.